UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ORTEGA, ET AL.,<br><br>    Plaintiff(s),<br><br>  v.<br><br>CITY OF OAKLAND, ET AL.,<br><br>    Defendant(s).<br>_____/ | No. C 07-02659 JCS<br><br>**CONSENT TO PROCEED BEFORE A<br>UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit

Dated: 6-4-07

_Cat R. Dart_
Signature

Counsel for Miguel Ortega and Benjamin Ortega
(Name or party or indicate "pro se")

2