1  JOHN A. RUSSO, City Attorney - State Bar #129729
   RANDOLPH W. HALL, Assistant City Attorney – State Bar #080142
2  JAMES F. HODGKINS, Supervising Trial Attorney – State Bar #142561
   CHARLES E. VOSE, Senior Deputy City Attorney, State Bar #139700
3  One Frank H. Ogawa Plaza, 6th Floor
   Oakland, California 94612
4  Telephone: (510) 238-2961          Fax: (510) 238-6500
   cevose@oaklandcityattorney.org
5  25581/410123

6  Attorneys for Defendants CITY OF OAKLAND
   And OAKLAND POLICE DEPARTMENT
7

8

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11

12 | MIGUEL ORTEGA, BENJAMIN ORTEGA, A        | Case No. C07-02659 JCS
   | Minor, By and through his Guardian Ad
13 | Litem, ANA ROSA ORTEGA,                  |
                                              | [PROPOSED] ORDER
14 |        Plaintiffs,                       |

15 | v.                                       |

16 | CITY OF OAKLAND, OAKLAND POLICE          |
   | DEPARTMENT, WAYNE TUCKER, In His
17 | Capacity as the Police Chief of the City of | Date: August 10, 2007
   | Oakland, RAMON J. ALCANTAR,              | Time: 9:30 a.m.
18 | Individually and in his capacity as a Police | Courtroom A, 15th Floor
   | Officer for the City of Oakland, DOES 1
19 | THROUGH 200,                             | The Honorable Joseph C. Spero

20 |        Defendants.                       |

21

22

23         Defendants CITY OF OAKLAND and OAKLAND POLICE DEPARTMENTS' duly

24  noticed Motion to Dismiss for Failure to State a Claim Pursuant to FRCP 12(b)(6) came on

25  for hearing at the above date and time. The matter having been submitted to this Court,

26  and Plaintiffs' Opposition to Defendants' Motion also having been submitted to this Court,

1 and the Court having considered the papers, including the Declarations and Exhibits filed
2 in support thereof, and the arguments of counsel for Plaintiffs and Defendants, and good
3 cause appearing:
4     **IT IS HEREBY ORDERED** that Defendants' 12(b)(6) motion is **GRANTED**.

6 DATED:

8 _____
  JUDGE OF THE UNITED STATES DISTRICT COURT