1  JOHN A. RUSSO, City Attorney - State Bar #129729
   RANDOLPH W. HALL, Assistant City Attorney – State Bar #080142
2  JAMES F. HODGKINS, Supervising Trial Attorney – State Bar #142561
   CHARLES E. VOSE, Senior Deputy City Attorney, State Bar No. 139700
3  One Frank H. Ogawa Plaza, 6th Floor
   Oakland, California 94612
4  Telephone:  (510) 238-2961          Fax:  (510) 238-6500
   cevose@oaklandcityattorney.org
5  25581/410422

6  Attorneys for Defendants CITY OF OAKLAND,
   OAKLAND POLICE DEPARTMENT

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| MIGUEL ORTEGA, BENJAMIN ORTEGA, A Minor, By and through his Guardian Ad Litem, ANA ROSA ORTEGA,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF OAKLAND, OAKLAND POLICE DEPARTMENT, WAYNE TUCKER, In His Capacity as the Police Chief of the City of Oakland, RAMON J. ALCANTAR, Individually and in his capacity as a Police Officer for the City of Oakland, DOES 1 THROUGH 200,<br><br>    Defendants. | Case No. C07-02659 JCS<br><br>**STIPULATION TO CONTINUE HEARING DATE** |
|---|---|

The parties to the above captioned litigation hereby stipulate, by and through their

undersigned counsel of record, to continue the scheduled hearing date for Defendants

////

////

- 1 -

STIPULATION                                                                                    C-07-02659 JCS

- 2 -

City of Oakland and Oakland Police Department's Rule 12 (b)(6) Motion to Dismiss, from August 10, 2007, at 9:30 a.m., to September 28, 2007, at 9:30 a.m.

DATED: JULY 5, 2007

        JOHN A. RUSSO, City Attorney
        RANDOLPH W. HALL, Assistant City Attorney
        JAMES F. HODGKINS, Supervising Trial Attorney
        CHARLES E. VOSE, Senior Deputy City Attorney


By: _____/s/_____
Attorneys for Defendant
CITY OF OAKLAND

DATED: JULY 5, 2007

LAW OFFICES OF STEVEN R. JACOBSEN
CATHERINE R. DOUAT, ESQ.


By: _____/s/_____
Attorney for Plaintiffs

## ORDER

Pursuant to stipulation of the parties and good cause appearing therefore, it is hereby ordered that the hearing date for Defendants City of Oakland and Oakland Police Department's Motion to Dismiss is continued to September 28, 2007 at 9:30 a.m.

IT IS SO ORDERED.

Dated:_____

JOSEPH C. SPERO
U.S. District Court Magistrate Judge