| ATTORNEY OR PARTY WITHOUT ATTORNEY:<br>STEVEN R. JACOBSEN (SBN 95246)<br>LAW OFFICES OF STEVEN R. JACOBSEN<br>901 CLAY STREET<br>OAKLAND, CA 94607 | TELEPHONE NO.:<br>510-465-1500 | FOR COURT USE ONLY |
|---|---|---|
| ATTORNEY FOR (Name): PLAINTIFF | | |
| Insert name of court and name of judicial district and branch court if any:<br>UNITED STATES DISTRICT COURT<br>SAN FRANCISCO, CA | | |
| SHORT TITLE OF CASE:<br>MIGUEL ORTEGA VS. CITY OF OAKLAND | | |

| PROOF OF SERVICE | DATE: | TIME: | DEPT./DIV.: | CASE NUMBER:<br>C07-02659 JCS |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the:

   Summons; Complaint; Order Setting Initial Case Management Conference and ADR Deadlines; Notice of Rule Discontinuing Service by Mail; Standing Order for all Judges of the Northern District of California; Case Management Conference Order; Notice of Assignment of Case to a U.S. Magistrate Judge for Trial; Consent to Proceed Before a U.S. Magistrate Judge; U.S. District Court Guidelines; U.S. District Court ECF Registration Information Handout;

3. a. Party served: **WAYNE TUCKER, In His Capacity As The Police Chief Of The City Of Oakland**

   b. ☒ Person served on behalf of an entity or as authorized agent: **BELINDA WINSTON, Authorized Agent for Service**

4. Address where the party was served: **OAKLAND POLICE DEPARTMENT, 455 - 7TH STREET, OAKLAND, CA 94607**

5. I served the party:

   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date): **THURSDAY, JUNE 07, 2007**   (2) at (time): **01:36 PM**

7. Person who served papers:

   a. CHRISTIAAN G. GONZALEZ

   b. BAY CITIES ATTORNEY SERVICE
      600 – 16TH STREET, SUITE 25
      OAKLAND, CA 94612-1281
   c. (510) 419-0400
      ALAMEDA COUNTY REGISTRATION NO. 476

   d. The fee for service was: $ 34.00
   e. (3) ☒ registered California process server.
      (i) Independent contractor.
      (ii) Registration No.: 828
      (iii) County: ALAMEDA

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: JUNE 22, 2007

(SIGNATURE)

PROOF OF SERVICE

Judicial Council Form POS-010
Rule 982.9 (a)&(b) Rev January 1, 2007