|   |   |
|---|---|
| 1 | JOHN A. RUSSO, City Attorney - State Bar #129729<br>RANDOLPH W. HALL, Assistant City Attorney – State Bar #080142 |
| 2 | JAMES F. HODGKINS, Supervising Trial Attorney – State Bar #142561<br>CHARLES E. VOSE, Senior Deputy City Attorney, State Bar No. 139700 |
| 3 | One Frank H. Ogawa Plaza, 6th Floor<br>Oakland, California 94612 |
| 4 | Telephone:  (510) 238-2961      Fax:  (510) 238-6500<br>cevose@oaklandcityattorney.org |
| 5 | 25581/411253 |
| 6 | Attorneys for Defendants CITY OF OAKLAND,<br>OAKLAND POLICE DEPARTMENT |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| MIGUEL ORTEGA, BENJAMIN ORTEGA, A Minor, By and through his Guardian Ad Litem, ANA ROSA ORTEGA, | Case No. C07-02659 JCS |
|---|---|
| Plaintiffs, | **STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE DATE** |
| v. | |
| CITY OF OAKLAND, OAKLAND POLICE DEPARTMENT, WAYNE TUCKER, In His Capacity as the Police Chief of the City of Oakland, RAMON J. ALCANTAR, Individually and in his capacity as a Police Officer for the City of Oakland, DOES 1 THROUGH 200, | |
| Defendants. | |

The parties to the above captioned litigation hereby stipulate, by and through their undersigned counsel of record, to continue the scheduled date for the Initial Case Management Conference from Friday, August 24, 2007, at 1:30 p.m., to Friday, September 28, 2007, at 9:30 a.m.  The parties further stipulate that the Joint Case

1  Management Conference Statement shall be due on Friday, September 21, 2007.

2  DATED: JULY 17, 2007

JOHN A. RUSSO, City Attorney
RANDOLPH W. HALL, Assistant City Attorney
JAMES F. HODGKINS, Supervising Trial Attorney
CHARLES E. VOSE, Senior Deputy City Attorney

By: _____/s/_____
Attorneys for Defendant
CITY OF OAKLAND and OAKLAND POLICE DEPARTMENT

DATED: JULY 17, 2007

LAW OFFICES OF STEVEN R. JACOBSEN
CATHERINE R. DOUAT, ESQ.

By: _____/s/_____
Attorney for Plaintiffs MIGUEL ORTEGA, BENJAMIN ORTEGA, A Minor, By and through his Guardian Ad Litem, ANA ROSA ORTEGA

## ORDER

Pursuant to stipulation of the parties and good cause appearing therefore, it is hereby ordered that the date for the Initial Case Management Conference shall be continued from Friday, August 24, 2007, at 1:30 p.m., to Friday, September 28, 2007, at 9:30 a.m.  The Joint Case Management Conference Statement shall be due on Friday, September 21, 2007.

**IT IS SO ORDERED.**

Dated: __July 23, 2007__          _____
                                   JOSEPH C. SPERO
                                   U.S. District Court Magistrate Judge