1  JOHN A. RUSSO, City Attorney - State Bar #129729
   RANDOLPH W. HALL, Assistant City Attorney – State Bar #080142
2  JAMES F. HODGKINS, Supervising Trial Attorney – State Bar #142561
   CHARLES E. VOSE, Senior Deputy City Attorney, State Bar No. 139700
3  One Frank H. Ogawa Plaza, 6th Floor
   Oakland, California 94612
4  Telephone: (510) 238-2961     Fax: (510) 238-6500
   cevose@oaklandcityattorney.org
5  25581/410422

6  Attorneys for Defendants CITY OF OAKLAND,
   OAKLAND POLICE DEPARTMENT

7

8

9                    **UNITED STATES DISTRICT COURT**

10                   **NORTHERN DISTRICT OF CALIFORNIA**

11

12 | MIGUEL ORTEGA, BENJAMIN ORTEGA, A Minor, By and through his Guardian Ad Litem, ANA ROSA ORTEGA, | Case No. C07-02659 JCS |

                Plaintiffs,                              **STIPULATION TO CONTINUE HEARING DATE**

    v.

    CITY OF OAKLAND, OAKLAND POLICE DEPARTMENT, WAYNE TUCKER, In His Capacity as the Police Chief of the City of Oakland, RAMON J. ALCANTAR, Individually and in his capacity as a Police Officer for the City of Oakland, DOES 1 THROUGH 200,

                Defendants.

        The parties to the above captioned litigation hereby stipulate, by and through their

    undersigned counsel of record, to continue the scheduled hearing date for Defendants

    ////

    ////

1  City of Oakland and Oakland Police Department's Rule 12 (b)(6) Motion to Dismiss, from
2  August 10, 2007, at 9:30 a.m., to September 28, 2007, at 9:30 a.m.
3  DATED: JULY 5, 2007

        JOHN A. RUSSO, City Attorney
        RANDOLPH W. HALL, Assistant City Attorney
        JAMES F. HODGKINS, Supervising Trial Attorney
        CHARLES E. VOSE, Senior Deputy City Attorney

By: _____/s/_____
Attorneys for Defendant
CITY OF OAKLAND

DATED: JULY 5, 2007

        LAW OFFICES OF STEVEN R. JACOBSEN
        CATHERINE R. DOUAT, ESQ.

By: _____/s/_____
Attorney for Plaintiffs

## ORDER

Pursuant to stipulation of the parties and good cause appearing therefore, it is hereby ordered that the hearing date for Defendants City of Oakland and Oakland Police Department's Motion to Dismiss is continued to September 28, 2007 at 9:30 a.m.

IT IS SO ORDERED.

Dated: July 23, 2007

JOSEPH C. SPERO
U.S. District Magistrate Judge