1  JOHN A. RUSSO, City Attorney - State Bar #129729
   RANDOLPH W. HALL, Assistant City Attorney – State Bar #080142
2  JAMES F. HODGKINS, Supervising Trial Attorney – State Bar #142561
   CHARLES E. VOSE, Senior Deputy City Attorney, State Bar No. 139700
3  One Frank H. Ogawa Plaza, 6th Floor
   Oakland, California 94612
4  Telephone:  (510) 238-2961     Fax:  (510) 238-6500
   cevose@oaklandcityattorney.org
5  25581/412627

6  Attorneys for Defendants CITY OF OAKLAND,
   OAKLAND POLICE DEPARTMENT
7

8

9                    **UNITED STATES DISTRICT COURT**

10                   **NORTHERN DISTRICT OF CALIFORNIA**

11

| 12  MIGUEL ORTEGA, BENJAMIN ORTEGA, A Minor, By and through his Guardian Ad Litem, ANA ROSA ORTEGA, | Case No. C07-02659 JCS |
|---|---|
| 14      Plaintiffs, | **STIPULATION AND ORDER TO CONTINUE DATE FOR FILING RULE 26 REPORT AND COMPLETING INITIAL DISCLOSURES** |
| 15  v. | |
| 16  CITY OF OAKLAND, OAKLAND POLICE DEPARTMENT, WAYNE TUCKER, In His Capacity as the Police Chief of the City of Oakland, RAMON J. ALCANTAR, Individually and in his capacity as a Police Officer for the City of Oakland, DOES 1 THROUGH 200, | |
| 20      Defendants. | |

22

23      The parties to the above captioned litigation hereby stipulate, by and through their

24 undersigned counsel of record, to continue the scheduled date for filing the Rule 26(f)

25 Report and to complete the Initial Disclosures, from Friday, August 17, 2007, to Friday,

26 September 21, 2007.

DATED: JULY 24, 2007

        JOHN A. RUSSO, City Attorney
        RANDOLPH W. HALL, Assistant City Attorney
        JAMES F. HODGKINS, Supervising Trial Attorney
        CHARLES E. VOSE, Senior Deputy City Attorney


By: _____/s/_____
Attorneys for Defendant
CITY OF OAKLAND and OAKLAND POLICE DEPARTMENT

DATED: JULY 24, 2007

        LAW OFFICES OF STEVEN R. JACOBSEN
        CATHERINE R. DOUAT, ESQ.


By: _____/s/_____
Attorney for Plaintiffs MIGUEL ORTEGA, BENJAMIN ORTEGA, A Minor, By and through his Guardian Ad Litem, ANA ROSA ORTEGA

### **ORDER**

Pursuant to stipulation of the parties and good cause appearing therefore, it is hereby ordered that the date for filing the Rule 26(f) Report and to complete the Initial Disclosures is continued from Friday, August 17, 2007, to Friday, September 21, 2007.

**IT IS SO ORDERED.**

Dated: _____   _____
                                                JOSEPH C. SPERO
                                                U.S. District Court Magistrate Judge