UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ORTEGA, | No. C 07-02659 (JCS) |
| Plaintiff(s), | |
| v. | CLERK'S NOTICE |
| CITY OF OAKLAND, ET AL., | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Initial Case Management Conference, and hearing on Defendant City of Oakland & Oakland Police Department's Motion To Dismiss For Failure to State A Claim before Magistrate Judge Spero previously noticed for September 28, 2007, at 9:30 a.m., has been reset to **November 16, 2007, at 9:30 a.m.,** Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. The joint case management conference statement shall be due by **November 9, 2007.** Regardless of whether the Court reschedules the hearing date, the opposition memorandum shall be due by **September 7, 2007,** and the reply brief shall be due by **September 14, 2007.** Any party requesting a continuance shall submit a stipulation and proposed order.

Dated: August 8, 2007

FOR THE COURT,
Richard W. Wieking, Clerk

by: _Karen L. Hom_
Karen L. Hom
Courtroom Deputy