UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ORTEGA, ET AL., | No. C 07-02659 (JCS) |
| Plaintiff(s), | |
| v. | CLERK'S NOTICE |
| CITY OF OAKLAND, ET AL., | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Initial Case Management Conference, before Magistrate Judge Spero, previously noticed for November 16, 2007, at 9:30 a.m., has been reset for **THE SAME DAY, AT 1:30 PM,** Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California   The joint case management conference statement shall be due by **November 9, 2007.**

Dated: September 10, 2007

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
Karen L. Hom
Courtroom Deputy