JOHN A. RUSSO, City Attorney - State Bar #129729
RANDOLPH W. HALL, Assistant City Attorney – State Bar #080142
JAMES F. HODGKINS, Supervising Trial Attorney – State Bar #142561
CHARLES E. VOSE, Senior Deputy City Attorney, State Bar No. 139700
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-2961     Fax: (510) 238-6500
cevose@oaklandcityattorney.org
25581/417002

Attorneys for Defendants CITY OF OAKLAND
And OAKLAND POLICE DEPARTMENT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ORTEGA, BENJAMIN ORTEGA, A Minor, By and through his Guardian Ad Litem, ANA ROSA ORTEGA,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF OAKLAND, OAKLAND POLICE DEPARTMENT, WAYNE TUCKER, In His Capacity as the Police Chief of the City of Oakland, RAMON J. ALCANTAR, Individually and in his capacity as a Police Officer for the City of Oakland, DOES 1 THROUGH 200,<br><br>Defendants. | Case No. C07-02659 JCS<br><br>**DEFENDANT CITY OF OAKLAND AND OAKLAND POLICE DEPARTMENT'S NOTICE OF WITHDRAWAL OF MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM PURSUANT TO FRCP 12(b)(6)**<br><br>**The Honorable Joseph C. Spero** |

Please take notice that defendants CITY OF OAKLAND and OAKLAND POLICE DEPARTMENT hereby withdraw their Motion to Dismiss Pursuant to FRCP 12(b)(6), scheduled with this court on November 16, 2007.

- 2 -

```
 1
 2  DATED: September 12, 2007
 3
 4                              JOHN A. RUSSO, City Attorney
                                RANDOLPH W. HALL, Assistant City Attorney
                                JAMES F. HODGKINS, Supervising Trial Attorney
 5                              CHARLES E. VOSE, Senior Deputy City Attorney
 6
 7
                         By:  _____/ S /_____
 8                           Attorneys for Defendants
                             CITY OF OAKLAND and OAKLAND POLICE
 9                           DEPARTMENT
10
11
...
26
```