JOHN A. RUSSO, City Attorney - SBN-#129729
RANDOLPH W. HALL, Asst. City Atty. – SBN-#080142
JAMES F. HODGKINS, Sup. Trial Atty. – SBN-#142561
CHARLES E. VOSE, Sr. Deputy City Atty., SBN-# 139700
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone:  (510) 238-2961 ;Fax:  (510) 238-6500
cevose@oaklandcityattorney.org
25581/423418

Attorneys for Defendants CITY OF OAKLAND,
OAKLAND POLICE DEPARTMENT,
CHIEF WAYNE TUCKER, & OFFICER RAMON ALCANTAR

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ORTEGA, BENJAMIN ORTEGA, A Minor, By and through his Guardian Ad Litem, ANA ROSA ORTEGA, | Case No. C07-02659 JCS |
|     Plaintiffs, | **STIPULATION AND ORDER TO CONTINUE DEADLINE TO COMPLETE MEDIATION** |
| v. | |
| CITY OF OAKLAND, OAKLAND POLICE DEPARTMENT, WAYNE TUCKER, In His Capacity as the Police Chief of the City of Oakland, RAMON J. ALCANTAR, Individually and in his capacity as a Police Officer for the City of Oakland, DOES 1 THROUGH 200, | |
|     Defendants. | |

        The parties to the above captioned litigation desire to and agree to complete some

of the discovery in this matter prior to mediation of the case.  Specifically, Defendants

want to receive responses to the written discovery (Special Interrogatories and Requests

---

- 1 -

1   for Production of Documents) due to Defendants on November 19, 2007 and take the

2   depositions of both Plaintiffs.  Plaintiffs want to receive responses to written discovery sent

3   to Defendants on or about November 6, 2007, take the deposition of Defendant Officer

4   Ramon Alcantar and the deposition of Officer Alcantar's partner at the time of the incident.

5   The parties agree that completion of this discovery will lead to a more productive

6   mediation session.  The mediator assigned to this case, Dr. Stephen H. Sulmeyer, in

7   consultation with the parties, agrees with the parties in this regard.

8       Therefore the parties to this action hereby stipulate, by and through their

9   undersigned counsel of record, to continue the deadline for completing mediation, from

10  Tuesday, December 11, 2007, to Friday, February 1, 2008.

11

12  DATED: November 8, 2007

13          JOHN A. RUSSO, City Attorney
            RANDOLPH W. HALL, Assistant City Attorney
14          JAMES F. HODGKINS, Supervising Trial Attorney
            CHARLES E. VOSE, Senior Deputy City Attorney
15

16

17      By:  _____/s/_____
             Attorneys for Defendant CITY OF OAKLAND, OAKLAND
18           POLICE DEPARTMENT, CHIEF WAYNE TUCKER, and
             OFFICER RAMON ALCANTAR
19
    DATED: November 8, 2007
20

21          LAW OFFICES OF STEVEN R. JACOBSEN
            CATHERINE R. DOUAT, ESQ.
22

23      By:  _____/s/_____
             Attorney for Plaintiffs MIGUEL ORTEGA, BENJAMIN
24           ORTEGA, A Minor, By and through his Guardian Ad Litem,
             ANA ROSA ORTEGA
25

26

---

STIPULATION AND ORDER                                    C-07-02659 JCS

1

## ORDER

2        Pursuant to stipulation of the parties and good cause appearing therefore, it is

3 hereby ordered that the deadline for completing mediation in this case is continued from

4 Tuesday, December 11, 2007 to Friday, February 1, 2008.

5

6        **IT IS SO ORDERED.**

7

Dated:_____        _____

8                                                                JOSEPH C. SPERO
                                                                 U.S. District Court Magistrate Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND ORDER                                                           C-07-02659 JCS