1    STEVEN R. JACOBSEN
         BAR NO. 95246
2    CATHERINE R. DOUAT
         BAR NO. 129134
3    LAW OFFICES OF STEVEN R. JACOBSEN
         901 CLAY STREET
4    OAKLAND, CALIFORNIA 94607
         (510) 465-1500
5
     ATTORNEYS FOR PLAINTIFFS
6    MIGUEL & BENJAMIN ORTEGA

7                IN THE UNITED STATES DISTRICT COURT

8                        NORTHERN DIVISION

9

10   MIGUEL ORTEGA, BENJAMIN          ) Case No.:C 07-02659 JCS (ADR)
     ORTEGA, A Minor, By And Through His )
11   Guardian Ad Litem, ANA ROSA ORTEGA ) **PLIAINTTSO FRCP RULE  26(a)(1)**
                                        ) **INITIAL DISCLOSURE**
12             Plaintiffs              )
                                       )
13        vs.                          )
                                       )
14   CITY   OF   OAKLAND,   OAKLAND )
     POLICE   DEPARTMENT,   WAYNE )
15   TUCKER, In His Capacity As The Police )
     Chief Of The City Of Oakalnd, RAMON J. )
16   ALCANTAR, Individually And In His )
     Capacity As A Police Officer For The City of )
17   Oakland, Does 1 through 200       )
                                       )
18             Defendants.             )
                                       )
19                                     )
                                       )
20                                     )
                                       )
21   _____)

22        Comes now plaintiffs MIGUEL ORTEGA, BENJAMIN ORTEGA, A Minor, By And

23   Through His Guardian Ad Litem, ANA ROSA ORTEGA presents this initial disclosure

24   pursuant to Federal Rule of Civil Procedure Rule 26(a)(1).

25   / / /

26   / / /

27
                                    -1-
28   _____
                        RULE 26(a)(1) DISCLOSURE

## A. WITNESSES

1.  Plaintiff, Miguel Ortega
    The Law Offices of Steven R. Jacobsen
    901 Clay Stret
    Oakland, California 94607
    (510) 465-1500

2.  Plaintiff, Benjamin Ortega by and through his Guardian Ad Litem Ana Ortega
    The Law Offices of Steven R. Jacobsen
    901 Clay Street
    Oakland, California 94607
    510) 465-1500TSteckler

3.  Luis Negrete
    1387 62nd Avenue
    Oakland, California
    (510) 861-6877

4.  Javier Negrete
    1387 62nd Avenue
    Oakland, California
    (510) 861-6877

5.  Eduardo Ortega
    2501 63rd Avenue
    Oakland, California
    (510) 533-0124

6.  Javier Ortega
    6239 Bromley Avenue
    Oakland, California
    (510) 632-6877

7.  Genesis Preciado
    10546 Creekside Circle
    Oakland, California
    (510) 635-3510

8.  Officer Ramon J. Alcantar

9.  Police Chief Wayne Tucker

## B. DOCUMENTS

1.  Police Reports (if any)

2.  Photographs of Injuries

-2-

1

PROOF OF SERVICE BY MAIL - C.C.P. 1013a, 2015.5

2

3      I declare under penalty of perjury, under the laws of the State of California, that:  I am

4   employed in the County of Alameda; I am over the age of eighteen years and not a party to the

.   within action; my business address is 901 Clay Street, Oakland, California 94607; on the date below

5   written I served a copy of the attached

6

7                    ***PLAINTIFFS' FRCP RULE 26 DISCLOSURE***

8   on respondent City of Oakland by placing true copies thereof in sealed envelopes, with postage fully

.   prepaid, in the United States mail at Oakland, California, addressed as follows:

9

10  John A. Russo, Esq., City Attorney              Counsel for defendants
    Randolph W. Hall, Esq., Assistant City Attorney     CITY OF OAKLAND and OAKLAND
11  James F. Hodgkins, Esq., Supervising Trial Attorney  POLICE DEPARTMENT
12  Charles E. Vose, Senior Deputy City Attorney
    One Frank H. Ogawa Plaza, 6th Floor
13  Oakland, CA 94612

14

15      Executed at Oakland, California on September 20, 2007.

16

17

18  _____
                 PATRICIA DAVILA
19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE