1  JOHN A. RUSSO, City Attorney - State Bar #129729
   RANDOLPH W. HALL, Chief Assistant City Attorney - State Bar #080142
2  JAMES F. HODGKINS, Supervising Trial Attorney - State Bar #142561
   CHARLES E. VOSE, Senior Deputy City Attorney - State Bar #139700
3  One Frank H. Ogawa Plaza, 6th Floor
   Oakland, California 94612
4  Telephone: (510) 238-2961     Fax: (510) 238-6500
   25581/416910
5  cevose@oaklandcityattorney.org

6  Attorneys for Defendants
   CITY OF OAKLAND, OAKLAND POLICE
7  DEPARTMENT, WAYNE TUCKER,
   RAMON ALCANTAR

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11
   MIGUEL ORTEGA, BENJAMIN ORTEGA, A        Case No. C-07-02659 JCS
12 Minor, By And Trough His Guardian Ad
   Litem, ANA ROSA ORTEGA,                  DEFENDANTS CITY OF OAKLAND,
13                                          OAKLAND POLICE DEPARTMENT,
                                            WAYNE TUCKER AND RAMON
14              Plaintiff,                  ALCANTAR'S INITIAL DISCLOSURES
                                            PURSUANT TO F.R.C.P. 26
15       v.

16 CITY OF OAKLAND, a municipal
   corporation; OAKLAND POLICE
17 DEPARTMENT, WAYNE TUCKER, in his
   capacity as Chief of Police for the CITY OF
18 OAKLAND, OFFICER RAMON J.
   ALCANTAR, individually and in his capacity
19 as employee of the CITY OF OAKLAND; and
   Does 1-25, inclusive,
20
                Defendants.
21

22       Pursuant to Federal Rule of Civil Procedure 26, Defendants CITY OF

23 OAKLAND, OAKLAND POLICE DEPARTMENT, WAYNE TUCKER and RAMON J.

24 ALCANTAR submit the following initial disclosures:

25 ///

26 ///

(A)   **WITNESSES**

The following is a list of witnesses and potential witnesses to the matters concerning some or all of the events alleged in plaintiff's complaint. These persons may be contacted through the Oakland City Attorney's Office, counsel for defendants:

1) Officer R. Alcantar – Will testify concerning the incident alleged in the complaint.

2) Officer B. Oritz – Will testify concerning the incident alleged in the complaint.

3) Officer Sgt. M. Reilly - Will testify concerning the incident alleged in the complaint.

4) Officer R. Vass – Will testify concerning the incident alleged in the complaint.

5) Officer T. Mork – Will testify concerning the incident alleged in the complaint.

6) Chief Wayne Tucker – Will testify concerning the policies and practices of the Oakland Police Department concerning hiring, training, and supervision of officers.

7) Capt. R. Orozco - Will testify regarding officers' assignments, coordination, and crowd and traffic control the day of the alleged incident.

8) Officer A. Hall – Will testify concerning the investigation of the incident alleged in the complaint.

**Witnesses relevant to OPD Police Officer Training, Supervision and Discipline**

The following individuals are witnesses relevant to Oakland Police Department training, discipline, supervision and policies and can be reached through the Oakland City Attorney's Office:

    9)     Lietenant Brian Medeiros

    10)     Captain Eric Breshears

**Other Witnesses:** The following persons may have witnessed all or part of the events leading up to or following the plaintiff's detainment:

    11)     Plaintiff Miguel Ortega

    12)     Plaintiff Benjamin Ortega

(B)     **DESCRIPTION OF DOCUMENTS**

    1)     Oakland Police Department Internal Affairs File No. 06-0902 (privileged and subject to protective order);

    2)     Computer Assistance Dispatch Purge Printout (CAD);

    3)     CD copy of dispatch radio transmissions for subject incident;

    4)     Oakland Police Department Report Writing Manual (dated December, 1993);

    5)     Oakland Police Department's General Order K-4.1, "Force Review Board" (dated February 17, 2006);

    6)     Oakland Police Department's "Use of Force Handbook" (dated February 17, 2006);

(C)     **COMPUTATION OF DAMAGES**

Defendants are unaware of any computation of damages by plaintiff:

///

(D) **INSURANCE AGREEMENTS**

1) Defendant City of Oakland is permissibly self-insured and has an excess liability policy for losses up to twenty – five million dollars ($25,000,000.00), with a two million ($2,000,000.00) self-insured retention.

2) California State Association of Counties- Excess Insurance Authority (CSAC-EIA) #EIA 02 GL II.

DATED: September 19, 2007

                JOHN A. RUSSO, City Attorney
                RANDOLPH W. HALL, Chief Assistant City Attorney
                JAMES F. HODGKINS, Supervising Trial Attorney
                CHARLES E. VOSE, Senior Deputy City Attorney

By: _____
Attorneys for Defendants