1  JOHN A. RUSSO, City Attorney - SBN-#129729
   RANDOLPH W. HALL, Asst. City Atty. – SBN-#080142
2  JAMES F. HODGKINS, Sup. Trial Atty. – SBN-#142561
   CHARLES E. VOSE, Sr. Deputy City Atty., SBN-# 139700
3  One Frank H. Ogawa Plaza, 6th Floor
   Oakland, California 94612
4  Telephone:  (510) 238-2961 ;Fax:  (510) 238-6500
   cevose@oaklandcityattorney.org
5  25581/423418

6  Attorneys for Defendants CITY OF OAKLAND,
   OAKLAND POLICE DEPARTMENT,
7  CHIEF WAYNE TUCKER, & OFFICER RAMON ALCANTAR

8

9                    **UNITED STATES DISTRICT COURT**

10                   **NORTHERN DISTRICT OF CALIFORNIA**

11

12 | MIGUEL ORTEGA, BENJAMIN ORTEGA, A Minor, By and through his Guardian Ad Litem, ANA ROSA ORTEGA,     Case No. C07-02659 JCS
13 |
14 |     Plaintiffs,                                        **STIPULATION AND ORDER TO CONTINUE DEADLINE TO COMPLETE MEDIATION**
15 | v.
16 |
17 | CITY OF OAKLAND, OAKLAND POLICE DEPARTMENT, WAYNE TUCKER, In His Capacity as the Police Chief of the City of
18 | Oakland, RAMON J. ALCANTAR, Individually and in his capacity as a Police
19 | Officer for the City of Oakland, DOES 1 THROUGH 200,
20 |
21 |     Defendants.

22

23        The parties to the above captioned litigation desire to and agree to complete some

24 of the discovery in this matter prior to mediation of the case.  Specifically, Defendants

25 want to receive responses to the written discovery (Special Interrogatories and Requests

26

for Production of Documents) due to Defendants on November 19, 2007 and take the depositions of both Plaintiffs. Plaintiffs want to receive responses to written discovery sent to Defendants on or about November 6, 2007, take the deposition of Defendant Officer Ramon Alcantar and the deposition of Officer Alcantar's partner at the time of the incident. The parties agree that completion of this discovery will lead to a more productive mediation session. The mediator assigned to this case, Dr. Stephen H. Sulmeyer, in consultation with the parties, agrees with the parties in this regard.

    Therefore the parties to this action hereby stipulate, by and through their undersigned counsel of record, to continue the deadline for completing mediation, from Tuesday, December 11, 2007, to Friday, February 1, 2008.

DATED: November 8, 2007

JOHN A. RUSSO, City Attorney
RANDOLPH W. HALL, Assistant City Attorney
JAMES F. HODGKINS, Supervising Trial Attorney
CHARLES E. VOSE, Senior Deputy City Attorney

By:     /s/
Attorneys for Defendant CITY OF OAKLAND, OAKLAND POLICE DEPARTMENT, CHIEF WAYNE TUCKER, and OFFICER RAMON ALCANTAR

DATED: November 8, 2007

LAW OFFICES OF STEVEN R. JACOBSEN
CATHERINE R. DOUAT, ESQ.

By:     /s/
Attorney for Plaintiffs MIGUEL ORTEGA, BENJAMIN ORTEGA, A Minor, By and through his Guardian Ad Litem, ANA ROSA ORTEGA

|   |   |
|---|---|
| 1 | **ORDER** |
| 2 | Pursuant to stipulation of the parties and good cause appearing therefore, it is |
| 3 | hereby ordered that the deadline for completing mediation in this case is continued from |
| 4 | Tuesday, December 11, 2007 to Friday, February 1, 2008. |
| 6 | **IT IS SO ORDERED.** |
| 7 | Dated: November 9, 2007 |
| 8 | JOSEPH C. SPERO |
|   | U.S. District Judge |

*[Signature of Judge Joseph C. Spero with seal of United States District Court, Northern District of California]*