# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

**CASE NO.  C 07-02659 JCS**

**CASE NAME: MIGUEL ORTEGA v. CITY OF OAKLAND, ET AL.**

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**: Karen Hom |
| **DATE**: November 16, 2007    **TIME: 7 mins** | **COURT REPORTER**: Not Recorded |
| **COUNSEL FOR PLAINTIFF:** Catherine Douat | **COUNSEL FOR DEFENDANT:** Charles Vose |

| **PROCEEDINGS:** | **RULING:** |
|---|---|
| 1. Case Management Conference | Held. |

**ORDERED AFTER HEARING:**

By 11/28/7, Plaintiff shall file and serve his first amended complaint to add only Officer B. Ortiz as a Defendant in this action.
An updated joint case management conference statement shall be due by 2/1/8.

**ORDER TO BE PREPARED BY:**       () Plaintiff       () Defendant       (X) Court

**CASE CONTINUED TO:**   02/08/08 at 1:30 p.m., for a further case mgmt conference.

| | | |
|---|---|---|
| Number of Depos: | Number of Experts: | Discovery Cutoff: 07/01/08 |
| Expert Disclosure: 07/01/08 | Expert Rebuttal: | Expert Discovery Cutoff: 07/18/08 |
| Motions Hearing: 08/22/08 at 1:30 p.m. | | Pretrial Conference: 11/21/08 at 1:30 p.m. |

**Trial Date: 12/01/08 at 8:30 a.m.  (X)Jury     ()Court     Set for 4 days**

cc:      Chambers; Karen
* (T) = Telephonic Appearance