# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

MIGUEL ORTEGA, BENJAMIN ORTEGA, A  AMENDED
Minor, By And Through His Guardian Ad Litem,
ANA ROSA ORTEGA

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C07-02659 JCS

V.

See Attachment

TO: (Name and address of defendant)

CITY OF OAKLAND, OAKLAND POLICE DEPARTMENT,
WAYNE TUCKER, In His Capacity As The Police Chief Of The City Of Oakland,
RAMON J. ALCANTAR, Individually And In His Capacity As A Police Officer For The City Of Oakland,
B. ORTIZ, Individually And In His Capacity As A Police Officer For The City Of Oakland,
One Frank H. Ogawa Plaza
Oakland, CA 94612

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Steven R. Jacobsen, Esq.
LAW OFFICES OF STEVEN R. JACOBSEN
901 Clay Street
Oakland, CA 94607

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE_____

_____
(BY) DEPUTY CLERK

## ATTACHMENT TO SUMMONS - AMENDED

CITY OF OAKLAND,
OAKLAND POLICE DEPARTMENT,
WAYNE TUCKER, In His Capacity As The Police Chief Of The City Of Oakland,
RAMON J. ALCANTAR, Individually And In His Capacity As A Police Officer For The City Of Oakland,
B. ORTIZ, Individually And In His Capacity As A Police Officer For The City Of Oakland,
DOES 1 through 200.