John J. Verber
BURNHAM BROWN
P.O. Box 119, Oakland, CA 94604
1901 Harrison Street, 11th Floor
Oakland, CA 94612
510-444-6800

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ORTEGA, BENJAMIN ORTEGA, a minor, by and through his Guardian Ad Litem, ANA ROSA ORTEGA <br><br> V.    Plaintiff(s) <br><br> CITY OF OAKLAND, OAKLAND POLICE DEPARTMENT, WAYNE TUCKER, in his capacity as the Police Chief of the City of Oakland, RAMON J. ALCANTAR, et al. <br><br> Defendant(s) | CASE NUMBER: <br><br> C-07-02659 JCS <br><br> **SUBSTITUTION OF ATTORNEY** |

RAMON J. ALCANTAR  [ ] Plaintiff  [X] Defendant  [ ] Other _____
*Name of Party*

hereby substitutes John J. Verber, Esq., BURNHAM BROWN _____ who is

[X] Retained Counsel  [ ] Court Appointed Counsel  [ ] Pro Per   1901 Harrison Street, 11th Floor
*Street Address*

Oakland, CA 94612 _____ 510-444-6800 _____ 510-835-6666 _____ 139917
*City, State, Zip Code*    *Telephone Number*    *Facsimile Number*    *State Bar Number*

as attorney of record in the place and stead of Charles E. Vose, OAKLAND CITY ATTORNEY
*Present Attorney*

Dated: December 26, 2007

_____
*Signature of Party*
RAMON J. ALCANTAR

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: December 18, 2007

_____
*Signature of Present Attorney*
CHARLES E. VOSE

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: December 18, 2007

_____
*Signature of New Attorney*
JOHN J. VERBER

Substitution of Attorney is hereby  [X] Approved.   [ ] Denied.

Dated: _____

_____
United States District Judge / Magistrate Judge

**NOTICE TO COUNSEL:** *If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form G-76 to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the Court's website at www.cacd.uscourts.gov.*

**RECEIVED**
G-01 (08/02)                SUBSTITUTION OF ATTORNEY
DEC 20 2007                                                      G01
Burnham / Brown