John J. Verber
BURNHAM BROWN
P.O. Box 119, Oakland, CA 94604
1901 Harrison Street, 11th Floor
Oakland, CA 94612
510-444-6800

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ORTEGA, BENJAMIN ORTEGA, a minor, by and through his Guardian Ad Litem, ANA ROSA ORTEGA<br><br>v.         Plaintiff(s)<br><br>CITY OF OAKLAND, OAKLAND POLICE DEPARTMENT, WAYNE TUCKER, in his capacity as the Police Chief of the City of Oakland, RAMON J. ALCANTAR, et al.<br>                Defendant(s) | CASE NUMBER:<br>C-07-02659 JCS<br><br>**SUBSTITUTION OF ATTORNEY** |

RAMON J. ALCANTAR    [ ] Plaintiff  [X] Defendant  [ ] Other _____
*Name of Party*

hereby substitutes  John J. Verber, Esq., BURNHAM BROWN                       who is

[X] Retained Counsel  [ ] Court Appointed Counsel  [ ] Pro Per   1901 Harrison Street, 11th Floor
                                                                  *Street Address*

Oakland, CA 94612          510-444-6800      510-835-6666       139917
*City, State, Zip Code*    *Telephone Number*  *Facsimile Number*  *State Bar Number*

as attorney of record in the place and stead of  Charles E. Vose, OAKLAND CITY ATTORNEY
                                                 *Present Attorney*

Dated: December 26, 2007              _____
                                       *Signature of Party*
                                       RAMON J. ALCANTAR

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: December 18, 2007              _____
                                       *Signature of Present Attorney*
                                       CHARLES E. VOSE

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: December 18, 2007              _____
                                       *Signature of New Attorney*
                                       JOHN J. VERBER

Substitution of Attorney is hereby  [X] Approved.  [ ] Denied.

Dated: January 7, 2008              _____
                                     United States Magistrate Judge
                                     Judge Joseph C. Spero

**NOTICE TO COUNSEL:** If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form G-76 to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the Court's website at www.cacd.uscourts.gov.

RECEIVED
G-01 (08/02)                        SUBSTITUTION OF ATTORNEY

DEC 20 2007                                                              G01

Burnham / Brown