**STEVEN R. JACOBSEN**
BAR NO. 95246
**CATHERINE R. DOUAT**
BAR NO. 129134
LAW OFFICES OF STEVEN R. JACOBSEN
901 CLAY STREET
OAKLAND, CALIFORNIA 94607
(510) 465-1500

ATTORNEYS FOR PLAINTIFFS
MIGUEL ORTEGA AND BENJAMIN ORTEGA

IN THE UNITED STATES DISTRICT COURT

NORTHERN DIVISION

| | |
|---|---|
| MIGUEL ORTEGA, and BENJAMIN ORTEGA,<br><br>Plaintiffs<br><br>vs.<br><br>CITY OF OAKLAND, et al.,<br><br>Defendants. | Case No.: C 07-02659 JCS (ADR)<br><br>STIPULATION AND ORDER TO CONTINUE DEADLINE TO COMPLETE MEDIATION |

The parties to the above captioned litigation desire and agree to continue the deadline to complete the mediation in this matter from February 1, 2008 to February 28, 2008. Initially, the deposition of defendant Oakland Police Officer Ramon Alcantar was scheduled for November 13, 2007. Officer Alcantar was not available until December due to the impending birth of his child and scheduled surgery for an injury he suffered to his knee. The parties agreed to continue the deposition to December 11, 2007. Plaintiffs' counsel was then informed that Officer Alcantar had retained new counsel and that the deposition could not go forward. A new deposition date is scheduled for January 8, 2008. In the interim, the plaintiffs noticed the deposition of Oakland Police Officer B. Ortiz for December 14, 2007. The defendants asked that Officer Ortiz' deposition be continued so that new counsel would have time to prepare. Officer B. Ortiz' deposition is scheduled for January 3, 2008. The depositions of the plaintiffs were scheduled for December 13, 2007, but were cancelled due to new counsel coming into the case for Officer Alcantar.

1  In the interim, the parties attempted to schedule the mediation of this matter for late January 2008. The only dates that mediator, Dr. Stephen Sulmeyer was available conflicted with a trial set for plaintiffs' counsel.

The mediation has been continued once so that discovery could proceed. The parties agree that a one month continuance of the deadline to continue the mediation will allow sufficient time to complete the depositions of the parties and allow a mediation date that will not conflict with the trial scheduled for plaintiffs' counsel. The mediator does not oppose a continuance.

Therefore, the parties to this action hereby stipulate, by and through their respective counsel of record to continue the deadline to mediate this matter from February 1, 2008, to February 28, 2008.

Dated: December 27, 2007                LAW OFFICES OF STEVEN R. JACOBSEN


                                        By____//ss//_____CATHERINE R. DOUAT_____
                                            Attorney for Plaintiffs
                                        BENJAMIN ORTIZ AND MIGUEL ORTIZ


Dated:  December 19, 2007               JOHN RUSSO, City Attorney
                                        RANDOLF W. HALL, Assistant City Attorney
                                        JAMES F. HODGKINS, Supervising Trial Attorney
                                        CHARLES VOSE, Senior Deputy Attorney




                                        By____//ss//_____CHARLES VOSE_____
                                              Attorney for Defendants
                                        CITY OF OAKLAND, THE OAKLAND POLICE
                                        DEPARTMENT, CHIEF WAYNE TUCKER and B.
                                        ORTIZ


Dated: December 20, 2007                BURNHAM BROWN



                                        By____//ss//_____JOHN J. VERBER_____
                                             Attorney for Defendant
                                        RAMON ALCANTAR

ORDER

Pursuant to stipulation of the parties and good cause appearing there from it is hereby ordered that the deadline form completing mediation in this case is continued from February 1, 2008 to February 28, 2008.

IT IS SO ORDERED

Dated: January 7, 2008

_____
Judge Joseph C. Spero
U.S. DISTRICT COURT MAGISTRATE