UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ORTEGA, | No. C 07-02659 (JCS) |
|       Plaintiff(s), | |
|   v. | CLERK'S NOTICE |
| CITY OF OAKLAND, ET AL., | |
|       Defendant(s). | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the further case management conference before Magistrate Judge Spero previously noticed for February 8, 2008, at 1:30 p.m., has been reset to **February 29, 2008, at 1:30 p.m.,** Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. The joint updated case management conference statement shall be due by February 22, 2008. Any party requesting a continuance shall submit a stipulation and proposed order.

Dated: January 8, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____*Karen L. Hom*_____
Karen L. Hom
Courtroom Deputy

United States District Court
For the Northern District of California