# CITY OF OAKLAND 

ONE FRANK H. OGAWA PLAZA • 6TH FLOOR • OAKLAND, CALIFORNIA  94612

Office of the City Attorney
John A. Russo
City Attorney

Charles E. Vose
Senior Deputy City Attorney

January 30, 2008

(510) 238-3601
FAX: (510) 238-6500
TDD: (510) 839-6451
(510) 238-2961

The Honorable Wayne D. Brazil
United States District Court
Northern District of California
1301 Clay Street, Suite 400S
Oakland, CA  94612

      Re:    <u>**Ortega, et al v. City of Oakland, et al**</u>
                **USDC No. C-07-2659 JCS**

Dear Magistrate Brazil:

      Defendant in this matter, Chief Wayne Tucker, hereby requests that he be excused from attending the mediation session in this matter. Instead, the City would propose that a command level member of the Oakland Police Department attend the mediation session. The mediation is currently scheduled for Tuesday, February 26, 2008.

      This request is made for the following reasons.  The main allegations in the case concern the actions of the two named police officers in the case, Sgt. Bernard Ortiz and Officer Ramon Alcantar.  Sgt. Ortiz and Officer Alcantar will be present at the mediation session.  The Oakland Police Department is also named as a defendant and so there will be a representative from the Police Department at the mediation session.  Chief Tucker is primarily named in this lawsuit based on allegations of inadequate training and discipline by the Oakland Police Department.  These issues are unlikely to be central to any resolution of the matter in mediation.  A command level representative of the Department can adequately address any such issues that may come up during the mediation session.  Chief Tucker cannot authorize a monetary settlement.  A monetary settlement can only be approved by a vote of the Oakland City Council.

      During the pre-mediation telephone conference, both plaintiffs' counsel and the mediator were in agreement with this request as long as a command level member from the Police Department was in attendance at the mediation session.

433831_1

January 30, 2008
Page 2

      A proposed order is submitted with this request.

      Respectfully submitted,

      JOHN A. RUSSO
      City Attorney

By: _____
      CHARLES E. VOSE
      Senior Deputy City Attorney

CEV: cr

cc:  Mr. Steven R. Jacobsen, Esq., Counsel for Plaintiffs
     Mr. James Higa, Esq., Counsel for Defendant R. Alcantar
     Mr. Stephen H. Sulmeyer, J.D., PhD
     ADR Unit

433831