JOHN A. RUSSO, City Attorney - State Bar #129729
RANDOLPH W. HALL, Chief Assistant City Attorney - State Bar #080142
JAMES F. HODGKINS, Supervising Trial Attorney - State Bar #142561
CHARLES E. VOSE, Deputy City Attorney - State Bar #139700
One Frank H. Ogawa Plaza, 6th Floor, Oakland, California 94612
Telephone: (510) 238-2961    Fax: (510) 238-6500
25581/433834

Attorneys for Defendants
City of Oakland, Oakland Police Department,
Chief Wayne Tucker, Sgt. Bernard Ortiz

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ORTEGA, BENJAMIN ORTEGA, A Minor, By And Through His Guardian Ad Litem ANA ROSA ORTEGA,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF OAKLAND, OAKLAND POLICE DEPARTMENT, WAYNE TUCKER, In His Capacity As The Police Chief of the City of Oakland, RAMON J. ALCANTAR, Individually And In His Capacity as a Police Officer For The City of Oakland, BERNARD ORTIZ, Individually And In His Capacity as a Police Officer For The City of Oakland, and DOES 1 THROUGH 200,<br><br>Defendants. | Case No. C-07-02659-JCS<br><br>ORDER EXCUSING CHIEF WAYNE TUCKER FROM MEDIATION |

Upon application by defendant CHIEF WAYNE TUCKER in this action, it is hereby ordered as follows:

CHIEF WAYNE TUCKER is hereby excused from attending the mediation in this action, scheduled for February 26, 2008. A command level member of the Oakland Police Department will attend the mediation session on behalf of the Oakland Police

1  
2  Department and CHIEF WAYNE TUCKER.
3  
4  **IT IS SO ORDERED.**
5  Dated: ~~February~~ January 31, 2008
6  
7  _____
THE HONORABLE WAYNE D. BRAZIL
UNITED STATES DISTRICT COURT
MAGISTRATE JUDGE