1  JOHN A. RUSSO, City Attorney - State Bar #129729
   RANDOLPH W. HALL, Assistant City Attorney – State Bar #080142
2  JAMES F. HODGKINS, Supervising Trial Attorney – State Bar #142561
   CHARLES E. VOSE, Senior Deputy City Attorney, State Bar No. 139700
3  One Frank H. Ogawa Plaza, 6th Floor
   Oakland, California 94612
4  Telephone:  (510) 238-2961          Fax:  (510) 238-6500
   cevose@oaklandcityattorney.org
5  25581/437004

6  Attorneys for Defendants CITY OF OAKLAND,
   OAKLAND POLICE DEPARTMENT, CHIEF WAYNE
7  TUCKER, SGT. BERNARD ORTIZ

8

9                    **UNITED STATES DISTRICT COURT**

10                   **NORTHERN DISTRICT OF CALIFORNIA**

11

12
   MIGUEL ORTEGA, BENJAMIN ORTEGA, A          Case No. C07-02659 JCS
13 Minor, By and through his Guardian Ad
   Litem, ANA ROSA ORTEGA,
14                                            **STIPULATION AND ORDER TO**
                                              **CONTINUE CASE MANAGEMENT**
15         Plaintiffs,                        **CONFERENCE DATE**

16 v.

17 CITY OF OAKLAND, OAKLAND POLICE
   DEPARTMENT, WAYNE TUCKER, In His
18 Capacity as the Police Chief of the City of
   Oakland, RAMON J. ALCANTAR,
19 Individually and in his capacity as a Police
   Officer for the City of Oakland, DOES 1
20 THROUGH 200,

21         Defendants.

22

23         The parties to the above captioned litigation hereby stipulate, by and through their

24 undersigned counsel of record, to continue the scheduled date for the Continued Case

25 Management Conference from Friday, February 29, 2008, at 1:30 p.m., to Friday, March

26

---

STIPULATION AND ORDER                                    C-07-02659
JCS

1    14, 2008, at 1:30 p.m.  The parties further stipulate that the Joint Case Management

2    Conference Statement shall be due on Friday, March 7, 2008.  The parties enter into this

3    Stipulation in contemplation of the completion of the mediation in this matter which is set

4    for two separate sessions taking place on February 26, 2008 and March 4, 2008.

5    DATED: FEBRUARY 21, 2008

6                          JOHN A. RUSSO, City Attorney
                           RANDOLPH W. HALL, Assistant City Attorney
7                          JAMES F. HODGKINS, Supervising Trial Attorney
                           CHARLES E. VOSE, Senior Deputy City Attorney

8

9                  By:    _____/s/_____

10                         Attorneys for Defendant
                           CITY OF OAKLAND, OAKLAND POLICE DEPARTMENT,
11                         CHIEF WAYNE TUCKER and SGT. BERNARD ORTIZ

12   DATED: FEBRUARY 21, 2008

13                         JOHN J. VERBER, ESQ.
                           JAMES Y. HIGA, ESQ.
14                         BURNHAM BROWN

15                 By:    _____/s/_____

16                         Attorneys for Defendant
                           OFFICER RAMON ALCANTAR

17
     DATED: FEBRUARY 21, 2008
18

19                         LAW OFFICES OF STEVEN R. JACOBSEN
                           CATHERINE R. DOUAT, ESQ.

20

21                 By:    _____/s/_____
                           Attorney for Plaintiffs MIGUEL ORTEGA, BENJAMIN
22                         ORTEGA, A Minor, By and through his Guardian Ad Litem,
                           ANA ROSA ORTEGA

23

24

25

26

- 2 -

1

## <u>ORDER</u>

2      Pursuant to stipulation of the parties and good cause appearing therefore, it is

3 hereby ordered that the date for the Continued Case Management Conference shall be

4 continued from Friday, February 29, 2008, at 1:30 p.m., to Friday, March 14, 2008, at 1:30

5 p.m.  The Joint Case Management Conference Statement shall be due on Friday, March

6 7, 2008.

7

8      **IT IS SO ORDERED.**

9

10 Dated:_____      _____

      JOSEPH C. SPERO

11      U.S. District Court Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND ORDER                                        C-07-02659
JCS