1  JOHN A. RUSSO, City Attorney - State Bar #129729
   RANDOLPH W. HALL, Assistant City Attorney – State Bar #080142
2  JAMES F. HODGKINS, Supervising Trial Attorney – State Bar #142561
   CHARLES E. VOSE, Senior Deputy City Attorney, State Bar No. 139700
3  One Frank H. Ogawa Plaza, 6th Floor
   Oakland, California 94612
4  Telephone:  (510) 238-2961        Fax:  (510) 238-6500
   cevose@oaklandcityattorney.org
5  25581/437004

6  Attorneys for Defendants CITY OF OAKLAND,
   OAKLAND POLICE DEPARTMENT, CHIEF WAYNE
7  TUCKER, SGT. BERNARD ORTIZ

8

9                     **UNITED STATES DISTRICT COURT**
10
                      **NORTHERN DISTRICT OF CALIFORNIA**
11

12

| MIGUEL ORTEGA, BENJAMIN ORTEGA, A Minor, By and through his Guardian Ad Litem, ANA ROSA ORTEGA, | Case No. C07-02659 JCS |
|---|---|
| Plaintiffs, | **STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE DATE** |
| v. | |
| CITY OF OAKLAND, OAKLAND POLICE DEPARTMENT, WAYNE TUCKER, In His Capacity as the Police Chief of the City of Oakland, RAMON J. ALCANTAR, Individually and in his capacity as a Police Officer for the City of Oakland, DOES 1 THROUGH 200, | |
| Defendants. | |

         The parties to the above captioned litigation hereby stipulate, by and through their

undersigned counsel of record, to continue the scheduled date for the Continued Case

Management Conference from Friday, February 29, 2008, at 1:30 p.m., to Friday, March

| | |
|---|---|
| 1 | 14, 2008, at 1:30 p.m.  The parties further stipulate that the Joint Case Management |
| 2 | Conference Statement shall be due on Friday, March 7, 2008.  The parties enter into this |
| 3 | Stipulation in contemplation of the completion of the mediation in this matter which is set |
| 4 | for two separate sessions taking place on February 26, 2008 and March 4, 2008. |
| 5 | DATED: FEBRUARY 21, 2008 |

JOHN A. RUSSO, City Attorney
RANDOLPH W. HALL, Assistant City Attorney
JAMES F. HODGKINS, Supervising Trial Attorney
CHARLES E. VOSE, Senior Deputy City Attorney

By: _____/s/_____
Attorneys for Defendant
CITY OF OAKLAND, OAKLAND POLICE DEPARTMENT, CHIEF WAYNE TUCKER and SGT. BERNARD ORTIZ

DATED: FEBRUARY 21, 2008

JOHN J. VERBER, ESQ.
JAMES Y. HIGA, ESQ.
BURNHAM BROWN

By: _____/s/_____
Attorneys for Defendant
OFFICER RAMON ALCANTAR

DATED: FEBRUARY 21, 2008

LAW OFFICES OF STEVEN R. JACOBSEN
CATHERINE R. DOUAT, ESQ.

By: _____/s/_____
Attorney for Plaintiffs MIGUEL ORTEGA, BENJAMIN ORTEGA, A Minor, By and through his Guardian Ad Litem, ANA ROSA ORTEGA

STIPULATION AND ORDER
JCS

C-07-02659

**ORDER**

Pursuant to stipulation of the parties and good cause appearing therefore, it is hereby ordered that the date for the Continued Case Management Conference shall be continued from Friday, February 29, 2008, at 1:30 p.m., to Friday, March 14, 2008, at 1:30 p.m. The Joint Case Management Conference Statement shall be due on Friday, March 7, 2008.

**IT IS SO ORDERED.**

Dated: February 25, 2008

JOSEPH C. SPERO
U.S. District Court Magistrate Judge

*[Seal of the United States District Court, Northern District of California, with signature of Judge Joseph C. Spero]*