# UNITED STATES DISTRICT COURT

**Northern District of California**

| | |
|---|---|
| Ortega,<br><br>        Plaintiff(s),<br><br>v.<br><br>City of Oakland,<br><br>        Defendant(s). | No. C 07-02659 JCS MED<br><br>**Certification of ADR Session** |

*Instructions*: *The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) __2/26/08__

2. Did the case settle?     ☐ fully     ☐ partially     ☒ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☐ no   ☒ possibly, after further discovery is completed.

4. IS THIS ADR PROCESS COMPLETED?     ☐ YES     ☐ NO   ☒ maybe

Dated: __2/27/08__

Mediator, Stephen H. Sulmeyer, J.D., Ph.D.
Mediation Offices of Stephen H. Sulmeyer, J.D., Ph.D.
100 Tamal Plaza, Suite 170
Corte Madera, CA 94925

**Certification of ADR Session**
07-02659 JCS MED