# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### CIVIL MINUTE ORDER

**CASE NO.  C 07-02659 JCS**

**CASE NAME: MIGUEL ORTEGA v. CITY OF OAKLAND, ET AL.**

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**:  Karen Hom |
| **DATE**: March 14, 2008    **TIME: 19 mins** | **COURT REPORTER**: <u>Not Recorded</u> |
| **COUNSEL FOR PLAINTIFF:**<br>**Catherine Douat** | **COUNSEL FOR DEFENDANT:**<br>**Charles Vose**<br>**James Higa for Dft Alcantar** |

**PROCEEDINGS:**                                                                   **RULING:**

**1. Further Case Management Conference**                          **Held.**

_____

**ORDERED AFTER HEARING:**
**Dft B. Ortiz consents to proceed before a U.S. Mag. Judge.**
**A joint updated cmc statement shall be due by 4/2/8.**
**By 3/21/8, Plaintiff shall provide supplemental Rule 26 disclosures with a list of witnesses to the event with a narrative description as to what these witnesses will testify too, produce declarations of the current witnesses, produce all medical records, and identify all medical practitioners who provided treatment stemming from the incident and provide signed releases for all the Plaintiff's medical records stemming from the incident in the form to be provided by Defendants.**

_____

**ORDER TO BE PREPARED BY:**        () Plaintiff      () Defendant      (X) Court

**CASE CONTINUED TO: 04/04/08 at 1:30 p.m., for a further case mgmt conference.**

_____

| | | |
|---|---|---|
| Number of Depos: | Number of Experts: | Discovery Cutoff: |
| Expert Disclosure: | Expert Rebuttal: | Expert Discovery Cutoff: |
| Motions Hearing:    at 1:30 p.m. | | Pretrial Conference:  at 1:30 p.m. |

**Trial Date:    at 8:30 a.m. ()Jury    ()Court          Set for  days**

_____

**cc:        Chambers; Karen**
* (T) = Telephonic Appearance