UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MIGUEL ORTEGA,

        Plaintiff(s),

  v.

CITY OF OAKLAND, ET AL.,

        Defendant(s).
_____/

Case No. C-07-02659 JCS

**FURTHER CASE MANAGEMENT AND PRETRIAL ORDER**

Following a further case management conference held on **March 14, 2008,**

IT IS HEREBY ORDERED THAT:

1. By **March 21, 2008**, Plaintiff shall provide the following to Defendants:

    A. Supplemental Rule 26 Disclosures with a list of witnesses to the event and provide a narrative description as to what these witnesses will testify too, and produce all declarations of witnesses in the Plaintiff's custody or control.

    B. Produce all medical records in Plaintiff's custody or control, identify all medical practitioners who provided treatment as a result of the incident, and provide signed releases for all Plaintiff's medical records relating to the incident in a form to be provided by the Defendants.

2. An updated joint case management conference statement shall be due by **April 2, 2008.**

3. A further case management conference is set for **April 4, 2008, at 1:30 p.m.**

IT IS SO ORDERED.

Dated: March 18, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge