United States District Court<br>For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JCS MIGUEL ORTEGA, et al., | No. C 07-2659(JCS) |
|     Plaintiff(s), | |
|     v. | CLERK'S NOTICE |
| CITY OF OAKLAND, et al., | |
|     Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Further Case Management Conference set before Magistrate Judge Spero previously noticed for April 4, 2008, at 1:30 p.m., has been reset to **10:30 a.m,** Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.. Any party requesting a continuance shall submit a stipulation and proposed order.

Dated: March 18, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: /s/ _____
Frank Justiliano
Courtroom Deputy