**STEVEN R. JACOBSEN**
BAR NO. 95246
**CATHERINE R. DOUAT**
BAR NO. 129134
LAW OFFICES OF STEVEN R. JACOBSEN
901 CLAY STREET
OAKLAND, CALIFORNIA 94607
(510) 465-1500

ATTORNEYS FOR PLAINTIFFS
**MIGUEL & BENJAMIN ORTEGA**

IN THE UNITED STATES DISTRICT COURT

NORTHERN DIVISION

| | |
|---|---|
| MIGUEL ORTEGA, BENJAMIN ORTEGA, A Minor, By And Through His Guardian Ad Litem, ANA ROSA ORTEGA<br><br>Plaintiffs<br><br>vs.<br><br>CITY OF OAKLAND, OAKLAND POLICE DEPARTMENT, WAYNE TUCKER, In His Capacity As The Police Chief Of The City Of Oakalnd, RAMON J. ALCANTAR, Individually And In His Capacity As A Police Officer For The City of Oakland, Does 1 through 200<br><br>Defendants. | Case No.:C 07-02659 JCS (ADR)<br><br>**PLIAINIFF'S SUPLEMENTAL FRCP RULE 26(a)(1) DISCLOSURE** |

Comes now plaintiffs MIGUEL ORTEGA, BENJAMIN ORTEGA, A Minor, By And Through His Guardian Ad Litem, ANA ROSA ORTEGA presents this supplemental disclosure pursuant to Federal Rule of Civil Procedure Rule 26(a)(1).

/ / /

/ / /

**WITNESSES**

1. Cesar Rodriguez    (510) 478-0261

   Mr. Rodriguez is a witness to the incident that is the subject matter of this lawsuit. He was present when Oakland Police Officers Alcantar and Ortiz falsely arrested the plaintiffs and took them into custody. He was present when Officer Alcantar threatened and injured Benjamin Ortega.

2. Abran Saragosa    (510) 695-7496

   It is counsel for the plaintiffs' understanding that Abran Saragosa was present at the time of the incident and will substantiate the plaintiffs' testimony.

3. Jaime Fagardo  (510) 706-1536

   It is counsel for the plaintiffs' understanding that Jaime Fagardo was present at the time of the incident and will substantiate the plaintiffs' testimony.

4. Magdalena Herrera    (510) 706-1536

   It is counsel for the plaintiffs' understanding that Magdalena Herrera was present at the time of the incident and will substantiate the plaintiffs' testimony.

5. Claudia Ortega    (510) 280-4571

   Ms. Ortega is a witness to the incident that is the subject matter of this lawsuit. She was present when Oakland Police Officers Alcantar and Ortiz falsely arrested the plaintiffs and took them into custody. She was present when Officer Alcantar threatened Benjamin Ortega.

Dated: March 22, 208                LAW OFFICES OF STEVEN R. JACOBSEN


                                    By    //ss//    CATHERINE R. DOUAT