# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# <u>CIVIL MINUTE ORDER</u>

**CASE NO.  C 07-02659 JCS**

**CASE NAME: MIGUEL ORTEGA v. CITY OF OAKLAND, ET AL.**

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**: Karen Hom |
| **DATE**: April 4, 2008     **TIME: 6 mins** | **COURT REPORTER**: <u>Not Recorded</u> |
| **COUNSEL FOR PLAINTIFF:**<br>Catherine Douat | **COUNSEL FOR DEFENDANT:**<br>Charles Vose<br>James Higa for Dft Alcantar |

**PROCEEDINGS:**                                                                           **RULING:**

1. Further Case Management Conference                                       Held.

**ORDERED AFTER HEARING:**

This case shall be referred to Magistrate Judge Larson for a settlement conference, to be held in June or July or at the convenience of his calendar.

**ORDER TO BE PREPARED BY:**        () Plaintiff     () Defendant     (X) Court

**CASE CONTINUED TO:**   08/22/08 at 1:30 p.m., for motions and a further case mgmt conference.

| Number of Depos: | Number of Experts: | Discovery Cutoff: |
|---|---|---|
| Expert Disclosure: | Expert Rebuttal: | Expert Discovery Cutoff: |
| **Motions Hearing:**    at 1:30 p.m. | | **Pretrial Conference:** at 1:30 p.m. |

**Trial Date:**    at 8:30 a.m.  ()Jury    ()Court          Set for  days

cc:       **Chambers; Karen**, **Wings**
\* (T) = Telephonic Appearance