UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ORTEGA,<br><br>        Plaintiff(s),<br><br>    v.<br><br>CITY OF OAKLAND, ET AL.,<br><br>        Defendant(s).<br>_____/ | Case No. C-07-02659 JCS<br><br>**FURTHER CASE MANAGEMENT AND PRETRIAL ORDER** |

Following a further case management conference held on **April 4, 2008,**

IT IS HEREBY ORDERED THAT:

1. This case shall be referred to Chief Magistrate Judge James Larson for a settlement conference, to be held in June or July 2008, or at the convenience of his calendar. Counsel will be contacted by that judge's chambers with a date and time for the conference.

2. A further case management conference is set for **August 22, 2008, at 1:30 p.m.**

IT IS SO ORDERED.

Dated: April 15, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge