1 | JOHN A. RUSSO, City Attorney - State Bar #129729
RANDOLPH W. HALL, Assistant City Attorney – State Bar #080142
2 | JAMES F. HODGKINS, Supervising Trial Attorney – State Bar #142561
CHARLES E. VOSE, Senior Deputy City Attorney, State Bar No. 139700
3 | One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
4 | Telephone:  (510) 238-2961          Fax:  (510) 238-6500
cevose@oaklandcityattorney.org
5 | 25581/456543

6 | Attorneys for Defendants CITY OF OAKLAND,
OAKLAND POLICE DEPARTMENT, CHIEF WAYNE
7 | TUCKER, SGT. BERNARD ORTIZ

8 |

9 |                       **UNITED STATES DISTRICT COURT**

10 |                      **NORTHERN DISTRICT OF CALIFORNIA**

11 |

12 |

13 | MIGUEL ORTEGA, BENJAMIN ORTEGA, A          Case No. C07-02659 JCS
Minor, By and through his Guardian Ad
Litem, ANA ROSA ORTEGA,

14 |                                            **STIPULATION AND ORDER TO
CONTINUE CASE MANAGEMENT**
15 |          Plaintiffs,                       **CONFERENCE AND MOTIONS
HEARING DATE**
16 | v.

17 | CITY OF OAKLAND, OAKLAND POLICE
DEPARTMENT, WAYNE TUCKER, In His
18 | Capacity as the Police Chief of the City of
Oakland, RAMON J. ALCANTAR,
19 | Individually and in his capacity as a Police
Officer for the City of Oakland, DOES 1
20 | THROUGH 200,

21 |          Defendants.

22 |

23 |          The parties to the above captioned litigation hereby stipulate, by and through their

24 | undersigned counsel of record, to continue the scheduled date for the Continued Case

25 | Management Conference and date for Hearing of Motions from Friday, August 22, 2008,

26 |

STIPULATION AND ORDER                                              C-07-02659
JCS

1  at 1:30 p.m., to Friday, September 19, 2008, at 1:30 p.m.  The parties further stipulate that

2  the Joint Case Management Conference Statement shall be due on Friday, September 12,

3  2008.  The parties enter into this Stipulation in contemplation of their continuing

4  discussions to resolve some of the issues in the case.  While the parties expect to file

5  dispositive motions, it is the intention of the parties to attempt to resolve some of the

6  issues without the need for motions.

7  DATED: JUNE 25, 2008

8                JOHN A. RUSSO, City Attorney
RANDOLPH W. HALL, Assistant City Attorney
9                JAMES F. HODGKINS, Supervising Trial Attorney
CHARLES E. VOSE, Senior Deputy City Attorney
10

         By:                    /s/
11                  Attorneys for Defendant
CITY OF OAKLAND, OAKLAND POLICE DEPARTMENT,
12                CHIEF WAYNE TUCKER and SGT. BERNARD ORTIZ

13  DATED: JUNE 25, 2008

14                JOHN J. VERBER, ESQ.
JAMES Y. HIGA, ESQ.
15                BURNHAM BROWN

         By:                    /s/
16                  Attorneys for Defendant
OFFICER RAMON ALCANTAR
17

18  DATED: JUNE 25, 2008

19                LAW OFFICES OF STEVEN R. JACOBSEN
STEVEN R. JACOBSEN, ESQ.
20

         By:                    /s/
                Attorney for Plaintiffs MIGUEL ORTEGA, BENJAMIN
21                ORTEGA, A Minor, By and through his Guardian Ad Litem,
ANA ROSA ORTEGA
22

23

24

25

26

1

## <u>ORDER</u>

2       Pursuant to stipulation of the parties and good cause appearing therefore, it is

3   hereby ordered that the date for the Continued Case Management Conference and date

4   for Hearing of Motions shall be continued from Friday, August 22, 2008, at 1:30 p.m., to

5   Friday, September 19, 2008, at 1:30 p.m.  The Joint Case Management Conference

6   Statement shall be due on Friday, September 12, 2008.

7

**IT IS SO ORDERED.**

8

9

Dated:_____       _____

10                                   JOSEPH C. SPERO
                                     U.S. District Court Magistrate Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND ORDER                                               C-07-02659
JCS