1  JOHN A. RUSSO, City Attorney - State Bar #129729
   RANDOLPH W. HALL, Assistant City Attorney – State Bar #080142
2  JAMES F. HODGKINS, Supervising Trial Attorney – State Bar #142561
   CHARLES E. VOSE, Senior Deputy City Attorney, State Bar No. 139700
3  One Frank H. Ogawa Plaza, 6th Floor
   Oakland, California 94612
4  Telephone:  (510) 238-2961        Fax:  (510) 238-6500
   cevose@oaklandcityattorney.org
5  25581/456543

6  Attorneys for Defendants CITY OF OAKLAND,
   OAKLAND POLICE DEPARTMENT, CHIEF WAYNE
7  TUCKER, SGT. BERNARD ORTIZ

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ORTEGA, BENJAMIN ORTEGA, A Minor, By and through his Guardian Ad Litem, ANA ROSA ORTEGA,<br><br>        Plaintiffs,<br><br>v.<br><br>CITY OF OAKLAND, OAKLAND POLICE DEPARTMENT, WAYNE TUCKER, In His Capacity as the Police Chief of the City of Oakland, RAMON J. ALCANTAR, Individually and in his capacity as a Police Officer for the City of Oakland, DOES 1 THROUGH 200,<br><br>        Defendants. | Case No. C07-02659 JCS<br><br>**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND MOTIONS HEARING DATE** |

The parties to the above captioned litigation hereby stipulate, by and through their undersigned counsel of record, to continue the scheduled date for the Continued Case Management Conference and date for Hearing of Motions from Friday, August 22, 2008,

at 1:30 p.m., to Friday, September 19, 2008, at 1:30 p.m.  The parties further stipulate that the Joint Case Management Conference Statement shall be due on Friday, September 12, 2008.  The parties enter into this Stipulation in contemplation of their continuing discussions to resolve some of the issues in the case.  While the parties expect to file dispositive motions, it is the intention of the parties to attempt to resolve some of the issues without the need for motions.

DATED: JUNE 25, 2008

JOHN A. RUSSO, City Attorney
RANDOLPH W. HALL, Assistant City Attorney
JAMES F. HODGKINS, Supervising Trial Attorney
CHARLES E. VOSE, Senior Deputy City Attorney

By: _____/s/_____
Attorneys for Defendant
CITY OF OAKLAND, OAKLAND POLICE DEPARTMENT, CHIEF WAYNE TUCKER and SGT. BERNARD ORTIZ

DATED: JUNE 25, 2008

JOHN J. VERBER, ESQ.
JAMES Y. HIGA, ESQ.
BURNHAM BROWN

By: _____/s/_____
Attorneys for Defendant
OFFICER RAMON ALCANTAR

DATED: JUNE 25, 2008

LAW OFFICES OF STEVEN R. JACOBSEN
STEVEN R. JACOBSEN, ESQ.

By: _____/s/_____
Attorney for Plaintiffs MIGUEL ORTEGA, BENJAMIN ORTEGA, A Minor, By and through his Guardian Ad Litem, ANA ROSA ORTEGA

STIPULATION AND ORDER
JCS

C-07-02659

1  **ORDER**

2  Pursuant to stipulation of the parties and good cause appearing therefore, it is

3  hereby ordered that the date for the Continued Case Management Conference and date

4  for Hearing of Motions shall be continued from Friday, August 22, 2008, at 1:30 p.m., to

   9:30 AM

5  Friday, September 19, 2008, at ~~1:30 p.m.~~  The Joint Case Management Conference

6  Statement shall be due on Friday, September 12, 2008.

7

8  **IT IS SO ORDERED.**

9  Dated: June 27, 2008

10  JOSE_____
    U.S. District Court Magistrate Judge



*IT IS SO ORDERED AS MODIFIED* — Judge Joseph C. Spero

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

- 3 -

STIPULATION AND ORDER                                              C-07-02659
JCS