| | |
|---|---|
| 1 | JOHN A. RUSSO, City Attorney, SBN #129729<br>RANDOLPH W. HALL, Assistant City Atty., SBN #080142 |
| 2 | JAMES F. HODGKINS, Supervising Trial Atty., SBN #142561<br>KANDIS A. WESTMORE, Deputy City Atty., SBN 194594 |
| 3 | One Frank H. Ogawa Plaza, 6th Floor<br>Oakland, California 94612 |
| 4 | Telephone: (510) 238-3589, Fax: (510) 238-6500<br>25581/457204 |
| 5 | |
| 6 | Attorneys for Defendants,<br>CITY OF OAKLAND, OAKLAND |
| 7 | POLICE DEPARTMENT, CHIEF WAYNE<br>TUCKER, SGT. BERNARD ORTIZ |

**UNITED STATED DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MIGUEL ORTEGA, BENJAMIN ORTEGA,<br><br>      Plaintiffs,<br>v.<br><br>CITY OF OAKLAND, OAKLAND POLICE DEPARTMENT, WAYNE TUCKER, In His Capacity as the Police Chief of the City of Oakland, RAMON J. ALCANTAR, Individually and in his capacity as a Police Officer for the City of Oakland, B. ORTIZ, Individually and in his capacity as a Police Officer for the City of Oakland, DOES 1 THROUGH 200,<br><br>      Defendants. | Case No. C-07-02659 (JCS)<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO STRIKE SECOND AMENDED COMPLAINT 9TH CAUSE OF ACTION (FRCP 12(f))**<br><br>Date:      August 8, 2008<br>Time:     9:30 a.m.<br>Dept.:     Courtroom A, 15th Floor<br>The Honorable Joseph C. Spero |

Pursuant to Federal Rule of Evidence 201(d), defendant hereby requests the Court take judicial notice of the following matters of public record, attached hereto:

    Exhibit A:    First Amended Complaint filed September 7, 2007.

    Exhibit B:    Civil Minute Order dated November 16, 2007.

    Exhibit C:    Second Amended Complaint filed November 27, 2007.

-2-

1 | Exhibit D:   Civil Docket for Case no. C 07-02659 JCS.

3 | Dated: July 1, 2008

JOHN A. RUSSO, City Attorney
RANDOLPH W. HALL, Assistant City Attorney
JAMES F. HODGKINS, Supervising Trial Attorney
CHARLES E. VOSE, Senior Deputy City Attorney
KANDIS A. WESTMORE, Deputy City Attorney

By:     _/ S/ KANDIS A. WESTMORE_
Attorneys for Defendants,
CITY OF OAKLAND, OAKLAND POLICE DEPARTMENT,
WAYNE TUCKER, and BERNARD ORTIZ

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO STRIKE SECOND
AMENDED COMPLAINT 9TH CAUSE OF ACTION (FRCP 12(f))