# Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
**CIVIL MINUTE ORDER**

CASE NO.  C 07-02659 JCS

CASE NAME: MIGUEL ORTEGA v. CITY OF OAKLAND, ET AL.

| MAGISTRATE JUDGE JOSEPH C. SPERO | COURTROOM DEPUTY: Karen Hom |
|---|---|
| DATE: November 16, 2007    TIME: 7 mins | COURT REPORTER: Not Recorded |
| **COUNSEL FOR PLAINTIFF:**<br>Catherine Douat | **COUNSEL FOR DEFENDANT:**<br>Charles Vose |

| PROCEEDINGS: | RULING: |
|---|---|
| 1. Case Management Conference | Held. |

**ORDERED AFTER HEARING:**

By 11/28/7, Plaintiff shall file and serve his first amended complaint to add only Officer B. Ortiz as a Defendant in this action.
An updated joint case management conference statement shall be due by 2/1/8.

ORDER TO BE PREPARED BY:        () Plaintiff      () Defendant      (X) Court

CASE CONTINUED TO:   02/08/08 at 1:30 p.m., for a further case mgmt conference.

| Number of Depos: | Number of Experts: | Discovery Cutoff: 07/01/08 |
|---|---|---|
| Expert Disclosure: 07/01/08 | Expert Rebuttal: | Expert Discovery Cutoff: 07/18/08 |
| Motions Hearing: 08/22/08 at 1:30 p.m. | | Pretrial Conference: 11/21/08 at 1:30 p.m. |

Trial Date: 12/01/08 at 8:30 a.m.  (X)Jury    ()Court    Set for 4 days

cc:      Chambers; Karen
* (T) = Telephonic Appearance