1  JOHN A. RUSSO, City Attorney, SBN #129729
   RANDOLPH W. HALL, Assistant City Atty., SBN #080142
2  JAMES F. HODGKINS, Supervising Trial Atty., SBN #142561
   CHARLES E. VOSE, Senior Deputy City Atty., SBN # 139700
3  One Frank H. Ogawa Plaza, 6th Floor
   Oakland, California 94612
4  Telephone:  (510) 238-2961, Fax:  (510) 238-6500
   25581/456878
5
   Attorneys for Defendants
6  CITY OF OAKLAND, OAKLAND
   POLICE DEPARTMENT, CHIEF WAYNE
7  TUCKER, SGT. BERNARD ORTIZ

8                    UNITED STATED DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11
   MIGUEL ORTEGA, BENJAMIN ORTEGA,          Case No.  C-07-02659 (JCS)
12
                  Plaintiffs,              DECLARATION OF CHARLES E. VOSE
13          v.                             IN SUPPORT OF MOTION TO STRIKE
                                           AND MOTION FOR SANCTIONS
14  CITY OF OAKLAND, OAKLAND POLICE
    DEPARTMENT, WAYNE TUCKER, In His       Date:      August 8, 2008
15  Capacity as the Police Chief of the City of   Time:      9:30 a.m.
    Oakland, RAMON J. ALCANTAR,            Dept.:     Courtroom A, 15th Floor
16  Individually and in his capacity as a Police   The Honorable Joseph C. Spero
    Officer for the City of Oakland, B. ORTIZ,
17  Individually and in his capacity as a Police
    Officer for the City of Oakland, DOES 1
18  THROUGH 200,

19               Defendants.

20          I, Charles E. Vose, declare:

21          1.      I am an attorney licensed to practice before all courts of the State of

22  California and am employed as a Deputy City Attorney in the Office of the City Attorney,

23  counsel of record for Defendants City of Oakland, Oakland Police Department, Chief

24  Wayne Tucker, and Sgt. Bernard Ortiz in the above-captioned action.  The matters set

25  forth herein are personally known to me to be true and if called upon, I could competently

26  testify thereto.

2.  On January 9, 2008, I sent Ms. Catherine Douat, Esq., then counsel of record in this action, an e-mail addressing an issue that a cause of action was improperly added to the Second Amended Complaint. A copy of the e-mail is attached as Exhibit 1. I asked her if she would voluntarily dismiss the improper cause of action. Otherwise I would be forced to file a Motion to Strike. Ms. Douat responded and volunteered that she would file a Third Amended Complaint deleting the improperly added cause of action if we would stipulate. Ms. Douat's response is also contained in Exhibit A. I agreed to the stipulation. Ms. Douat responded on January 9 that she would file a Third Amended complaint that would be the same as the First Amended complaint (except that it would add Sgt. Ortiz as a defendant). A copy of her e-mail is attached as Exhibit B. In that e-mail string it was agreed that the defendants would not have to file an answer to the Second Amended Complaint and instead would file an answer to the Third Amended Complaint.

3.  I heard nothing more from Ms. Douat on the matter, and no Third Amended Complaint was ever filed. On April 29, 2008, I sent a letter to Mr. Steven R. Jacobsen, Esq., also counsel of record in this matter, addressing a number of issues including the issue regarding the improperly added cause of action. A copy of the April 29, 2008 letter is attached as Exhibit C. In response, Ms. Douat then agreed to file a "corrected copy of the Second Amended Complaint", acknowledging the wrong version of the Second Amended Complaint was filed with the Court. A copy of Ms. Douat's April 29, 2008 e-mail is attached as Exhibit D.

4.  Again I heard nothing further from either Mr. Jacobsen or Ms. Douat. On June 13, 2008, I called and left a message with Mr. Jacobsen to discuss the matter. On June 20, 2008, I called Mr. Jacobsen again and finally spoke with him regarding the matter. It was at this time I first learned that Ms. Douat was no longer associated with his office. We discussed the matter and he indicated he would need an opportunity to review the file. On June 20, 2008, I e-mailed Mr. Jacobsen the April 29, 2008 letter and some of

DECLARATION OF CHARLES E. VOSE
IN SUPPORT OF MOTION TO STRIKE

the above mentioned e-mail correspondence. Copies of my June 20, 2008 e-mails to Mr. Jacobsen are attached as Exhibits E & F.

5. On June 24, 2008, I again called Mr. Jacobsen to discuss the matter. Mr. Jacobsen acknowledged he had never seen the April 29, 2008 letter. He agreed to dismiss the Ninth Cause of Action in the Second Amended Complaint. He stated he would do so that week. I agreed that I would then immediately file an answer for all defendants that I represented.

6. On June 25, 2008, I received a letter from Ms. Brenda Posada, newly associated with Mr. Jacobsen's office. Her letter, a copy of which is attached as Exhibit G, refused to dismiss the Ninth Cause of Action in the Second Amended Complaint. On June 26, 2008, Ms. Posada and I discussed the issue further. I reiterated that the Ninth Cause of Action was added improperly and repeated my request that her office dismiss that cause of action. She agreed to look at the file and would get back to me.

7. On June 27, I received a letter from Ms. Posada, a copy of which is attached as Exhibit H, again refusing to dismiss the Ninth Cause of Action.

8. I have spent a total of 2 hours assisting in the preparation of the Motion to Strike, including assembling the exhibits to this declaration, preparing this declaration, and discussing and strategizing with Deputy City Attorney Kandis Westmore on the preparation of the Motion to Strike.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 27th day of June, 2008, at Oakland, California

_____
CHARLES E. VOSE

DECLARATION OF CHARLES E. VOSE
IN SUPPORT OF MOTION TO STRIKE