# Exhibit D

**Vose, Charles**

| | |
|---|---|
| **From:** | Catherine Duoat [cat@theaccidentallawyer.com] |
| **Sent:** | Tuesday, April 29, 2008 2:58 PM |
| **To:** | Vose, Charles |
| **Cc:** | James Higa |
| **Subject:** | Re: ORTEGA - JOINT CMC STATEMENT 3/7/08.DOC |

Charles:

What I can do is file a corrected second amended complaint, because you were served with the proper second amended complaint and apparently, the wrong complaint was filed.

Then we can discuss you other issues.

Thanks,

Catherine ---- Original Message -----

> **From:** Vose, Charles
> **To:** Catherine Duoat
> **Cc:** James Higa
> **Sent:** Tuesday, April 01, 2008 11:23 AM
> **Subject:** RE: ORTEGA - JOINT CMC STATEMENT 3/7/08.DOC
>
> I have sent a draft to Mr. Higa and will forward the draft to you when I receive his comments.
>
> Charles Vose
>
> ---
>
> **From:** Catherine Duoat [mailto:cat@theaccidentallawyer.com]
> **Sent:** Tuesday, April 01, 2008 10:13 AM
> **To:** Vose, Charles
> **Subject:** Re: ORTEGA - JOINT CMC STATEMENT 3/7/08.DOC
>
> Dear Counsel:
>
> We have a joint case management statement due tomarro. Please send me your draft today as I will not be in on Wednesday or Thursday.
>
> Thanks,
>
> Catherine
> W
>
> ----- Original Message -----
> **From:** Vose, Charles
> **To:** James Higa ; Catherine Duoat ; Steven Jacobsen
> **Sent:** Wednesday, March 05, 2008 5:26 PM
> **Subject:** ORTEGA - JOINT CMC STATEMENT 3/7/08.DOC
>
> Counsel - Here is a draft of the Updated Joint Case Management Conference Statement that is due Friday, March 7, 2008.

6/26/2008

Please review and send me any additions by the end of the day Thursday. I will be in court all day Friday and may be unable to make last minute changes.

Charles Vose

---

This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message and any attachments.

[v1.01]

6/26/2008