# Exhibit E

## Vose, Charles

| | |
|---|---|
| **From:** | Vose, Charles |
| **Sent:** | Friday, June 20, 2008 10:57 AM |
| **To:** | Steven Jacobsen |
| **Cc:** | 'James Higa' |
| **Subject:** | ORTEGA - LETTER TO JACOBSEN 4/29/08 RE: THIRD AMENDED COMPLAINT.DOC |
| **Attachments:** | ORTEGA - LETTER TO JACOBSEN 4/29/08 RE: THIRD AMENDED COMPLAINT.DOC |

Steve - Pursuant to our conversation, here is an unsigned copy of the 4/29/08 letter I sent to you.

Charles Vose

6/26/2008