# Exhibit F

## Vose, Charles

| | |
|---|---|
| From: | Vose, Charles |
| Sent: | Friday, June 20, 2008 10:59 AM |
| To: | Steven Jacobsen |
| Cc: | 'James Higa' |
| Subject: | Re: Second Amended Complaint (Catherine Duoat).MSG |
| Attachments: | Re: Second Amended Complaint (Catherine Duoat).MSG |

Steve - Here is the e-mail with Catherine's response regarding the Second Amended Complaint.

Charles Vose