# Exhibit G



LAW OFFICES OF STEVEN R. JACOBSEN

STEVEN R. JACOBSEN, ESQ.
srj@theaccidentallawyer.com

BRENDA D. POSADA, ESQ.
bdp@theaccidentallawyer.com

June 26, 2008

**BY WAY OF FACSIMILE AND MAIL--(510) 238-6500**
Charles E. Vose, Esq.
Christopher Kee, Esq.
Senior Deputy City Attorney
Office of the City Attorney
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612

Re:   *Ortega, et. al. v. City of Oakland, et. al.*
      Case No. C07-02659 JCS

Dear Mr. Vose:

    While we appreciate your attempt to resolve this matter informally, we are unable to proceed with your request as indicated in your June 25, 2008 letter to drop the Ninth Cause of Action in the Second Amended Complaint which was filed on November 27, 2007. During these last six months your client could have filed a demurrer and/or motion to strike said cause of action. You indicated that you had good reason to believe that a dismissal was forthcoming, however, ultimately it is your client's responsibility to file the demurrer and/or motion to strike before your client's deadline expired. We understand that you were informed that the cause of action would be dismissed but certainly there is no binding agreement between the firms and since the attorney involved in those representations no longer works here we cannot determine her reasoning behind such a decision.

    Although we are not willing to dismiss the Ninth Cause of Action at this time, we are willing to accommodate your client by entering into a stipulation to allow you to file your answer to the Second Amended Complaint, or if you prefer have your answer filed in response to the First Amended Complaint be deemed your client's answer to the Second Amended Complaint. Alternatively we are also willing to accept a supplemental to your initial Answer which only responds to the Ninth Cause of Action. Please feel free to contact me directly if you have any questions or other concerns.

Very truly yours,

Brenda D. Posada

CC: **VIA FACSIMILE**
(510) 835-6666
James Y. Hilga
Burnham Brown
1901 Harrison Street, 11th Floor
Oakland, California 94602

---

901 Clay Street
Oakland, California 94607

www.theaccidentallawyer.com

**510-INJURED**
510-465-1500
800-824-4418
Fax 510-465-1501