1  JOHN A. RUSSO, City Attorney, SBN #129729
   RANDOLPH W. HALL, Assistant City Atty., SBN #080142
2  JAMES F. HODGKINS, Supervising Trial Atty., SBN #142561
   KANDIS A. WESTMORE, Deputy City Atty., SBN 194594
3  One Frank H. Ogawa Plaza, 6th Floor
   Oakland, California 94612
4  Telephone: (510) 238-3589, Fax: (510) 238-6500
   25581/456975
5
   Attorneys for Defendants,
6  CITY OF OAKLAND, OAKLAND
   POLICE DEPARTMENT, CHIEF WAYNE
7  TUCKER, SGT. BERNARD ORTIZ

8

9                    UNITED STATED DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12

| | |
|---|---|
| 13  MIGUEL ORTEGA, BENJAMIN ORTEGA, | Case No. C-07-02659 (JCS) |
| 14         Plaintiffs, | **DECLARATION OF KANDIS A. WESTMORE IN SUPPORT OF MOTION FOR SANCTIONS** |
| 15  v. | |
| 16  CITY OF OAKLAND, OAKLAND POLICE DEPARTMENT, WAYNE TUCKER, In His | Date:   August 8, 2008 |
| 17  Capacity as the Police Chief of the City of | Time:   9:30 a.m. |
|     Oakland, RAMON J. ALCANTAR, Individually | Dept.:  Courtroom A, 15th Floor |
| 18  and in his capacity as a Police Officer for the | The Honorable Joseph C. Spero |
|     City of Oakland, B. ORTIZ, Individually and in | |
| 19  his capacity as a Police Officer for the City of | |
|     Oakland, DOES 1 THROUGH 200, | |
| 20  | |
|     Defendants. | |
| 21 | |

22       I, Kandis A. Westmore, declare:

23       1.     I am an attorney licensed to practice before all courts of the State of California and

24 am employed as a Deputy City Attorney in the Office of the City Attorney. I am the attorney

25 assigned to handle law and motion matters for Defendants City of Oakland, Oakland Police

26 Department, Chief Wayne Tucker, and Sgt. Bernard Ortiz in the above-captioned action. The

-1-
DECLARATION OF KANDIS A. WESTMORE IN SUPPORT OF MOTION FOR SANCTIONS

matters set forth herein are personally known to me to be true and if called upon, I could competently testify thereto.

2.  I have spent a total of 10 hours preparing the Motion to Strike the ninth cause of action in the second amended complaint, including assembling exhibits for the request for judicial notice in support of the motion, doing legal research for the motion, drafting the notice of motion and memorandum of points and authorities in support of the motion and request for judicial notice in support of the motion, and discussing and strategizing with Deputy City Attorney Charles Vose on the preparation of the Motion to Strike.

3.  My hourly billing rate is $199.00 per hour. Based on my review of the administrative records in my office, I have determined that Charles Vose's hourly rate is $243 per hour.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 1st day of July, 2008, at Oakland, California.

_____
KANDIS A. WESTMORE

-2-
DECLARATION OF KANDIS A. WESTMORE IN SUPPORT OF MOTION FOR SANCTIONS