1    John J. Verber, State Bar No. 139917
     James Y. Higa, State Bar No. 225683
2    BURNHAM BROWN
     A Professional Law Corporation
3    P.O. Box 119
     Oakland, California 94604
4    ----
     1901 Harrison Street, 11th Floor
5    Oakland, California  94612
     Telephone:    (510) 444-6800
6    Facsimile:    (510) 835-6666
     Email:        jverber@burnhambrown.com
7                  jhiga@burnhambrown.com

8    Attorneys for Defendant
     RAMON J. ALCANTAR individually and in his capacity as
9    a police officer for the City of Oakland

10

11                    UNITED STATES DISTRICT COURT

12          FOR THE NORTHERN DISTRICT OF CALIFORNIA

13   MIGUEL ORTEGA, BENJAMIN ORTEGA,          No. C-07-02659 JCS
     a minor, by and through his Guardian Ad
14   Litem, ANA ROSA ORTEGA                   **DEFENDANT RAMON J. ALCANTAR'S
                                              ANSWER TO SECOND AMENDED
15                Plaintiff,                   COMPLAINT**

16   v.

17   CITY OF OAKLAND, OAKLAND POLICE
     DEPARTMENT, WAYNE TUCKER, in his
18   capacity as the Police Chief of the City of
     Oakland, RAMON J. ALCANTAR
19   individually and in his capacity as a police
     officer for the City of Oakland, and DOES 1
20   THROUGH 200, inclusive,

21                Defendants.

22

23        Defendant RAMON J. ALCANTAR individually and in his capacity as a police officer

24   for the City of Oakland (hereinafter "Alcantar"), hereby answers, objects, and otherwise

25   responds to the Second Amended Complaint on file herein as follows.

26   ///

27   ///

28   ///

DEF'S ALCANTAR'S ANSWER TO SECOND AMD.    1                    No. C-07-02659 JCS
COMPLAINT

## I.    INTRODUCTION

1.    Alcantar is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, denies each and every allegation contained herein.

2.    Alcantar is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, denies each and every allegation contained herein.

3.    Alcantar is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, denies each and every allegation contained herein.

4.    Alcantar is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, denies each and every allegation contained herein.

5.    Alcantar admits that he acted under the color of state law.  Alcantar is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and on that basis, denies each and every remaining allegation contained herein.

6.    Alcantar denies that there are policies or customs of the City of Oakland as alleged in this paragraph and further deny that his actions violated any constitutional rights of plaintiffs.  Alcantar is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and on that basis, denies each and every remaining allegation contained herein.

## II.    JURISDICTION

7.    Alcantar denies that any unlawful acts or practices as alleged occurred.  Alcantar is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and on that basis, denies each and every remaining allegation contained herein.

///

///

DEF'S ALCANTAR'S ANSWER TO SECOND AMD.    2    No. C-07-02659 JCS
COMPLAINT

8.    Alcantar is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, denies each and every allegation contained herein.

9.    Alcantar is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, denies each and every allegation contained herein.

10.    Alcantar is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, denies each and every allegation contained herein.

11.    Alcantar is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, denies each and every allegation contained herein.

12.    Alcantar admits that he is a police officer for the City of Oakland and that he acts under the color of state law.  Alcantar is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and on that basis, denies each and every remaining allegation contained herein.

13.    Alcantar denies that plaintiffs were injured or damaged in any way.  The remaining portions of the paragraph contain statements and conclusions of law which do not require a response herein.

14.    Alcantar is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, denies each and every allegation contained herein.

### III.    STATEMENT OF FACTS

15.    Alcantar is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, denies each and every allegation contained herein.

///

///

DEF'S ALCANTAR'S ANSWER TO SECOND AMD.    3    No. C-07-02659 JCS
COMPLAINT

16.    Alcantar is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, denies each and every allegation contained herein.

17.    Alcantar is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, denies each and every allegation contained herein.

18.    Alcantar admits that he acts under the color of state law. Alcantar is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, denies each and every allegation contained herein.

19.    Alcantar denies that there are policies or customs of the City of Oakland as alleged in this paragraph. Alcantar is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, denies each and every allegation contained herein.

