1  John J. Verber, State Bar No. 139917
   James Y. Higa, State Bar No. 225683
2  BURNHAM BROWN
   A Professional Law Corporation
3  P.O. Box 119
   Oakland, California 94604
4  ---
   1901 Harrison Street, 11th Floor
5  Oakland, California 94612
   Telephone:   (510) 444-6800
6  Facsimile:   (510) 835-6666
   Email:       jverber@burnhambrown.com
7               jhiga@burnhambrown.com

8  Attorneys for Defendant
   RAMON J. ALCANTAR individually and in his capacity as
9  a police officer for the City of Oakland

10

11              UNITED STATES DISTRICT COURT

12           FOR THE NORTHERN DISTRICT OF CALIFORNIA

13 | MIGUEL ORTEGA, BENJAMIN ORTEGA, | No. C-07-02659 JCS
   | a minor, by and through his Guardian Ad |
14 | Litem, ANA ROSA ORTEGA | DEFENDANT RAMON J. ALCANTAR'S
   |  | JOINDER TO DEFENDANTS CITY OF
15 | Plaintiff, | OAKLAND, OAKLAND POLICE
   |  | DEPARTMENT, CHIEF WAYNE
16 | v. | TUCKER AND SGT. BERNARD
   |  | ORTIZ'S MOTION TO STRIKE
17 | CITY OF OAKLAND, OAKLAND POLICE |
   | DEPARTMENT, WAYNE TUCKER, in his |
18 | capacity as the Police Chief of the City of |
   | Oakland, RAMON J. ALCANTAR |
19 | individually and in his capacity as a police |
   | officer for the City of Oakland, and DOES 1 |
20 | THROUGH 200, inclusive, |

21 | Defendants. |

22

23     TO ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:

24     PLEASE TAKE NOTICE that Defendant RAMON J. ALCANTAR (hereinafter

25 "Alcantar"), hereby joins in Defendants CITY OF OAKLAND, OAKLAND POLICE

26 DEPARTMENT, CHIEF WAYNE TUCKER AND SGT. BERNARD ORTIZ'S (collectively

27 referred to as "Co-Defendants") Motion to Strike pursuant to Fed. R. Civ. P. 12(f). This

28 ///

DEF'S ALCANTAR'S JOINDER TO DEFENDANTS'        1                    No. C-07-02659 JCS
MOTION TO STRIKE

1  Motion is set for hearing on August 8, 2008, at 9:30 a.m. in Courtroom A of the above-
2  captioned Court before the Hon. Magistrate Judge Joseph C. Spero.
3      Alcantar is substantively and similarly situated with Co-Defendants in the above-
4  captioned matter regarding the issues set forth in Co-Defendants' Motion to Strike
5  Accordingly, by this Joinder, Alcantar joins in the arguments set forth by Co-Defendants in
6  their moving papers in support of the Motion.
7      This Joinder incorporates all points and authorities, declarations, exhibits and papers
8  filed by Co-Defendants in support of their Motion, all papers and records on file in this action,
9  and all such oral and documentary evidence as may be presented and/or required by the Court at
10 the hearing on Co-Defendants' Motion, as if the same were fully set forth herein.

12 DATED: July 1, 2008        BURNHAM BROWN

14                                     By
15                                     JAMES Y. HIGA
                                    Attorneys for Defendant
16                                     RAMON J. ALCANTAR individually and in his
                                    capacity as a police officer for the City of
                                    Oakland

19 871864