**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ORTEGA, ET AL., | No. C 07-02659 (JCS) |
|     Plaintiff(s), | |
|     v. | CLERK'S NOTICE |
| CITY OF OAKLAND, ET AL., | |
|     Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the hearing on Defendants' Motion to Strike the Second Amended Complaint, Motion for Sanctions, and Defendant Alcantar's Joinder in the Motion to Strike before Magistrate Judge Spero previously noticed for August 8, 2008, at 9:30 a.m., has been reset to **September 19, 2008, at 9:30 a.m.,** Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.. Regardless of whether the Court reschedules the hearing date, the opposition and reply papers shall be timely filed according to the originally noticed hearing date. Any party requesting a continuance shall submit a stipulation and proposed order.

Dated: July 2, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: *Karen L. Hom*
    Karen L. Hom
    Courtroom Deputy