1  JOHN A. RUSSO, City Attorney - State Bar #129729
   RANDOLPH W. HALL, Chief Assistant City Attorney - State Bar #080142
2  JAMES F. HODGKINS, Supervising Trial Attorney - State Bar #142561
   CHARLES E. VOSE, Deputy City Attorney - State Bar #139700
3  One Frank H. Ogawa Plaza, 6th Floor, Oakland, California  94612
   Telephone:  (510) 238-2961          Fax:  (510) 238-6500
4  25581/458517

5  Attorneys for Defendants
   City of Oakland, Oakland Police Department,
6  Chief Wayne Tucker, Sgt. Bernard Ortiz

7

8  # UNITED STATES DISTRICT COURT

9  # NORTHERN DISTRICT OF CALIFORNIA

10

| MIGUEL ORTEGA, BENJAMIN ORTEGA, A Minor, By And Through His Guardian Ad Litem ANA ROSA ORTEGA,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF OAKLAND, OAKLAND POLICE DEPARTMENT, WAYNE TUCKER, In His Capacity As The Police Chief of the City of Oakland, RAMON J. ALCANTAR, Individually And In His Capacity as a Police Officer For The City of Oakland, BERNARD ORTIZ, Individually And In His Capacity as a Police Officer For The City of Oakland, and DOES 1 THROUGH 200,<br><br>Defendants. | Case No. C-07-2659 JCS (JL)<br><br>**ORDER EXCUSING CHIEF WAYNE TUCKER FROM SETTLEMENT CONFERENCE** |
|---|---|

Upon application by defendant CHIEF WAYNE TUCKER in this action, it is hereby ordered as follows:

CHIEF WAYNE TUCKER is hereby excused from attending the settlement conference in this action, scheduled for August 6, 2008.  A command level member of the Oakland Police Department will attend the settlement conference on behalf of defendants

1
2  the City of Oakland, the Oakland Police Department, and Chief Wayne Tucker.
3     **IT IS SO ORDERED.**
4
5  Dated:  July ____, 2008

6                                                    _____
                                                     THE HONORABLE JAMES LARSON
7                                                    UNITED STATES DISTRICT COURT
                                                     MAGISTRATE JUDGE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26