| | |
|---|---|
| 1 | JOHN A. RUSSO, City Attorney - State Bar #129729 |
|   | RANDOLPH W. HALL, Chief Assistant City Attorney - State Bar #080142 |
| 2 | JAMES F. HODGKINS, Supervising Trial Attorney - State Bar #142561 |
|   | CHARLES E. VOSE, Deputy City Attorney - State Bar #139700 |
| 3 | One Frank H. Ogawa Plaza, 6th Floor, Oakland, California 94612 |
|   | Telephone: (510) 238-2961      Fax: (510) 238-6500 |
| 4 | 25581/458517 |

Attorneys for Defendants
City of Oakland, Oakland Police Department,
Chief Wayne Tucker, Sgt. Bernard Ortiz

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ORTEGA, BENJAMIN ORTEGA, A Minor, By And Through His Guardian Ad Litem ANA ROSA ORTEGA, | Case No. C-07-2659 JCS (JL) |
| Plaintiffs, | **ORDER EXCUSING CHIEF WAYNE TUCKER FROM SETTLEMENT CONFERENCE** |
| vs. | |
| CITY OF OAKLAND, OAKLAND POLICE DEPARTMENT, WAYNE TUCKER, In His Capacity As The Police Chief of the City of Oakland, RAMON J. ALCANTAR, Individually And In His Capacity as a Police Officer For The City of Oakland, BERNARD ORTIZ, Individually And In His Capacity as a Police Officer For The City of Oakland, and DOES 1 THROUGH 200, | |
| Defendants. | |

      Upon application by defendant CHIEF WAYNE TUCKER in this action, it is hereby ordered as follows:

      CHIEF WAYNE TUCKER is hereby excused from attending the settlement conference in this action, scheduled for August 6, 2008. A command level member of the Oakland Police Department will attend the settlement conference on behalf of defendants

the City of Oakland, the Oakland Police Department, and Chief Wayne Tucker.

**IT IS SO ORDERED.**

Dated: July 16, 2008

_____
THE HONORABLE JAMES LARSON
UNITED STATES DISTRICT COURT
MAGISTRATE JUDGE