JOHN A. RUSSO, City Attorney, SBN 129729
RANDOLPH W. HALL, Assistant City Atty., SBN 080142
JAMES F. HODGKINS, Supervising Trial Atty., SBN 142561
CHARLES E. VOSE, Senior Deputy City Atty., SBN 139700
KANDIS A. WESTMORE, Deputy City Atty., SBN 194594
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-3589, Fax: (510) 238-6500
25581/462125

Attorneys for Defendants,
CITY OF OAKLAND, OAKLAND
POLICE DEPARTMENT, CHIEF WAYNE
TUCKER, SGT. BERNARD ORTIZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MIGUEL ORTEGA, BENJAMIN ORTEGA,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF OAKLAND, OAKLAND POLICE DEPARTMENT, WAYNE TUCKER, In His Capacity as the Police Chief of the City of Oakland, RAMON J. ALCANTAR, Individually and in his capacity as a Police Officer for the City of Oakland, B. ORTIZ, Individually and in his capacity as a Police Officer for the City of Oakland, DOES 1 THROUGH 200,<br><br>Defendants. | Case No. C-07-02659 (JCS)<br><br>**DECLARATION OF CHARLES VOSE IN SUPPORT OF REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO STRIKE SECOND AMENDED COMPLAINT NINTH CAUSE OF ACTION AND MOTION FOR SANCTIONS**<br><br>Date:      September 19, 2008<br>Time:     9:30 a.m.<br>Dept.:     Courtroom A, 15th Floor<br>The Honorable Joseph C. Spero |

I, Charles Vose, declare:

1. I am an attorney licensed to practice before all courts of the State of California and am a Senior Deputy City Attorney with the Office of the City Attorney of Oakland, one of the attorney's of record for defendants herein. The matters set forth herein are known to me to be true,

-1-

DECLARATION OF CHARLES VOSE ISO REPLY TO
PLTFS' OPPOSITION TO DFNTS' MTN TO STRIKE 2ND
AMENDED COMPLAINT 9TH COA & MTN FOR SANCTIONS

C07-02659 JCS

1. and if called upon, I could competently testify thereto.

2. On or about June 27, 2007, I filed a Motion to Dismiss in this action, pursuant to F.R.C.P. 12(b)(6), on behalf of defendants City of Oakland and the Oakland Police Department. At the time I filed the Motion to Dismiss, these were the only defendants who I represented. I further determined these were the only defendants who had been properly served and upon who's behalf I could file the Motion to Dismiss.

2. Attached hereto as Exhibit A is a true and correct copy of a September 4, 2007 letter I received from Ms. Catherine Douat, counsel for plaintiffs in this action.

3. I reviewed the draft of Ms. Douat's proposed First Amended Complaint that accompanied her September 4, 2007 letter. I determined it addressed all of the issues in our pending Motion to Dismiss as well as the other issues raised by Mr. Kee concerning other infirmities in the complaint. Attached hereto as Exhibit B is a true and correct copy of a September 7, 2007 letter I sent to Ms. Catherine Douat, counsel for plaintiffs in this action agreeing to withdraw the City's pending Motion to Dismiss.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 25th day of July, 2008, at Oakland, California.

_____
CHARLES VOSE

-2-
DECLARATION OF CHARLES VOSE ISO REPLY TO
PLTF'S OPPOSITION TO DFNTS' MTN TO STRIKE 2ND
AMENDED COMPLAINT 9TH COA & MTN FOR SANCTIONS

C07-02659 JCS