# EXHIBIT A



LAW OFFICES OF STEVEN R. JACOBSEN

STEVEN R. JACOBSEN, ESQ.
srj@theaccidentallawyer.com

CATHERINE R. DOUAT, ESQ.
cat@theaccidentallawyer.com

September 4, 2007

**BY WAY OF FACSIMILE AND MAIL**
(510) 238-6500

Charles E. Vose, Esq.
Christopher Kee, Esq.
Senior Deputy City Attorney
Office of the City Attorney
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612

Re:  Ortega, et. al. v. City of Oakland, et. al.
     Case No. C07-02659 JCS

Dear Mr. Vose:

Please find attached the First Amended Compliant, amending the complaint to name Chief Tucker in his official capacity and deleting the Ninth Cause of Action   If the First Amended Complaint now addresses the issues raised in your Motion to Dismiss, please take your motion off calendar so that we may file the First Amended Complaint.

Thank you for your courtesy and professionalism.

Yours very truly,

LAW OFFICES OF STEVEN R. JACOBSEN

By _____
Catherine R. Douat

901 Clay Street
Oakland, California 94607

www.theaccidentallawyer.com

510-INJURED
510-465-1500
800-824-4418
Fax 510-465-1501