# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

**CASE NO. C 07-02659 JCS**

**CASE NAME: MIGUEL ORTEGA v. CITY OF OAKLAND, ET AL.**

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**: Karen Hom |
| **DATE**: July 29, 2008   **TIME**: 10 mins | **COURT REPORTER**: Jim Yeomans |
| **COUNSEL FOR PLAINTIFF:**<br>Brenda Posada (T)* | **COUNSEL FOR DEFENDANT:**<br>Charles Vose (T)* |

**PROCEEDINGS:**          **RULING:**

1. Telephonic Discovery Conference          Denied
Re: Jt Discovery Dispute re: Motion to Compel
Deposition of Wayne Tucker [Docket No. 73]

_____

**ORDERED AFTER HEARING:**

_____

**ORDER TO BE PREPARED BY:**        () Plaintiff    () Defendant    (X) Court

**CASE CONTINUED TO:**
_____

| | | |
|---|---|---|
| **Number of Depos:** | **Number of Experts:** | **Discovery Cutoff:** |
| **Expert Disclosure:** | **Expert Rebuttal:** | **Expert Discovery Cutoff:** |
| **Motions Hearing:**   at 1:30 p.m. | | **Pretrial Conference:** at 1:30 p.m. |

**Trial Date:**   at 8:30 a.m.  ()Jury   ()Court       Set for  days
_____

cc:     Chambers; Karen
* (T) = Telephonic Appearance