UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ORTEGA,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>CITY OF OAKLAND, ET AL.,<br><br>　　　　Defendant(s).<br>_____/ | Case No. C07-02659 JCS<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO COMPEL THE DEPOSITION OF WAYNE TUCKER [Docket No. 73]** |

On July 18, 2008, the parties filed a Joint Letter Brief Re: Motion to Compel the Deposition of Wayne Tucker (the "Motion") [Docket No. 73]

On July 29, 2008, a telephonic hearing was held on the Motion. Brenda Posada, counsel for Plaintiff, appeared. Charles Vose, counsel for all Defendants, appeared.

For reasons stated on the record, and good cause shown,

IT IS HEREBY ORDERED THAT the Motion is DENIED.

IT IS SO ORDERED.

Dated: July 30, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge