IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ORTEGA, | No. C 07-02659 JCS (JL) |
| Plaintiff, | **Clerk's Notice Rescheduling Hearing** |
| v. | |
| CITY OF OAKLAND, | |
| Defendant. / | |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the attached certificate of service)

YOU ARE NOTIFIED THAT the *settlement conference* previously set for 08/06/08 at 2:00 PM has been rescheduled for **Thursday, 08/28/08** at **2:00 PM**, before Magistrate Judge James Larson. Please report to Courtroom F, on the 15th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated:  August 7, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By: /s/ R. B. Espinosa
R. B. Espinosa
Deputy Clerk