1   JOHN A. RUSSO, City Attorney, SBN 129729
    RANDOLPH W. HALL, Assistant City Atty., SBN 080142
2   JAMES F. HODGKINS, Supervising Trial Atty., SBN 142561
    CHARLES E. VOSE, Senior Deputy City Atty., SBN 139700
3   KANDIS A. WESTMORE, Deputy City Atty., SBN 194594
    One Frank H. Ogawa Plaza, 6th Floor
4   Oakland, California  94612
    Telephone:  (510) 238-3589, Fax:  (510) 238-6500
5   25581/470904

6   Attorneys for Defendants,
    CITY OF OAKLAND, OAKLAND
7   POLICE DEPARTMENT, CHIEF WAYNE
    TUCKER, SGT. BERNARD ORTIZ

8

9

                    **UNITED STATES DISTRICT COURT**
10
                   **NORTHERN DISTRICT OF CALIFORNIA**
11
                      **SAN FRANCISCO DIVISION**
12

13
    MIGUEL ORTEGA, BENJAMIN ORTEGA,          Case No.  C-07-02659 (JCS)
14
                    Plaintiffs,              **DECLARATION OF ERSIE JOYNER IN**
15                                           **SUPPORT OF DEFENDANTS' MOTION**
            v.                               **FOR PARTIAL SUMMARY JUDGMENT**
16
    CITY OF OAKLAND, OAKLAND POLICE          Date:        September 19, 2008
17  DEPARTMENT, WAYNE TUCKER, In His         Time:        9:30 a.m.
    Capacity as the Police Chief of the City of    Dept.:        Courtroom A, 15th Floor
18  Oakland, RAMON J. ALCANTAR, Individually   The Honorable Joseph C. Spero
    and in his capacity as a Police Officer for the
19  City of Oakland, B. ORTIZ, Individually and in
    his capacity as a Police Officer for the City of
20  Oakland, DOES 1 THROUGH 200,

21                  Defendants.

22
        I, Ersie Joyner, declare:
23
        1.      I am employed by the City of Oakland as a Lieutenant in the
24
    Homicide Division/Division of the Oakland Police Department.  I have been employed by
25
    OPD for _17_ years.  I have personal knowledge of the matters stated herein and could
26

                                    -1-
    DECLARATION OF ERSIE JOYNER IN SUPPORT                        C07-02659 JCS
    OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT

1  competently testify thereto if called as a witness in this matter.

2      2.    As Lieutenant of Homicide I am responsible for ___ALL___

3  ___DEATH   INVESTIGATIONS___.

4      3.    Each day at OPD the Officers show up for line up at 7:30 a.m. or 9:00 a.m., 12:00

5  p.m., and 1:00 p.m. where they receive their assignments for the day. The line-up detail contains

6  information regarding each officer's name, unit number, serial number and assignment and is kept

7  in written form during the normal course of business. I am familiar with the procedures used by

8  OPD to maintain daily line-up detail records.

9      4.    Attached as Exhibit "A" to my declaration is a true and correct copy of the line-up

10  detail for May 7, 2006 for the Cinco De Mayo Festival.

11      5.    Defendant Officers Alcantar and Ortiz are listed under the 1:00 p.m. line-up as

12  assigned to the Blue Delta Team to patrol the areas between Foothill Blvd., Bancroft Avenue, High

13  Street and 73rd Avenue. Alcantar and Ortiz were assigned to drive police vehicle unit number

14  20A61.

15      6.    Alcantar's and Ortiz's assignment did not include the issuance of a Taser. Tasers are

16  issued to certain officers on certain assignments. If the detail does not indicate that the officer is to

17  be issued a taser, one was not issued to them. The line-up detail for Alcantar and Ortiz indicates

18  that tasers were not issued to them on May 7, 2006.

19      I declare under penalty of perjury under the laws of the State of California and United States

20  of America that the foregoing is true and correct.

21      Executed this _6_ day of August, 2008, at Oakland, California.

22

23                                    ERSIE JOYNER

24

25

26

-2-