## GOLD MOBILE FIELD FORCE
## CINCO De MAYO FESTIVAL DETAIL
## 7 MAY 06
### LINEUP 0730: TRAFFIC CONTROL AND INTERIOR SUPPORT

**GOLD ALPHA TEAM**

| UNIT | | NAME | SERIAL | RAD# | ASSIGNMENT |
|---|---|---|---|---|---|
| 2X84 | LT. | R. OROZCO | 7583 | | FESTIVAL COMMANDER/ 773-6316 |
| 23A76 | SGT | O. CUNNINGHAM (0900) | 7925 | | SUPERVISOR |
| | SGT | P. FREEMAN | 7682 | | SUPERVISOR |
| 21L7 | OFC | R. VALLADON | 7194 | | COMMAND POST 36TH AVE SOUTH OF INTERNATIONAL |
| 21L2 | OFC | R. WILLIAMS | 7676 | | INTERNATIONAL AND FRUITVALE, NO EB ON INTER |
| 4C1 | | P. WHITE | 3664 | | INTERNATIONAL AND 40ND AVE NO WB TRAFFIC ON INTER |
| 4C2 | | S. BICKHAM | 4506 | | |
| 4C3 | | J. COCHRAN | 3975 | | INTERNATIONAL AND 42ND AVE NO WEST BOUND TRAFFIC EXCEPT FOR SMART & FINAL |
| 4C4 | | S. PERRY | 3924 | | |
| 21L4 | OFC | S. NERI | 8328 | | FOOTHILL AND 35TH AVE, NO SOUTH BOUND ON 35TH AVE |
| 4C5 | | D. WILSON | 4212 | | 36TH AVE AND E16TH STREET NO SB TRAFFIC ON 36TH AVE OR EB ON E16TH EXCEPT RESIDENTS |
| 4C6 | | E. SIMLIN | 4440 | | |
| 4C7 | | I. BOYLE | 4040 | | 37TH AVE AND E 16TH, NO SB ON 37TH AVE EXCEPT RESIDENTS |
| 4C8 | | B. IVY | 4246 | | 38TH AVE AND FOOTHILL BLVD, NO SB 38TH EXCEPT RESIDENTS |
| 23L74 | SGT | N. ELDER (0900) | 8090 | | SUPERVISOR |
| 4C9 | | K. CARSTENSEN | 4102 | | FRUITVALE AND E12TH ST NO EB ON E12TH |
| 4C10 | | P. BIDDLE | 4186 | | 35TH AVE AND E12TH STREET, FACILITATE TRAFFIC EB, NO NB |
| 4C11 | | V. JONES | 4264 | | |
| 4C12 | | A. LEW | 3976 | | 36TH AND E12TH, NO NB ON 36TH |
| 21L1 | OFC | J. HILL | 8233 | | 37 AND E12TH NO NB ON 37TH |
| 21L3 | OFC | F. ROMERO | 8363 | | 38TH AND E12TH NO NB ON 38TH |
| 21L5 | OFC | A. WEATHERLY | 8301 | | 39TH AND E12TH NO NB ON 39TH |
| 21L11 | OFC | A. OWENS | 8252 | | 40TH AND E12TH NO NB ON 40TH |
| 21L10 | OFC | T. CHEY | 8404 | | 41ST AND E12TH, NO NB ON 41 |

### LINEUP 0900: INTERIOR CONTROL WALKING DETAIL INTERNATIONAL BLVD

**GOLD BRAVO TEAM**
**3200-3300 INTERNATIONAL 0900 LINEUP**

| UNIT | | NAME | SERIAL | RAD# | ASSIGNMENT |
|---|---|---|---|---|---|
| 23A75 | SGT | B. BODIN | 7378 | | TEAM LEADER |
| | SGT | P. LAU | 8030 | | 1) 3200-3300 INTERNATIONAL WALKING |
| 23A78 | SGT | D. ELZEY | 7682 | | 1) 1000 HRS. INTERNATIONAL AND 47TH AVE FOR PARADE |
| | OFC | J. LOIS | 7935 | | 2) 3200-3300 INTERNATIONAL WALKING |
| 23A1 | OFC | J. BASSETT | 8563 | | 1) 1000 HRS. INTERNATIONAL/46TH FOR PARADE |
| | OFC | C. BOLTON | 8296 | | 2) 3200-3300 INTERNATIONAL WALKING |

