JOHN A. RUSSO, City Attorney, SBN 129729
RANDOLPH W. HALL, Assistant City Atty., SBN 080142
JAMES F. HODGKINS, Supervising Trial Atty., SBN 142561
CHARLES E. VOSE, Senior Deputy City Atty., SBN 139700
KANDIS A. WESTMORE, Deputy City Atty., SBN 194594
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-3589, Fax: (510) 238-6500
25581/471009

Attorneys for Defendants,
CITY OF OAKLAND, OAKLAND
POLICE DEPARTMENT, CHIEF WAYNE
TUCKER, SGT. BERNARD ORTIZ

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MIGUEL ORTEGA, BENJAMIN ORTEGA,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF OAKLAND, OAKLAND POLICE DEPARTMENT, WAYNE TUCKER, In His Capacity as the Police Chief of the City of Oakland, RAMON J. ALCANTAR, Individually and in his capacity as a Police Officer for the City of Oakland, B. ORTIZ, Individually and in his capacity as a Police Officer for the City of Oakland, DOES 1 THROUGH 200,<br><br>Defendants. | Case No. C-07-02659 (JCS)<br><br>**DECLARATION OF SGT. BERNARD ORTIZ IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:       September 19, 2008<br>Time:      9:30 a.m.<br>Dept.:     Courtroom A, 15th Floor<br>The Honorable Joseph C. Spero |

I, Bernard Ortiz, declare:

1. The matters set forth herein are known to me to be true, and if called upon, I could competently testify thereto.

///

-1-

DECLARATION OF SGT. BERNARD ORTIZ IN SUPPORT
OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT

C07-02659 JCS

Case 3:07-cv-02659-JCS    Document 82    Filed 08/15/2008    Page 2 of 2

2. I am a sergeant for the Oakland Police Department. I am also one of the named defendants in this case.

3. I am Hispanic, my parents being Mexican-American and Puerto Rican. I am very fair complected and was so on the date of the incident that gave rise to this case, May 7, 2006.

4. I am also very familiar with Ramon Alcantar, another named defendant in this action. Ramon Alcantar I also know to be Hispanic. Ramon Alcantar is also very fair complected and was on the day of the incident that gave rise to this case, May 7, 2006.

5. On May 7, 2006, I did not carry a Taser weapon. In fact I had not been trained or authorized to carry a Taser weapon prior to May 7, 2006. I was trained in the use of a Taser in early 2007.

6. When I and Officer Alcantar approached the house where we detained Benjamin Ortega and Miguel Ortega, at no time did I make any statements to the effect of that the individuals present better make sure they had their green cards or we would contact the Immigration and Naturalization Service.

7. On May 7, 2006, at no time did I make any statement in an attempt to reach an agreement with either Benjamin Ortega or Miguel Ortega that I would not arrest and release them in return for an agreement from them to not sue the City of Oakland or myself.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 8th day of August, 2008, at Oakland, California.

_____
BERNARD ORTIZ

-2-
DECLARATION OF SGT. BERNARD ORTIZ IN SUPPORT                    C07-02659 JCS
OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT