```
1  JOHN A. RUSSO, City Attorney, SBN 129729
   RANDOLPH W. HALL, Assistant City Atty., SBN 080142
2  JAMES F. HODGKINS, Supervising Trial Atty., SBN 142561
   CHARLES E. VOSE, Senior Deputy City Atty., SBN 139700
3  KANDIS A. WESTMORE, Deputy City Atty., SBN 194594
   One Frank H. Ogawa Plaza, 6th Floor
4  Oakland, California  94612
   Telephone: (510) 238-3589, Fax: (510) 238-6500
5  25581/470929

6  Attorneys for Defendants,
   CITY OF OAKLAND, OAKLAND
7  POLICE DEPARTMENT, CHIEF WAYNE
   TUCKER, SGT. BERNARD ORTIZ
8
```

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| MIGUEL ORTEGA, BENJAMIN ORTEGA, | Case No. C-07-02659 (JCS) |
|---|---|
| Plaintiffs, | **DECLARATION OF REGINA HARRIS-GILYARD IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| v. | |
| CITY OF OAKLAND, OAKLAND POLICE DEPARTMENT, WAYNE TUCKER, In His Capacity as the Police Chief of the City of Oakland, RAMON J. ALCANTAR, Individually and in his capacity as a Police Officer for the City of Oakland, B. ORTIZ, Individually and in his capacity as a Police Officer for the City of Oakland, DOES 1 THROUGH 200, | Date:      September 19, 2008<br>Time:      9:30 a.m.<br>Dept.:     Courtroom A, 15th Floor<br>The Honorable Joseph C. Spero |
| Defendants. | |

I, Regina Harris-Gilyard, declare:

1. I am employed by the City of Oakland as a Police Communications Supervisor in the Communications Division of the Oakland Police Department. I have personal knowledge of the matters stated herein and could competently testify thereto if called as a witness in this matter.

2. As a Police Communications Supervisor, I am responsible for maintaining the records of all calls made to the Oakland Police Department dispatchers.

3. I am familiar with the procedures used by the Communications Division to maintain records of incoming 911 calls and the ensuing conversations between the dispatcher and the caller.

4. All incoming communications between the dispatcher and the officers in the field are tape recorded by the Oakland Police Department Communications Division in the ordinary course of business. The conversations are automatically recorded as they occur and the recordings are maintained by the Communications Division of the Oakland Police Department.

5. Attached as Exhibit "A" to my declaration is a true and correct copy of an audio recording (on compact disk) of communications made between the OPD Dispatch Center and OPD Officers on May 7, 2006 starting at approximately 5:22 p.m. The original of this audio recording is maintained in the Communications Division of the Oakland Police Department.

6. A computer record known as a CAD incident report (purge) is made of each 911 call and calls from officers in the field to the Oakland Police Department dispatchers and is automatically created at the time of the call in the ordinary course of business.

7. The CAD incident report automatically records the number of the dispatcher taking the call, the time of the call and the location of the caller. The dispatcher may also input other information about the call (e.g. nature, type of call, and exact location of the incident) on the CAD incident report.

8. Attached as Exhibit "B" to my declaration is a true and correct copy of the CAD incident report reflecting the communications made to the Police Dispatch on May 7, 2006 which can be heard on the audiotape Exhibit "A" to my declaration. The original of this document is maintained in the Communications Division of the Oakland Police Department.

9. As reflected in Exhibit "B", the call from Oakland Police field unit 20A61 made at 5:22 p.m. was answered by dispatcher number C50. The officer requested that additional units respond to the 1300 block of 62nd Avenue for a large group refusing to leave. Units 3A10 and

1 | 4A22 responded audibly to the call at 5:22 and unit 3A33 responded audibly to the call at 5:23 p.m.
2 | At 5:24 p.m. unit 4A50 advised the dispatcher there were two units on the scene with 20A61. At
3 | 7:25pm unit 4A22 advised the incident was code 4 (unit needs no cover or needs no additional
4 | cover ). All of these communications can be heard on the audio recording (Exhibit A).
5 |     I declare under penalty of perjury under the laws of the State of California and United States
6 | of America that the foregoing is true and correct.
7 |     Executed this 11th day of August, 2008, at Oakland, California.

_/s/ REGINA HARRIS-GILYARD_