# EXHIBIT A

```
JOHN A. RUSSO, City Attorney, SBN #129729
RANDOLPH W. HALL, Assistant City Atty., SBN #080142
JAMES F. HODGKINS, Supervising Trial Atty., SBN #142561
KANDIS A. WESTMORE, Deputy City Atty., SBN 194594
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-3589, Fax: (510) 238-6500
25581/480671

Attorneys for Defendants,
CITY OF OAKLAND, OAKLAND
POLICE DEPARTMENT, CHIEF WAYNE
TUCKER, SGT. BERNARD ORTIZ
```

# UNITED STATED DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MIGUEL ORTEGA, BENJAMIN ORTEGA,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF OAKLAND, OAKLAND POLICE DEPARTMENT, WAYNE TUCKER, In His Capacity as the Police Chief of the City of Oakland, RAMON J. ALCANTAR, Individually and in his capacity as a Police Officer for the City of Oakland, B. ORTIZ, Individually and in his capacity as a Police Officer for the City of Oakland, DOES 1 THROUGH 200,<br><br>    Defendants. | Case No. C-07-02659 (JCS)<br><br>**MANUAL FILING NOTIFICATION**<br><br>Date:    September 19, 2008<br>Time:    9:30 a.m.<br>Dept.:    Courtroom A, 15th Floor<br>The Honorable Joseph C. Spero |

Regarding: DECLARATION OF REGINA HARRIS-GILYARD IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAW).

This filing was not e-filed for the following reason(s):

[_] Voluminous Document (PDF fill size larger than the e-filing system allows)

[_] Unable to Scan Documents

[_] Physical Object (description)

[x] Non-Graphic /Text Computer File (audio, video, etc.) on CD or other media

[_] Item under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[--] Other (description):

Dated:   August 15, 2008

        JOHN A. RUSSO, City Attorney
        RANDOLPH W. HALL, Assistant City Attorney
        JAMES F. HODGKINS, Supervising Trial Attorney
        CHARLES E. VOSE, Senior Deputy City Attorney
        KANDIS A. WESTMORE, Deputy City Attorney

By:   */S/ KANDIS A. WESTMORE*
Attorneys for Defendants,
CITY OF OAKLAND, OAKLAND POLICE DEPARTMENT,
WAYNE TUCKER, and BERNARD ORTIZ