EXHIBIT B

```
OAKLAND PD                                                                          PAGE:  000001
Date: 08/08/08   Time: 14:41                                                        Requested By: S03
                                      I N C I D E N T    R E C A L L
                                                                                              Close
Incident       Time  Type  Pri Dispo     Address             Bldg Apt  Callers Name    P-unit  Date/   Operator
                                         Location                      Callers Address         Time
- - - - - - - - - - - - - - - - - - -    BEAT   TEAM/Dist   AREA - - - Callers Phone  - - - - - - - - - - - - -
=============  =====  ======  ===  =====  ========================  =====  ==  ====================  ==============  ========  =======
060507000929   17:22  OV    3   OT    1300 62ND AV                                     OP/20A62   06/05/07 OPC50
                                                                                                  18:07
                                      26Y       05        3


Date      Time                                                                                Operator
--------  -----                                                                               --------------------
06/05/07  17:22  Incident Initiated By: OP/C50                                                C50
06/05/07  17:22  Initial Field Initiate by OP20A62 17:22:31 on 05/07/06                       C50
06/05/07  17:22  Unit OP/20A62        location: 1300 62ND AV                                  C50
06/05/07  17:22  OP/20A62        OV            location is   1300 62ND AV                     C50
06/05/07  17:22  Primary unit       CHANGED From:              To:OP/20A62                    C50
06/05/07  17:22  Units Recommended                                                            C47
06/05/07  17:22  OP/3A10         ER            location is   1300 62ND AV                     C47
06/05/07  17:23  OP/4A22         ER            location is   1300 62ND AV                     C47
06/05/07  17:23  OP/3A33         ER            location is   1300 62ND AV                     C47
06/05/07  17:24  PER 4A50 2 UNITS HERE WITH HIM NOW                                           C47
06/05/07  17:25  4A22 CD 4                                                                    C47
06/05/07  17:25  OP/20A61        ER            location is   1300 62ND AV                     C47
06/05/07  17:25  OP/3A33         AV            location is                                    C47
06/05/07  17:26  ENOUGH UNITS                                                                 C47
06/05/07  17:33  OP/20A62        AV            location is                                    VASS, RICHARD C.
06/05/07  17:33  Disposition        CHANGED From:       To:OT    Unit:OP/20A62      00        VASS, RICHARD C.
06/05/07  17:34  DISPO: OT                    FOR OP/3A10                                     AUSMUS, LISA L
06/05/07  17:34  OP/3A10         AV            location is                                    AUSMUS, LISA L
06/05/07  17:34  Disposition        CHANGED From:       To:OT    Unit:OP/3A10       00        VASS, RICHARD C.
06/05/07  17:49  RN 05 ADDED TO EVENT     LOP060507038083   OP/20A62                          C50
06/05/07  17:49  DISPO: RT                    FOR OP/20A61                                    C50
06/05/07  17:49  Disposition        CHANGED From:OT     To:RT    Unit:OP/20A61      28        C50
06/05/07  17:49  OP/20A61        AV            location is                                    C50
06/05/07  18:07  DISPO: OT                    FOR OP/4A22                                     C50
06/05/07  18:07  Disposition        CHANGED From:RT     To:OT    Unit:OP/4A22       28        C50
06/05/07  18:07  OP/4A22         AV            location is                                    C50


==== Vehicle / Subject Information ====
-------- -----
NO VEHICLE OR SUBJECT RECORDS FOR EVENT LOP060507000929.
```

CERTIFIED COPY
Certified under penalty of perjury
as being a true and correct copy
of a CAD event record on file in
the Oakland Police Department
records.

[signature]

```
                        I N C I D E N T   R E C A L L

SELECTION CRITERIA:
                VEH PLATE  :
                DATE       : 050706     THROUGH    080808
                TIME       :            THROUGH    2359
                AGENCY     : OP         UNIT       :
                AREA       :            SECTOR     :           RESP ZN  :
                TYPE       :
                OFFICER    :
                ADDRESS    :
                VICTIM     :
                FILTER     : A
                SOURCE CD  :  , AGENCY ID :
```