JOHN A. RUSSO, City Attorney, SBN 129729
RANDOLPH W. HALL, Assistant City Atty., SBN 080142
JAMES F. HODGKINS, Supervising Trial Atty., SBN 142561
CHARLES E. VOSE, Senior Deputy City Atty., SBN 139700
KANDIS A. WESTMORE, Deputy City Atty., SBN 194594
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-3589, Fax: (510) 238-6500
25581/468266

Attorneys for Defendants,
CITY OF OAKLAND, OAKLAND
POLICE DEPARTMENT, CHIEF WAYNE
TUCKER, SGT. BERNARD ORTIZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MIGUEL ORTEGA, BENJAMIN ORTEGA,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF OAKLAND, OAKLAND POLICE DEPARTMENT, WAYNE TUCKER, In His Capacity as the Police Chief of the City of Oakland, RAMON J. ALCANTAR, Individually and in his capacity as a Police Officer for the City of Oakland, B. ORTIZ, Individually and in his capacity as a Police Officer for the City of Oakland, DOES 1 THROUGH 200,<br><br>Defendants. | Case No. C-07-02659 (JCS)<br><br>DECLARATION OF CHARLES VOSE IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT<br><br>Date:      September 19, 2008<br>Time:     9:30 a.m.<br>Dept.:     Courtroom A, 15th Floor<br>The Honorable Joseph C. Spero |

I, Charles Vose, declare:

1. I am an attorney licensed to practice before all courts of the State of California and am a Senior Deputy City Attorney with the Office of the City Attorney of Oakland, one of the attorney's of record for defendants herein. The matters set forth herein are known to me to be true, and if called upon, I could competently testify thereto.

1      2.    I was present at the deposition of Benjamin Ortega taken on January 17, 2008. Attached hereto as Exhibit A, is a true and correct copy of excerpts from the transcript of his deposition.

    3.    I was present at the deposition of Miguel Ortega taken on February 20, 2008. Attached hereto as Exhibit B, is a true and correct copy of excerpts from the transcript of his deposition.

    4.    I was present at the deposition of Bernard Ortiz taken on January 3, 2008. Attached hereto as Exhibit C, is a true and correct copy of excerpts from the transcript of his deposition.

    5.    I was present at the deposition of Ramon Alcantar taken on January 16, 2008. Attached hereto as Exhibit D, is a true and correct copy of excerpts from the transcript of his deposition.

    6.    I was present at the deposition of Eduardo Ortega taken on April 22, 2008. Attached hereto as Exhibit E, is a true and correct copy of excerpts from the transcript of his deposition.

    7.    No evidence of Miguel Ortega's alleged injuries was ever provided to Defendants despite my earlier requests for production through interrogatories and deposition. Indeed, Miguel Ortega testified in his deposition that he did not seek any kind of medical or psychological treatment for his alleged injuries. (See Miguel's depo at pages 55:15-23; 57:10-58:1; 92:6-17; 93:23-94:23.)

    8.    I was present at the deposition of Genesis Preciado taken on May 15, 2008. Attached hereto as Exhibit F, is a true and correct copy of excerpts from the transcript of this deposition.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 15th day of August, 2008, at Oakland, California.

_____
CHARLES VOSE

-2-