EXHIBIT A

Pizzotti & Jarnagin  (925) 416-1800

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MIGUEL ORTEGA, BENJAMIN ORTEGA
A MINOR, BY AND THROUGH HIS GUARDIAN
AD LITEM, ANA ROSA ORTEGA,

     Plaintiffs,

  vs.                      NO. C-07-02659 JCS

CITY OF OAKLAND, OAKLAND POLICE
DEPARTMENT, WAYNE TUCKER, IN HIS
CAPACITY AS THE POLICE CHIEF OF
THE CITY OF OAKLAND,

     Defendants.

_____/

DEPOSITION OF BENJAMIN ORTEGA

JANUARY 17, 2008

TAKEN BEFORE BARBARA JARNAGIN
CERTIFIED SHORTHAND REPORTER
FOR THE STATE OF CALIFORNIA
C.S.R. LICENSE NO. 2816



Pizzotti & Jarnagin
Certified Shorthand Reporters
A Professional Corporation

(925) 416-1800 ◆ FAX (925) 416-0971

Pizzotti & Jarnagin    (925) 416-1800

1        A.  I would -- I was on 72nd -- excuse me, 62 at my
2    cousin's house.
3        Q.  At some point during that day did you go to a
4    Cinco de Mayo festival?
5        A.  No.
6        Q.  At some point during that day, did you go to
7    the intersection of 62nd Avenue and International
8    Boulevard?
9        A.  Yes.
10       Q.  What time did you go to that intersection?
11       A.  I don't remember.
12       Q.  Why did you go to that intersection?
13       A.  To go with my cousins.
14       Q.  Why did you go with your cousins to that
15   intersection?
16       A.  Just to be with them.
17       Q.  Okay.  What was -- what were you doing when you
18   were at the intersection of 62nd and International
19   Boulevard?
20           MR. JACOBSEN:  Vague as to time.  You mean when
21   he first arrived at the intersection?
22   BY MR. VOSE:
23       Q.  When you first arrived at 62nd and
24   International Boulevard, what were you doing?
25       A.  I went to McDonald's with my cousins -- with my

                                                          10

ORTEGA BENJAMIN    January 17, 2008

Pizzotti & Jarnagin   (925) 416-1800

1        A.   Video games.

2        Q.   Who was at the home with you while you were

3   there?

4        A.   I was inside with him, and outside everybody

5   else was outside, my other cousins.

6        Q.   Was Miguel Ortega with you at that time?

7        A.   Yes.   He was outside.

8        Q.   At some point did you go back to the

9   intersection of 62nd and International?

10       A.   Yes.

11       Q.   You don't remember what time that was?

12       A.   No.

13       Q.   Why did you go to the intersection of 62nd and

14   International?

15       A.   Because all of my cousins who were at the house

16   went over there.

17       Q.   When you went to the corner of 62nd and

18   International, did you go with a group of people?  I

19   mean, did you walk with a group of people?

20       A.   Yes.

21       Q.   And about how many people were in that group?

22       A.   I don't remember.

23       Q.   Was it more than 10 people?

24       A.   Yes.

25       Q.   Was Miguel Ortega part of that group?

                                                        14

ORTEGA BENJAMIN    January 17, 2008

Pizzotti & Jarnagin    (925) 416-1800

1          A.   He was with us.

2          Q.   Do you remember the names of any of the other

3      people that were in the group?

4          A.   Yes.

5          Q.   And who were they?

6          A.   There were -- well, like three of them were my

7      cousins and some others.   They were friends that live

8      near my cousins' house.

9          Q.   What were the names of your cousins that were

10     in that group?

11         A.   One of them, his name is Eduardo.   And the

12     other one's name is -- may I ask my mom?

13              MR. VOSE:   Sure.

14              (DISCUSSION BETWEEN THE WITNESS AND HIS

15              MOTHER.)

16              THE WITNESS:   It's Jaime.

17     BY MR. VOSE:

18         Q.   Any other cousins that you remember?

19         A.   There were many cousins, but I hardly saw them

20     too well and I hardly remember.