## IV.    FIRST CAUSE OF ACTION

20.    Alcantar incorporates herein his responses to the allegations contained in paragraphs 1 through 19, as previously set forth.

21.    Alcantar admits that the United States Constitution protects certain rights as set forth in this paragraph. Alcantar further admits that he acts under the color of state law. Alcantar denies the remaining allegations contained in this paragraph of the complaint.

22.    Alcantar denies that plaintiffs suffered any injuries or damages as a result of any of his alleged acts.

## V.    SECOND CAUSE OF ACTION

23.    Alcantar incorporates herein his responses to the allegations contained in paragraphs 1 through 22, as previously set forth.

24.    Alcantar denies the allegations contained in paragraph 24 of the complaint.

25.    Alcantar denies the allegations contained in paragraph 25 of the complaint.

///

///

## VI.    THIRD CAUSE OF ACTION

26.    Alcantar incorporates herein his responses to the allegations contained in paragraphs 1 through 25, as previously set forth.

27.    Alcantar denies the allegations contained in paragraph 27 of the complaint.

28.    Alcantar denies the allegations contained in paragraph 28 of the complaint.

29.    Alcantar denies the allegations contained in paragraph 29 of the complaint.

30.    Alcantar denies that plaintiffs suffered any injuries or damages as a result of any of his alleged acts.  Alcantar denies the remaining allegations set forth in this paragraph of the complaint.

## VII.    FOURTH CAUSE OF ACTION

31.    Alcantar incorporates herein his responses to the allegations contained in paragraphs 1 through 30, as previously set forth.

32.    Alcantar denies the allegations contained in paragraph 32 of the complaint.

33.    Alcantar denies that he is liable under any theory or in any sum to plaintiffs.  The remaining portions of the paragraph contain statements and conclusions of law not requiring a response from Alcantar.

34.    Alcantar denies that plaintiffs suffered any injuries or damages as a result of any of his alleged acts.

## VIII.    FIFTH CAUSE OF ACTION

35.    Alcantar incorporates herein his responses to the allegations contained in paragraphs 1 through 34, as previously set forth.

36.    Alcantar denies the allegations contained in paragraph 36 of the complaint.

37.    Alcantar is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, denies each and every allegation contained herein.

38.    Alcantar denies that plaintiffs suffered any injuries or damages as a result of any of his alleged acts.

///

**IX.    SIXTH CAUSE OF ACTION**

39.    Alcantar incorporates herein his responses to the allegations contained in paragraphs 1 through 38, as previously set forth.

40.    Alcantar denies the allegations contained in paragraph 40 of the complaint, and further denies that plaintiffs suffered any injuries or damages as a result of any of his alleged acts.

41.    Alcantar is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, denies each and every allegation contained herein.

42.    Alcantar denies that plaintiffs suffered any injuries or damages as a result of any of his alleged acts.

**X.    SEVENTH CAUSE OF ACTION**

43.    Alcantar incorporates herein his responses to the allegations contained in paragraphs 1 through 42, as previously set forth.

44.    Alcantar denies the allegations contained in paragraph 44 of the complaint, and further denies that plaintiffs suffered any injuries or damages as a result of any of his alleged acts.

45.    Alcantar denies that plaintiffs suffered any injuries or damages as a result of any of his alleged acts and further denies that plaintiffs are entitled to any award of punitive damages.

**XI.    EIGHTH CAUSE OF ACTION**

46.    Alcantar incorporates herein their responses to the allegations contained in paragraphs 1 through 45, as previously set forth.

47.    Alcantar admits that he has a duty of care in his capacity as a police officer to avoid causing unnecessary physical harm and emotional distress to citizens. Alcantar denies the remaining allegations contained in paragraph 47 of the complaint and further denies that plaintiffs suffered any injuries or damages as a result of any of his alleged acts.