### 3400-3500 INTERNATIONAL 0900 LINEUP
### GOLD BRAVO

| UNIT | | NAME | SERIAL | RAD# | ASSIGNMENT |
|---|---|---|---|---|---|
| 23A79 | SGT<br>SGT | D. FLYNN<br>R. SETHNA | 7600<br>8098 | | TEAM LEADER<br>1) 3400-3500 INTERNATIONAL WALKING |
| 23A45 | OFC<br>OFC | J. SELEDA<br>S. SEM | 8042<br>8436 | | WAGON |
| 23A2 | OFC<br>OFC<br>OFC | J. ANDERSON<br>A. HALL<br>R. CHAN | 7738<br>8542<br>7939 | | 1) 1000 HRS INTERNATIONAL & 42ND FOR PARADE<br>2) 3400-3500 INTERNATIONAL WALKING |
| 5S51 | OFC<br>OFC | L. LYONS<br>M. POWELL | 7742<br>7690 | | 1) 1000 HRS INTERNATIONAL & 45TH FOR PARADE<br>2) 3400-3500 INTERNATIONAL WALKING |

### 3600-3700 INTERNATIONAL & 3400 E. 12TH 0900 LINEUP
### GOLD CHARLIE TEAM

| UNIT | | NAME | SERIAL | RAD# | ASSIGNMENT |
|---|---|---|---|---|---|
| 5F71 | SGT | P. BERNARD | 7982 | | TEAM LEADER/ 750-4568<br>3600-3700 INTERNATIONAL WALKING |
| 5F1<br>5F63 | OFC<br>OFC | H. NGUYEN<br>D. GILBERT | 8290<br>8088 | | 3600-3700 INTERNATIONAL BIKES |
| 5F42<br>5F53<br>5F54 | OFC<br>OFC<br>OFC | D. UNDERWOOD<br>R. VILLEGAS (0700)<br>I. PADILLA (0700) | 8170<br>7048<br>7657 | | 3600-3700 INTERNATIONAL WALKING |
| 5A45 | OFC<br>OFC | B. WHITE<br>M. STOLZMAN | 7538<br>8576 | | WAGON |
| 5F70 | SGT | W. YOUNG | 7640 | | TEAM LEADER/750-4531 3400 E. 12TH ST. WALKING |
| 5S36 | OFC<br>OFC | S. MOCK<br>C. WONG | 8142<br>8196 | | 3400 E. 12TH ST. BIKES |
| 5F60 | OFC | C. CRAIG | 8038 | | 3400 E. 12TH ST. WALKING |
| 5S66 | OFC<br>OFC | T. LEWIS (1300)<br>J. CHANG | 7121<br>8005 | | 3400 E. 12TH ST. WALKING |

### 3800-3900 INTERNATIONAL 0900 LINEUP
### GOLD DELTA TEAM

| UNIT | | NAME | SERIAL | RAD# | ASSIGNMENT |
|---|---|---|---|---|---|
| 38L71 | SGT | B. RIVERA | 7022 | | TEAM LEADER/ 750-4540<br>3800-3900 INTERNATIONAL WALKING |
| 38A2 | OFC<br>OFC | E. MAUSZ<br>S. BANG | 8491<br>8543 | | 3800-3900 INTERNATIONAL WALKING |
| 38A6 | OFC<br>OFC | B. RIVERA<br>B. VALLIMONT | 8480<br>8256 | | 3800-3900 INTERNATIONAL WALKING |
| 38A10 | OFC<br>OFC | E. PETERSON<br>S. MITCHELL | 8374<br>8366 | | 3800-3900 INTERNATIONAL BIKES |
| 38L9 | OFC | C. WORCESTER | 8289 | | 3800-3900 INTERNATIONAL WALKING |