21         Q.   The two cousins that you just identified, do

22     you know where they live?

23         A.   Only Eduardo.

24         Q.   What is his address?

25         A.   I don't know the house address, but I know that

                                                              15

ORTEGA BENJAMIN    January 17, 2008

Pizzotti & Jarnagin  (925) 416-1800

1    he lives -- he lives on 63rd.

2         Q.  63rd Avenue here in Oakland?

3         A.  Yes.

4         Q.  When you walked to the intersection of 62nd and

5    International, were you carrying a flag?

6         A.  Could you repeat that for me again?  I didn't

7    understand too well.

8         Q.  When you walked to the intersection of 62nd and

9    International, were you carrying a flag?

10        A.  Yes.

11        Q.  And what was it a flag of?

12        A.  It was Mexican flag.

13        Q.  And how large was this flag?

14        A.  It was big, but I do not remember.

15        Q.  Where did you get the flag from?

16        A.  From my cousins' house; the one that's on 63rd.

17        Q.  So before you went to 63rd -- the corner of

18   62nd and International, did you go to your cousins'

19   house on 63rd Avenue?

20        A.  No.

21        Q.  When did you get the flag from your cousins'

22   house on 63rd Avenue?

23             THE INTERPRETER:  The interpreter did not hear

24   that.  Where or when?

25   BY MR. VOSE:

                                                        16

ORTEGA BENJAMIN    January 17, 2008

Pizzotti & Jarnagin   (925) 416-1800

1          Q.   Where -- excuse me, when?  I'm sorry, when?

2          A.   Because first of all, we were on 63rd, and then

3     I went to 62nd.

4          Q.   So you got the flag earlier in the day?

5          A.   Yes.

6          Q.   When you went to the intersection of 62nd and

7     International, what did you do when you arrived there?

8          A.   My friend came by and we went to McDonald's.

9          Q.   So you went back to McDonald's a second time?

10         A.   No.  First of all, we were on 63rd.  Then we

11    went to 62nd.  And it was then that my friend came by,

12    and it was then that we went to McDonald's.  Only a

13    single time.

14         Q.   So after you left McDonald's, did you go

15    immediately back to the house on 62nd Avenue?

16         A.   Yes.

17         Q.   You said you were at McDonald's for maybe five

18    or 10 minutes?

19         A.   10 minutes.

20         Q.   And how long did it then take you to go back to

21    your -- to the house on 62nd Avenue?

22         A.   Like about two minutes.

23         Q.   Were you carrying a flag at that time?

24         A.   Yes.

25         Q.   So at some point did you return to the

17

ORTEGA BENJAMIN    January 17, 2008

Pizzotti & Jarnagin   (925) 416-1800

1    intersection of 62nd and International Boulevard that

2    day?

3         A.   Yes.

4         Q.   And that was after you left the house on 62nd

5    Avenue?

6         A.   Yes.

7         Q.   How long were you at the house on 62nd Avenue

8    after you returned from McDonald's and before you went

9    back to the intersection of 62nd and International?

10        A.   Like for about five minutes.

11        Q.   So you were at the house for about five

12   minutes, and then you went back to 62nd and

13   International?

14        A.   Yes.

15        Q.   What did you do when you arrived at the

16   intersection of 62nd and International?

17        A.   I was with my cousins.

18        Q.   What were you doing?

19        A.   Nothing.  I was just standing.

20        Q.   Were you standing holding this flag?

21        A.   No.  I had given it to my friend when I had

22   gotten to the corner.

23        Q.   I'm sorry, repeat that.  I didn't hear your

24   answer.

25             (ANSWER READ BACK BY THE REPORTER.)