///

DEF'S ALCANTAR'S ANSWER TO SECOND AMD.    6                    No. C-07-02659 JCS
COMPLAINT

1

## XII.    NINTH CAUSE OF ACTION

2     48.    Alcantar does not answer the allegations in the Ninth Cause of Action as it does

3    not name this answering defendant.  Alcantar does, however, join in Defendants City of

4    Oakland, Oakland Police Department, Chief Wayne Tucker and Sergeant Bernard Ortiz's

5    Motion to Strike the Ninth Cause of Action which is filed concurrently with this answer.

6     49.    Alcantar does not answer the allegations in the Ninth Cause of Action as it does

7    not name this answering defendant.  Alcantar does, however, join in Defendants City of

8    Oakland, Oakland Police Department, Chief Wayne Tucker and Sergeant Bernard Ortiz's

9    Motion to Strike the Ninth Cause of Action which is filed concurrently with this answer.

10     50.    Alcantar does not answer the allegations in the Ninth Cause of Action as it does

11    not name this answering defendant.  Alcantar does, however, join in Defendants City of

12    Oakland, Oakland Police Department, Chief Wayne Tucker and Sergeant Bernard Ortiz's

13    Motion to Strike the Ninth Cause of Action which is filed concurrently with this answer.

14     51.    Alcantar does not answer the allegations in the Ninth Cause of Action as it does

15    not name this answering defendant.  Alcantar does, however, join in Defendants City of

16    Oakland, Oakland Police Department, Chief Wayne Tucker and Sergeant Bernard Ortiz's

17    Motion to Strike the Ninth Cause of Action which is filed concurrently with this answer.

18     52.    Alcantar does not answer the allegations in the Ninth Cause of Action as it does

19    not name this answering defendant.  Alcantar does, however, join in Defendants City of

20    Oakland, Oakland Police Department, Chief Wayne Tucker and Sergeant Bernard Ortiz's

21    Motion to Strike the Ninth Cause of Action which is filed concurrently with this answer.

22     53.    Alcantar does not answer the allegations in the Ninth Cause of Action as it does

23    not name this answering defendant.  Alcantar does, however, join in Defendants City of

24    Oakland, Oakland Police Department, Chief Wayne Tucker and Sergeant Bernard Ortiz's

25    Motion to Strike the Ninth Cause of Action which is filed concurrently with this answer.

26

## XIII.    TENTH CAUSE OF ACTION

27     54.    Alcantar incorporates herein his responses to the allegations contained in

28    paragraphs 1 through 47, as previously set forth.

DEF'S ALCANTAR'S ANSWER TO SECOND AMD.    7                 No. C-07-02659 JCS
COMPLAINT

1    55.    Alcantar denies the allegations contained in paragraph 55 of the complaint.

2    56.    Alcantar denies the allegations contained in paragraph 56 of the complaint, and

3    further denies that plaintiffs suffered any injuries or damages as a result of any of his alleged

4    acts.

5    57.    Alcantar denies the allegations contained in paragraph 57 of the complaint.

6    58.    Alcantar denies that plaintiffs are entitled to either injunctive relief or an award of

7    attorneys' fees as alleged in paragraph 58 of the complaint.

8    ### XIV.    CLAIM REQUIREMENT

9    59.    This paragraph contains statements and conclusions of law not requiring a

10    response from the answering defendant.

11    ### XV.    JURY DEMAND

12    60.    This paragraph contains statements and conclusions of law not requiring a

13    response from the answering defendant.

14    ### XVI.    AFFIRMATIVE DEFENSES

15    AS A FURTHER, FIRST, SEPARATE AND AFFIRMATIVE DEFENSE, Alcantar

16    alleges that the complaint fails to state a claim upon which relief can be granted.

17    AS A FURTHER, SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, Alcantar

18    alleges, on information and belief, that plaintiffs did not exercise ordinary care, caution, or

19    prudence to avoid the alleged event and/or accident; consequently, the subsequent injuries or

20    damages, if any, sustained by plaintiffs were proximately caused by and contributed to by

21    plaintiffs' comparative negligence, and any damages they might otherwise be entitled to should

22    be proportionately reduced by the degree of plaintiffs' negligence.

23    AS A FURTHER, THIRD, SEPARATE AND AFFIRMATIVE DEFENSE, Alcantar

24    alleges that the injuries and damages plaintiffs complain of resulted from the acts and/or

25    omissions of others, or acts of God, and without any fault on the part of the answering

26    defendant.