### 4000-4100 INTERNATIONAL 0900 LINEUP
### GOLD DELTA TEAM

| UNIT | | NAME | SERIAL | RAD# | ASSIGNMENT |
|------|---|------|--------|------|------------|
| 23L77 | SGT | S. WHENT | 8047 | | TEAM LEADER 4000-4100 INTERNATIONAL WALKING |
| 38A16 | OFC | S. FESTAG | 8332 | | 4000-4100 INTERNATIONAL WALKING |
|  | OFC | M. VALLADON | 8172 | | |
| 38A20 | OFC | S. WONG | 8197 | | 4000 4100 INTERNATIONAL WALKING |
|  | OFC | S. KIM | 8080 | | |
| 38L31 | OFC | S. VIERRA | 8245 | | 4000-4100 INTERNATIONAL WALKING |

### BLUE MOBILE FIELD FORCE

# 1200HRS LINEUP
### BLUE CHARLIE TEAM – (WALKING 3400-3900BLK INTERNATIONAL)

| UNIT | | NAME | SERIAL | RAD# | ASSIGNMENT |
|------|---|------|--------|------|------------|
| 20L71 | SGT | K. COLEMAN | 7979 | | TEAM LEADER/750-4570 3400-3500 INTERNATIONAL |
| 20A11 | OFC | M. MCGIFFERT | 8443 | | 3400-3500 INTERNATIONAL |
|  | OFC | H. JOSHI | 8486 | | |
| 20A12 | OFC | M. MILLER | 8444 | | 3400-3500 INTERNATIONAL |
|  | OFC | C. JOHNSON | 8517 | | |
| 20L13 | OFC | D. AITCHISON | 8477 | | 3400-3500 INTERNATIONAL |
| 20L72 | SGT | R. BRANDWOOD | 7867 | | TEAM LEADER/ 750-4573 3600-3700 INTERNATIONAL |
| 20A21 | OFC | BURKE, WILLIAM | 8466 | | 3600-3700 INTERNATIONAL |
|  | OFC | FRAZIER, EVAN | 8530 | | |
| 20A22 | OFC | R. HOLTON | 8459 | | 3600-3700 INTERNATIONAL |
|  | OFC | S. BOWLING | 8411 | | |
| 20A23 | OFC | J. KOSTER | 8344 | | 3600-3700 INTERNATIONAL |
|  | OFC | W. BROWN | 8565 | | |
| 20L74 | SGT | R. VIERRA | 7867 | | TEAM LEADER/ 715-8161 3800-3900 INTERNATIONAL |
| 20A32 | OFC | C. SANSONE | 8140 | | 3800-3900 INTERNATIONAL |
|  | OFC | J. PERRODIN | 8185 | | |
| 20A41 | OFC | J. LANCASTER | 8265 | | 3800-3900 INTERNATIONAL |
|  | OFC | T. SOTTO | 8559 | | |
| 20A42 | OFC | F. MARTINEZ | 8593 | | 3800-3900 INTERNATIONAL |
|  | OFC | E. BARANGAN | 8544 | | |
| 20A43 | OFC | F. ROJAS | 8438 | | 3800-3900 INTERNATIONAL |
|  | OFC | E. LARA | 8551 | | |

## CINCO de MAYO
## 1300 HRS LINEUP

### ORGANIZATION — COMMAND AND SUPPORT

| UNIT | | NAME | SERIAL | RADIO | ASSIGNMENT |
|---|---|---|---|---|---|
| 4M91 | CAPT | D. KOZICKI | 7297 | | INCIDENT COMMANDER/ 773-2774 |
| 2X83 | LT | E. TRACEY | 8004 | | TANGO TEAM COMMANDER/ 867-7317 |
| 20L31 | OFC | K. JONES | 8500 | | ADMIN/ VIDEO CAMERA'S |