                                                        18

ORTEGA BENJAMIN     January 17, 2008

Pizzotti & Jarnagin   (925) 416-1800

1        Q.   Okay.   How far is the house from International
2    Boulevard, approximately?
3        **A.   I don't know, but it is very close by.**
4        Q.   Is it the first house on 62nd Avenue after you
5    come off of International Boulevard?
6        **A.   Yes.**
7        Q.   So when you walked up to 62nd and
8    International, did you stay on the same side of 62nd
9    Avenue as the house that you had come from or did you
10   cross 62nd Avenue?
11       **A.   No.   I was on the same side.**
12       Q.   And did you cross International Boulevard or
13   did you stay on the same side of International
14   Boulevard?
15       **A.   No.**
16       Q.   Okay.   How long were you at this intersection?
17       **A.   I don't remember.**
18       Q.   Was it more than five minutes?
19       **A.   Yes.**
20       Q.   Was it more than half an hour?
21       **A.   Yes.**
22       Q.   What were you doing while you were at this --
23   on this corner?
24       **A.   I was with my cousins.**
25       Q.   Were you -- what were you doing?

                                                            21

ORTEGA BENJAMIN    January 17, 2008

Pizzotti & Jarnagin   (925) 416-1800

1      A.  Nothing.

2      Q.  Were you talking with anyone?

3      A.  I don't remember.

4      Q.  Approximately how many people were with you on

5  this corner?

6      A.  I don't remember.

7      Q.  Was it more than 10 people?

8      A.  Yes.

9      Q.  And was Miguel Ortega one of the people on the

10  corner with you?

11     A.  Yes.

12     Q.  You said a few moments ago that when you

13  arrived at the corner, you gave the flag to a friend?

14     A.  Yes.

15     Q.  While you were on the corner of -- while you

16  were on this corner at some point did you get the flag

17  back from your friend?

18     A.  No.

19     Q.  So you never had possession of the flag shortly

20  after you arrived at this intersection?

21     A.  No.

22     Q.  Did you ever -- during the time you were at

23  this intersection, did you ever cross or walk into

24  International Boulevard?

25     A.  No.

                                                        22

ORTEGA BENJAMIN    January 17, 2008

Pizzotti & Jarnagin    (925) 416-1800

1      Q.  Did you ever carry the flag into International

2  Boulevard?

3      A.  No.

4      Q.  At some point did you make contact with two

5  Oakland Police Department police officers?

6      A.  Could you explain that to me?

7      Q.  At some point did two Oakland Police Department

8  officers talk to you?

9      A.  Yes.

10     Q.  And are those the two officers that have been

11  named in this lawsuit; Officer Ortiz and Officer

12  Alcantar?

13     A.  Yes.

14     Q.  And where were you when you first -- when they

15  first contacted you?

16     A.  When I was crossing 14th, I'm coming from

17  McDonald's.

18     Q.  So you first made contact with them when you

19  were coming back from McDonald's?

20     A.  Yes.

21     Q.  And where were you when you made -- when they

22  made contact with you?  When I say "where were you,"

23  were you walking on the sidewalk or were you in the

24  street?

25     A.  I was crossing International.

                                                        23

ORTEGA BENJAMIN    January 17, 2008

Pizzotti & Jarnagin   (925) 416-1800

1        Q.   Okay.  And at that time were you holding a

2    flag?

3        **A.   Yes.**

4        Q.   So when you went to McDonald's, you had the

5    flag with you?

6        **A.   Yes.**

7        Q.   What did the officers say to you; if you

8    remember?

9        **A.   Officer Alcantar said to me, "Throw that flag**

10    **before I shove it up your ass," yes.**

11        Q.   And was Officer Alcantar inside or outside of

12    his vehicle when he said that to you?

13        **A.   Inside the car.**

14        Q.   Was that car moving at the time he said that to

15    you?

16        **A.   Yes.**

17        Q.   How far away from the car were you when Officer

18    Alcantar said that to you?

19        **A.   I don't remember.**

20        Q.   Were you on the same side of the car as Officer

21    Alcantar was when he said that to you?

22           THE INTERPRETER:  Madam Court Reporter, would

23    you kindly repeat that for the interpreter, please?