27    AS A FURTHER, FOURTH, SEPARATE AND AFFIRMATIVE DEFENSE, Alcantar

28    alleges that any party or individual who contributed to and/or caused the alleged injuries and

DEF'S ALCANTAR'S ANSWER TO SECOND AMD.    8                    No. C-07-02659 JCS
COMPLAINT

1  damages was not acting as its agent or with its knowledge or within the course and/or scope of

2  employment with defendant CITY OF OAKLAND.

3        AS A FURTHER, FIFTH, SEPARATE AND AFFIRMATIVE DEFENSE, Alcantar

4  alleges that, to the extent that plaintiffs may attempt to allege state claims, these are barred by all

5  applicable Government Code protections and immunities, including, but not limited to, sections

6  815 through 900.  Said sections are pleaded as though fully set forth herein.

7        AS A FURTHER, SIXTH, SEPARATE AND AFFIRMATIVE DEFENSE, Alcantar

8  alleges that all of his actions were undertaken in good faith and with the reasonable belief that

9  such actions were valid, necessary, reasonable, lawful and constitutionally proper, entitling

10  Alcantar to the qualified immunity of good faith.

11        AS A FURTHER, SEVENTH, SEPARATE AND AFFIRMATIVE DEFENSE, Alcantar

12  alleges that, if he, in any fashion, caused the injuries or damages alleged, although such liability

13  is expressly denied herein, his acts and/or omissions thereto were reasonable and privileged.

14        AS A FURTHER, EIGHTH, SEPARATE AND AFFIRMATIVE DEFENSE, Alcantar

15  alleges, on information and belief, that plaintiffs failed to mitigate their damages.

16        AS A FURTHER, NINTH, SEPARATE AND AFFIRMATIVE DEFENSE, Alcantar

17  alleges that, to the extent that plaintiffs allege or assert matters not contained in a legally

18  sufficient claim filed by them, this action is barred by the claims requirements set forth in

19  Government Code Section 905 et seq.

20        AS A FURTHER, TENTH, SEPARATE AND AFFIRMATIVE DEFENSE, Alcantar

21  alleges that this action is barred, under Government Code § 945.6, by plaintiffs' failure to file

22  their action within six months after denial of their claim by the CITY OF OAKLAND.

23        AS A FURTHER, ELEVENTH, SEPARATE AND AFFIRMATIVE DEFENSE,

24  Alcantar alleges that this action is barred by all applicable statutes of limitations.

25        AS A FURTHER, TWELFTH, SEPARATE AND AFFIRMATIVE DEFENSE, Alcantar

26  alleges that any force used in this instance was reasonable.

27        AS A FURTHER, THIRTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE,

28  Alcantar alleges that any actions taken by the answering defendant were taken pursuant to a

1  lawful and valid policy of the CITY OF OAKLAND.

2       AS A FURTHER, FOURTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE,

3  Alcnatar alleges that plaintiffs caused the actions of which plaintiffs complain.

4       AS A FURTHER, FIFTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE,

5  Alcantar alleges that any actions taken against plaintiffs were pursuant to a lawful detention

6  and/or arrest.

7       AS A FURTHER, SIXTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE,

8  Alcantar alleges that any actions taken against plaintiffs were necessary to protect officer safety.

9       AS A FURTHER, SEVENTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE,

10  Alcantar alleges that plaintiffs improperly added the Ninth Cause of Action in the Second

11  Amended Complaint without the required leave of the Court and in violation of the Court's

12  order.

### XVII. PRAYER

**WHEREFORE**, Alcantar prays that:

1.    Plaintiffs take nothing by their Complaint;

2.    Alcantar has judgment against Plaintiffs;

3.    Alcantar be awarded his costs of suit; and

4.    For such other and further relief as the Court may deem proper.

DATED: July 1, 2008          BURNHAM BROWN

By _____
   JAMES Y. HIGA
   Attorneys for Defendant
   RAMON J. ALCANTAR individually and in his
   capacity as a police officer for the City of
   Oakland

871684

DEF'S ALCANTAR'S ANSWER TO SECOND AMD.     10                    No. C-07-02659 JCS
COMPLAINT