### TOST DISPATCH

| UNIT | | NAME | SERIAL | RADIO | ASSIGNMENT |
|---|---|---|---|---|---|
| S3 | SUP | I. GRIEVE | 4162 | | TOST SUPERVISOR 1200 |
| 28S04 | SUP | R. HARRIS | | | 1200 HRS |
| 28C47 | DISP | D. FYNAUT | 3980 | | 1500 HRS |
| 28C | DISP | M. MELHAM | 4319 | | 1200 HRS |
| 28C50 | DISP | N. PARLETTE | 3894 | | 0900 HRS (ON DUTY AT RADIO) |
| 4C20 | PST | M. ROSS | 3889 | | SERVICE CHANNEL/ TAC9 |

### SURVEILLANCE

| UNIT | | NAME | SERIAL | RADIO | ASSIGNMENT |
|---|---|---|---|---|---|
| 15A71 | SGT | G. GALINDO | 7545 | | INTELL, PLAIN CLOTHES |
| | OFC | A. RACHAL | 7566 | | 99 FORD EXPEDITION BLU, 4TXC590 |
| | | | | | CELL 867-5547 & 867-6338 |
| 15A3 | OFC | M. BROWN | 7451 | | INTELL, PLAIN CLOTHES |
| | OFC | A. BARTON | 7460 | | 95 FORD VAN, WHI, 3PTP826 |
| | | | | | CELL 867-6335 & 867-6336 |
| 15A6 | OFC | J. JADALLAH | 7469 | | |
| | | C. WONG | 7371 | | |

### VIDEO

| UNIT | | NAME | SERIAL | RADIO | ASSIGNMENT |
|---|---|---|---|---|---|
| 4V01 | OFC | I. RAMIREZ | 7964 | | VIDEOGRAPHER |
| | OFC | R. SILVA-RODRIGUEZ | 8521 | | DRIVER |
| 4V02 | OFC | F. ALLIGER | 3480 | | VIDEOGRAPHER |
| | | S. WHITMEYER | 8133 | | DRIVER |

### BLUE MOBILE FIELD FORCE

| UNIT | | NAME | SERIAL | RADIO | ASSIGNMENT |
|---|---|---|---|---|---|
| 4L81 | LT | L. GREEN | 7519 | | BLUE MFF COMMANDER 773-2761 |

### TOW DETAIL

| UNIT | | NAME | SERIAL | RADIO | ASSIGNMENT |
|---|---|---|---|---|---|
| 21L71 | SGT | J. CRAWFORD | 6485 | | COORDINATOR EASTMONT |
| 21L35 | OFC | J. COWLES | 8478 | | EASTMONT |
| 4C21 | | M. LEVINE | 4004 | | EASTMONT |
| 4C23 | | C. CAMPBELL | 3845 | | EASTMONT |
| 4L8 | OFC | A. LUTY | 7766 | | COORDINATOR 42ND/WATTLING |
| 4C24 | PST | K. HAGGERTY | 4410 | | TOW DETAIL 42ND/WATTLING |
| 4C25 | PST | K. MAINAGA | 4344 | | TOW DETAIL 42ND/WATTLING |

### BLUE ALPHA TEAM (FOOTHILL BLVD FROM FRUITVALE AVE TO HIGH ST)

| UNIT | | NAME | SERIAL | RAD# | |
|---|---|---|---|---|---|
| 6M71 | SGT | M. FOSTER | 7229 | | TEAM LEADER/773-4706 |
| 6M11 | OFC | J. KIM | 7552 | | |
| 6M22 | OFC | J. ENCINIAS | 7615 | | |
| 6M31 | OFC | E. BERMUDEZ | 7635 | | |
| 6M42 | OFC | W. WONG | 8044 | | |
| 6M51 | OFC | A. CASTRO | 8127 | | |
| 4L77 | SGT | P. ESPINOZA | 8003 | | TEAM LEADER/ 773-2807 |
| 4M22 | OFC | M. MORSE | 7726 | | |
| 7M11 | OFC | A. COASTON | 7777 | | |
| 7M21 | OFC | R. POPE | 7998 | | |
| 7M41 | OFC | G. BELLUSA | 8259 | | |
| 7M51 | OFC | J. SCOTT | 8214 | | |
| 7M61 | OFC | D. ROYAL | 8085 | | |