24       (RECORD READ BACK BY THE REPORTER.)

25           THE WITNESS:  I don't remember.

                                                        24

ORTEGA BENJAMIN    January 17, 2008

Pizzotti & Jarnagin   (925) 416-1800

1    BY MR. VOSE:

2        Q.  Was Officer Alcantar's window up or open when

3    he said that to you?

4        A.  **Open.**

5        Q.  Was there anyone else with you when Officer

6    Alcantar said this to you?

7        A.  **No.**

8        Q.  You were alone?

9        A.  **Yes.  They were all at the house.**

10       Q.  So when you left McDonald's, you were not

11   walking with your cousin?

12       A.  **Not with my friend, no.  It was my friend.**

13       Q.  It was your friend.  So you were not walking --

14   I apologize.

15           You were not walking with your friend when you

16   returned from McDonald's?

17       A.  **No.**

18       Q.  Why did you take the flag with you to

19   McDonald's?

20       A.  **Because when we got there my friend was walking**

21   **toward McDonald's, and said to me -- and well, I was**

22   **going quickly.  I was in a rush.**

23       Q.  So you took the flag with you?

24       A.  **Yes.**

25       Q.  And then you carried the flag back to the home

25

ORTEGA BENJAMIN    January 17, 2008

Pizzotti & Jarnagin    (925) 416-1800

1    on 62nd Avenue?

2        A.   Yes.

3        Q.   Were there other cars -- strike that.

4             You said when Officer Alcantar said this to

5    you, you were crossing International Boulevard?

6        A.   Yes.

7        Q.   Were you crossing in a crosswalk?

8        A.   Yes.

9        Q.   Was there a traffic light at this intersection

10   or this crosswalk where you were crossing?

11       A.   Yes.

12       Q.   And was the traffic light on International --

13   what color was this traffic light on International for

14   the traffic on International?

15            MR. JACOBSEN:  Well, I will object.  Lacks

16   foundation because he was not going in the same

17   direction as the traffic on International.  He was

18   crossing International.

19            MR. VOSE:  Right.  He was crossing

20   International.

21            What I'm trying --

22            MR. JACOBSEN:  What's relevant and what he will

23   know is color for the traffic light for him.

24            MR. VOSE:  62nd Avenue; is that your point?

25            MR. JACOBSEN:  Right.

                                                        26

ORTEGA BENJAMIN    January 17, 2008

Pizzotti & Jarnagin   (925) 416-1800

1    police officers.

2        Q.   When Miguel said not to do anything to you,

3    were you still standing?

4        A.   No.  I was on the ground.

5        Q.   On the ground.

6        A.   Because when he hit me, I fell down quickly.

7        Q.   So when Miguel said -- he said after you were

8    on the ground?

9        A.   Yes.  Because when he began to choke me, Miguel

10   began to run.

11       Q.   So could you see Miguel running towards you?

12       A.   Yes.  Then the officer knocked me down quickly,

13   and I didn't see anything else.

14       Q.   When Officer Alcantar came into the yard, did

15   you watch him come into this yard?

16       A.   Yes.

17       Q.   And he came through the gate?

18       A.   Yes.

19       Q.   And did he stop or did he come immediately up

20   to you?

21       A.   He came to me immediately.

22       Q.   And were you facing him when he came up to you?

23       A.   Yes.

24       Q.   And then he choked you and hit you in your neck

25   and you fell to the ground?

                                                    45

Pizzotti & Jarnagin   (925) 416-1800

1      A.  Yes.

2      Q.  And Miguel, once you were on the ground, Miguel

3  started running towards you?

4      A.  No.  It was when Alcantar was choking me and

5  then he hit me.

6      Q.  That's when Miguel started running towards you?

7      A.  Yes.  And then when he handcuffed me, he bent

8  my wrist and he said to me that he was going to break

9  it.