### BLUE BRAVO TEAM (INTERNATIONAL BLVD HIGH ST. TO 73RD)

| UNIT | | NAME | SERIAL | RAD# | |
|---|---|---|---|---|---|
| 4M74 | SGT | G. MELARA | 7366 | | TEAM LEADER |
| 4M01 | OFC | M. GREB | 7293 | | |
| 4M02 | OFC | M. THORNTON | 7473 | | |
| 4M03 | OFC | J. GORDON | 7486 | | |
| 4M09 | OFC | J. FISHER | 7498 | | |
| 4M04 | OFC | V. JOHNSON | 7910 | | |
| 4M02 | OFC | J. THOMASON | 8238 | | |
| 4M76 | SGT | R. CHEW | 7174 | | TEAM LEADER |
| 4M61 | OFC | J. BUNA | 7146 | | |
| 4M63 | OFC | S. THURSTON | 7674 | | |
| 6M69 | OFC | R. SAYAPHUPHA | 7491 | | |
| 8M73 | SGT | M. DUNAKIN | 7916 | | TEAM LEADER |
| 8M11 | OFC | C. HARDISON | 8356 | | |
| 8A21 | OFC | K. REYNOLDS | 8536 | | HELP TOW RELOCATION |
| | OFC | C. GARCIA | 8458 | | HELP TOW RELOCATION |
| 8A31 | OFC | S. HEWISON | 8339 | | HELP TOW RELOCATION |
| | OFC | M. CARDOZA | 8367 | | HELP TOW RELOCATION |
| 8A32 | OFC | R. HALEY | 8508 | | HELP TOW RELOCATION |
| | OFC | J. CABRAL | 8403 | | |
| 8L41 | OFC | F. BONAFACIO | 8476 | | |
| 4A46 | OFC | D. HUTCHINSON | 7523 | | WAGON |
| | OFC | J. RASLER | 8558 | | |

### BLUE DELTA TEAM (FOOTHILL & BANCROFT HIGH TO 73RD)

| UNIT | | NAME | SERIAL | RAD# | ASSIGNMENT |
|---|---|---|---|---|---|
| 20L75 | SGT | M. REILLY | 7672 | | TEAM LEADER/385-6943 |
| 20A51 | OFC. | M. LEITE | 8549 | | |
| | OFC. | J. RUIZ | 8400 | | |
| 20A52 | OFC. | M. WELLS | 8571 | | |
| | OFC. | S. FESTAG | 8332 | | |
| 20A53 | OFC. | K. MURPHY | 8572 | | |
| | OFC. | A. JONES | 8596 | | |
| 20A61 | OFC | B. ORTIZ | 8132 | | |
| | OFC | R. ALCANTAR | 8319 | | |
| 2062 | OFC | T. MORK | 8173 | | |
| | OFC | R. VASS | 8399 | | |
| 20A63 | OFC. | D. SAWYER | 8295 | | |
| | OFC. | E. HUSEMAN | 8152 | | |

### BLUE AREA CONTROL TEAM 1 INTERNATIONAL HIGH TO 73RD AVE/MONITOR PARK 3700 BLK FOOTHILL

| UNIT | | NAME | SN | RADIO | ASSIGNMENT |
|---|---|---|---|---|---|
| 4L72 | SGT | F. MESTAS | 7130 | | TEAM LEADER |
| 4A11 | OFC | M. MACK | 8100 | | |
| | OFC | D. MARTINEZ | 8128 | | |
| 4A12 | OFC | C. CRABTREE | 7725 | | |
| | OFC | T. BERGERON | 7828 | | |
| 4A45 | OFC | R. KANE | 8137 | | WAGON |
| | OFC | J. ALBERT | 8072 | | WAGON |
| 4A14 | OFC | D. THURSTON | 8262 | | |
| | OFC | I. MAYER | 8299 | | |

| UNIT | | NAME | SN | RADIO | ASSIGNMENT |
|---|---|---|---|---|---|
| 4L21 | OFC | M. RODRIGUEZ | 8278 | | |
| 4A22 | OFC | E. GUERRERO | 7550 | | |
| | OFC | D. KEELY | 8287 | | |
| 4A23 | OFC | G. MELERO | 8053 | | |
| | OFC | C. BUNN | 8059 | | |