10     Q.  Now, you said when officer -- excuse me, when

11  Miguel was coming towards you, that Officer Ortiz

12  grabbed him and knocked him to the ground?

13     A.  Yes.

14     Q.  And could you see -- did you see that happen?

15     A.  When I was on the ground, I looked toward

16  Miguel.  And the officer grabbed him and knocked him

17  down, with other police officers.

18     Q.  How many other police officers besides Officer

19  Ortiz knocked Miguel to the ground?

20     A.  I don't remember.

21     Q.  How far away from you was Miguel when he was

22  knocked to the ground?

23     A.  I don't remember.

24     Q.  Was Miguel on the porch or was he in the yard

25  when he was knocked to the ground?

46

ORTEGA BENJAMIN    January 17, 2008

Pizzotti & Jarnagin   (925) 416-1800

1        A.   Yes.

2        Q.   Do you remember when you stopped working at

3    McDonald's?

4        A.   **Two weeks ago.**

5        Q.   And how many hours a week did you work?

6        A.   **Like about eight hours a week.**

7             MR. VOSE:  Do we need a break?

8             Off the record.

9             (ONE-HOUR LUNCH RECESS TAKEN.)

10            MR. VOSE:  I want to start with not questions

11   to the witness, but actually a discovery issue.  Steve,

12   your client testified this morning about the pictures

13   that he had of his injuries, as well as various doctors

14   that he went to because of his injuries and bills that

15   he or his parents may have received as a result of these

16   injuries.  Are you planning on producing these?

17            MR. JACOBSEN:  Well, I'm surprised the pictures

18   didn't get produced already.

19            MR. VOSE:  I asked -- when I asked for the

20   interrogatories, I asked a number of questions and I

21   have them here, if you want to look at them.  Then my

22   production for documents, I asked for all documents that

23   support or tend to support your answers to

24   interrogatories.  And included among are the assault and

25   battery allegations.

                                                        70

ORTEGA BENJAMIN    January 17, 2008

Pizzotti & Jarnagin  (925) 416-1800

1    bills, that we have and everything that's pertinent.

2         MR. VOSE:  I'm going to not conclude the

3    deposition today.  I will recess it with the -- leave

4    the option open to bring Benjamin back after I review

5    these documents.  I don't know that I will want to

6    question him, quite frankly, but I want to reserve that

7    right because I think I should have had them by now.

8         I'm not suggesting to delay this mediation.

9    Jim might have a different feeling about it.  But

10   because they are pertinent, I believe I have asked for

11   them on behalf of the city, and I think he would have

12   the right to object to that as well.

13        But I will leave -- the right to recall your

14   client to questions about those matters if I decide or

15   Jim decides if he wants to do that, as well.  I want to

16   put that on the record.

17        MR. JACOBSEN:  Let's go off the record and I

18   will make a phone call.

19        MR. VOSE:  Sure.

20        (7-MINUTE RECESS TAKEN.)

21        MR. VOSE:  Let's go back on the record.

22        Q.  Did Officer Alcantar at any time make any

23   comment about your race?

24        A.  He just simply asked me if I had my green card.

25   If all of us, if my cousins and I, if we had our green

72

ORTEGA BENJAMIN    January 17, 2008

Pizzotti & Jarnagin   (925) 416-1800

1      Q.  Is that when Officer Alcantar came into the

2  yard and grabbed you?

3      A.  Yes.

4      Q.  Before that time -- strike that.

5          Was Officer Alcantar speaking English when he

6  said things to your brother?

7      A.  Yes.

8      Q.  Is that why you responded to him in English?

9      A.  Yes.

10     Q.  Had Officer Alcantar indicated up to that point

11 whether or not he spoke Spanish?

12     A.  **He said that he didn't speak Spanish.**

13     Q.  To whom did he say that?

14     A.  **My cousin.**

15     Q.  That was before he came into the yard and

16 grabbed you?