### BLUE AREA CONTROL TEAM 2 (SHOT FINDER)

| UNIT | | NAME | SN | RADIO | ASSIGNMENT |
|---|---|---|---|---|---|
| 4A73 | SGT | R. WINGATE | 7986 | | TEAM LEADER/773-1554 |
| | OFC | G. WILLIAMS | 8000 | | |
| 4A30 | OFC | L. ROBERTSON | 7435 | | |
| | OFC | S. VALLE | 8586 | | |
| 4A31 | OFC | J. MUSCHI | 8101 | | |
| | OFC | J. KELLY | 8401 | | |
| 4A32 | OFC | O. CRUM | 8413 | | |
| | OFC | E. KARSSEBOOM | 8040 | | |
| 4A33 | OFC | P. EGAN | 8335 | | |
| | | R. LEE | 7974 | | |
| 4A44 | OFC | J. KROUSHOUR | 7699 | | WAGON (FUGITUVE WAGON) |
| | OFC | J. HENRY | 8113 | | |
| 4K35 | OFC | M. CHINEN | 7481 | | |

### BLUE TANGO 1 (HELP WITH TOW RELOCATION)

| UNIT | | NAME | SN | RADIO | ASSIGNMENT |
|---|---|---|---|---|---|
| 4L75 | SGT | G. TOLLESON | 7089P | | TEAM LEADER/ 867-8734 |
| 4A1 | OFC | R. GUTIEREZ | 8091 | | |
| | OFC | J. FUKUDA | 7693 | | |
| | OFC | D. SAKAI | 8123P | | |
| | OFC | S. KNIGHT | 7776 | | |

### BLUE TANGO 2 (HELP WITH TOW RELOCATION)

| UNIT | | NAME | SN | RADIO | ASSIGNMENT |
|---|---|---|---|---|---|
| 20L76 | SGT | M. POIRIER | 7548 | | TEAM LEADER/ 750-4595 |
| 20A1 | OFC | K. KANEY | 8235 | | |
| | OFC | C. SAUNDERS | 8254 | | |
| | OFC | P. GONZALES | 8151 | | |
| | OFC | R. HOLMGREN | 8282 | | |

### BLUE TANGO 3 (HELP WITH TOW RELOCATION)

| UNIT | | NAME | SN | RADIO | ASSIGNMENT |
|---|---|---|---|---|---|
| 20L73 | SGT | E. ROMANS | 8045 | | TEAM LEADER/ 882-0568 |
| 20A2 | OFC | M. BEAVER | 8095 | | |
| | OFC | A. JOSE | 8228 | | |
| | OFC | G. PORRITT | 8228 | | |
| | OFC | R. ROCHE | 8580 | | |

## RED MOBILE FIELD FORCE

| UNIT | | NAME | SER | RDO | RAD | VEH | NOTES |
|---|---|---|---|---|---|---|---|
| 3L81 | LT | HU, HARRY | 7291 | TFS | 624 | | C: 773-2772 |