17     A.  Yes.

18         MR. JACOBSEN:  No more questions.  Thank you.

19         MR. HIGA:  I don't have anything.

20         MR. VOSE:  I don't have anything.

21         Based on your representations that there are no

22 other documents in you or your clients' possession that

23 are responsive to the discovery, I will on that basis

24 conclude the deposition.  If, however, other documents

25 surface that your client has testified to regarding that

                                                    106

ORTEGA BENJAMIN    January 17, 2008

Pizzotti & Jarnagin   (925) 416-1800

1    do subsequently appear, I do reserve the right to

2    continue this deposition to ask him about those

3    documents, if I decide to.

4         And in your initial disclosure you do indicate

5    one of the categories of information that you have is

6    medical records.  So I still have questions about the

7    existence of these medical records since your client has

8    testified regarding medical treatment that he received.

9         So I will reserve the right to question him

10   about any medical records that should subsequently

11   appear in this case.

12        MR. JACOBSEN:  Well, medical records will be a

13   part of the evidence in this case.  However, at this

14   point we are not in possession of any medical records or

15   bills.

16        MR. VOSE:  I understand that you may not be,

17   but if your clients are in possession of these medical

18   records, or anyone that attempt to call, then those are

19   documents that you have a duty to disclose and had a

20   duty to disclose at the time I propounded my request for

21   production of documents.

22        MR. JACOBSEN:  No.  First, neither my office

23   nor my clients have any medical records or bills.

24   However, Kaiser does have medical records.  And at some

25   point it is conceivable that bills will be created.  And

107

ORTEGA BENJAMIN    January 17, 2008

Pizzotti & Jarnagin    (925) 416-1800

1    at that point they would be presented -- when we get

2    them, we will give them to you.

3         But that doesn't give you the right to have a

4    second of the plaintiff about documents that he does not

5    have in his possession or control.

6         MR. VOSE:  Well, I disagree with that.  I think

7    you have a duty to produce those records.  If you intend

8    to use them at trial, since you have disclosed their

9    existence, and your initial disclosure.  So we don't

10   have to decide this today, but ultimately this is an

11   issue the judge will decide.

12        I'm not waiving my right to question your

13   client about any of these records that could be produced

14   at a later time.  I believe we don't have to agree on it

15   today.  I wanted the record.  If we end up with a motion

16   to compel in front of Judge Spear, we had this

17   conversation and this is memorialized.

18        MR. JACOBSEN:  I understand that, and I will

19   point out my client would have no knowledge of the

20   records or bills other than the fact that he has been to

21   the doctor.  And he wouldn't be able to answer questions

22   with regard to any records or bills.  Those records will

23   speak for themselves.

24        And perhaps medical professionals can answer

25   your questions regarding them, but certainly my client

                                                        108

ORTEGA BENJAMIN    January 17, 2008

Pizzotti & Jarnagin   (925) 416-1800

1   wouldn't be in a position to do it.  He can tell you

2   everything of the treatment he received and he has done

3   that to the extent that you have asked him.

4          MR. VOSE:  But on a number of occasions he

5   testified that he does not have any memory of the

6   treatments or the number of treatments, who he saw or

7   when he saw them.

8          So those medical records may refresh his memory

9   with respect to who he saw, when he saw them, how many

10  treatments he received, both for physical injuries as

11  well as his mental and emotional injuries.

12         So as I said, we don't have to argue a motion

13  to compel here today.  I just wanted to make it clear

14  I'm not waiving my right to recall him to ask him

15  further those questions that he has no memory about.  If

16  I have medical records it might refresh his memory or

17  might shed some other light on some issue or damages or

18  injuries in this case.

19         So that's all I'm saying.  So with that we will

20  consider this in recess, and thank you, everyone.

21         THE REPORTER:  Would you like a copy of this

22  transcript?

23         MR. VOSE:  Yes.

24         MR. JACOBSEN:  Yes.

25         MR. JACOBSEN:  Yes.  Condensed and index.

                                                    109

ORTEGA BENJAMIN    January 17, 2008