### RED ALPHA TEAM (INTERNATIONAL 73RD TO SAN LEANDRO BORDER)

| UNIT | | NAME | SER | RDO | RAD | VEH | NOTES |
|---|---|---|---|---|---|---|---|
| 3L71 | SGT | RIGGS, LARRY | 7553 | TWT | | | I-B  C: 750-4534 |
| 3L1 | | DUTCH, MICHAEL | 8525 | TWT | | | I-B |
| 3L2 | | MING, DANEIL | 8439 | TWT | | | I-B  Mandarin |
| 3L3 | | JEW, THEDORE | 8445 | TWT | | | I-B  Cantonese |
| 3L4 | | SOUZA, KEITH | 8653 | TWT | | | I-B |
| 3L5 | | SEDER, SCOTT | 8532 | TWT | | | I-B  12gaLL Rifle |
| 3L7 | | SAEPARN, OUSENG | 8513 | TWT | | | I-B  Mien |
| UNIT | | NAME | SER | RDO | RAD | VEH | NOTES |
| 3L72 | SGT | McNEIL, ANDREW | 7880 | MTW | | | II-B  C: 750-4559 |
| 3L8 | | CHIMPKY, DOUG | 8431 | MTW | | | II-B  FTO |
| 3L9 | | TRENKAMP, MICHAEL | 8463 | MTW | | | II-B  FTO |
| 3L10 | | PIERCE, ANN | 8434 | MTW | | | II-B FTO Taser |
| 3L11 | | AUSMUS, LISA | 8432 | MTW | | | II-B Taser FTO |
| 3L12 | | STEVENS, AISHA | 8640 | MTW | | | II-B |
| 3L13 | | VAZQUEZ, JOSE | 8089 | TFS | | | II-A  Spanish FTO |
| 3L14 | | SIVILA, MICHAEL | 8119 | TFS | | | II-A  12gaLL |

### RED BRAVO TEAM (BANCROFT AND MACARTHUR 73RD TO SAN LEANDRO BORDER)

| UNIT | | NAME | SER | RDO | RAD | VEH | NOTES |
|---|---|---|---|---|---|---|---|
| 3L73 | SGT | JOHNSON, CARMEN | 7234 | WTF | | | III-A  C: 750-4541 |
| 3L15 | | ENDOW, ROBERT | 8531 | WTF | | | III-A |
| 3L16 | | PARKER-BRIDGES, KELL | 8608 | WTF | | | III-A |
| 3L17 | | HUNT, CORY | 8234 | WTF | | | III-A |
| 3L18 | | NGUYEN, HUNG | 8569 | WTF | | | III-A |
| 3L19 | | HAMPTON, JAMES | 8597 | WTF | | | III-A |
| 3L20 | | WEECK, GARY | 8117 | TFS | | | II-A |
| 3L21 | | CALLAN, CORNELIUS | 8135 | TFS | | | II-A |
| UNIT | | NAME | SER | RDO | RAD | VEH | NOTES |
| 3L75 | SGT | WALKER, STEVE | 7877 | MTW | | | V-A  C: 750-4579 |
| 3L26 | | HEWITT, SCOTT | 8626 | MTW | | | V-A |
| 3L27 | | CID, JEFFHRY | 8520 | MTW | | | V-A |
| 3L30 | | MARIE, CHRIS | 8611 | MTW | | | V-A |
| 3L31 | | CHEW, RANDALL | 8561 | WTF | | | IV-B |
| 3L32 | | SKRDLANT, JASON | 8417 | WTF | | | IV-B  Taser |
| 3L33 | | FUENTES, CHRIS | 8284 | WTF | | | IV-B  Rifle |
| UNIT | | NAME | SER | RDO | RAD | VEH | NOTES |
| 3L76 | SGT | VANSLOTEN, RACHEL | 8061 | TWT | | | VI-A  C:773-1631 |
| 3L31 | | KEDEN, CHRISTOPHER | 8469 | TWT | | | VI-A  Intoxilizer  FTO |
| 3L32 | | MADLANSACAY, MENAN | 8650 | TWT | | | VI-A |
| 3L33 | | TRENEV, MARIA | 8604 | TWT | | | VI-A |
| 3L34 | | DADGAR, ABDUALLAH | 8485 | TWT | | | VI-A |
| 3L35 | | STONE, CHARLES | 8420 | TWT | | | VI-A |

### RED TANGO 1 (HELP WITH TOW RELOCATION)

| UNIT | | NAME | SERIAL | RAD | | | |
|---|---|---|---|---|---|---|---|
| 4L78 | SGT | S. STEINBERGER | 7819P | | | | TEAM LEADER/ 750-4588 |
| 4A2 | OFC | N. JOSHI | 8450 | | | | |
| | OFC | S. MILLINGTON | 8393 | | | | |
| | OFC | J. MCGUINN | 8181 | | | | |
| | OFC | R. MOORE | 8051 | | | | |