EXHIBIT B

PIZZOTTI & JARNAGIN (925) 416-1800

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**********

MIGUEL ORTEGA, BENJAMIN
ORTEGA, A Minor, By and through
his Guardian Ad Litem, ANA ROSA
ORTEGA,

                    Plaintiffs,

vs.                                    Case No. C07-02659 JCS

CITY OF OAKLAND, OAKLAND POLICE
DEPARTMENT, WAYNE TUCKER, In His
Capacity as the Police Chief of the
City of Oakland, RAMON J. ALCANTAR,
Individually and in his capacity as
a Police Officer for the City of
Oakland, DOES 1 THROUGH 200,

                    Defendants.



DEPOSITION OF MIGUEL ORTEGA

Wednesday, February 20th, 2008

Taken before Cathryn Bauer
Certified Shorthand Reporter
For the State of California
C.S.R. License No. 12676



**Pizzotti & Jarnagin**
Certified Shorthand Reporters
A Professional Corporation

(925) 416-1800 ✦ FAX (925) 416-0971

1

MIGUEL ORTEGA   February 20, 2008

PIZZOTTI & JARNAGIN  (925)  416-1800

1    What did you do that day in the -- well, let me get a

2    little bit more specific than that.

3            What did you do?  Did you go to any kind of a

4    festival that day?

5        A    Yes.

6        Q    And where was that festival?

7        A    On 14th, between Fruitvale and 40th.

8        Q    And what -- what festival was that?

9        A    Cinco de Mayo.

10       Q    And how long were you at that festival for?

11       A    I don't remember.

12       Q    Okay.  At some point, you left the festival;

13   correct?

14       A    Yes.

15       Q    Do you remember what time that was?

16       A    I don't remember.

17       Q    Okay.  Was it in the morning or the afternoon?

18       A    Early evening.

19       Q    Early evening.  So early evening.  Was that

20   after 5:00 o'clock?

21       A    I'm not sure.

22       Q    Okay.  And when you left the festival, did you

23   leave with anyone?

24       A    I don't remember very well.

25       Q    Okay.  When you left the festival, where did you

9

MIGUEL ORTEGA  February 20, 2008

PIZZOTTI & JARNAGIN (925) 416-1800

1   McDonald's, we were walking towards the corner, walking.

2        Q    So you were walking.  So at some point, you did

3   leave the house?

4        A    Yes.

5        Q    And what time was it when you left the house?

6        A    I don't remember.

7        Q    Why did you leave the house?

8        A    Because we were going to go to the corner.

9        Q    To which corner?

10       A    The corner of 14th and 62nd.

11       Q    So when you say 14th, you mean International

12   Boulevard?

13       A    Yes.  Yes.

14       Q    So you walked unto -- you walked towards the

15   corner of 62nd and International?

16       A    Yes.

17       Q    And was that -- who was walking with you, if

18   anyone?

19       A    Some friends and some cousins were walking with

20   me.

21       Q    Do you remember the names of those friends and

22   cousins?

23       A    I just remember the names of a few of them.

24       Q    Can you give me the names of those people?

25       A    Okay.  My cousin, Eduardo Ortega; and my friend

                                                            16

MIGUEL ORTEGA   February 20, 2008

PIZZOTTI & JARNAGIN (925) 416-1800

1    Jaime -- Jaime, Jaime, J-A-I-M-E -- Fajardo,

2    F-A-J-A-R-D-O.

3              MS. DOUAT:  Can you repeat that?

4              THE INTERPRETER:  F-A-J-A-R-D-O.

5              THE WITNESS:  And Luis, L-U-I-S, Negerte,

6    N-E-G-E-R-T-E.

7              MR. VOSE:  And is Luis a friend or a relative?

8              THE WITNESS:  Friend.

9              MS. DOUAT:  Can he spell the last name again?

10             THE INTERPRETER:  N-E-G-E-R-T-E.

11   BY MR. VOSE:

12        Q    Are those all the names you can remember?

13        A    I have more of them in my head, but I can't

14   remember them.

15        Q    How many people total would you say was in the

16   group with you when you walked to the corner of 62nd and

17   International?

18        A    There were several, but I cannot remember how

19   many.

20        Q    So more than yourself and the three people that

21   you've indicated here?

22        A    Yes.  Oh, yes.

23        Q    Now, you indicated you went towards the corner

24   of 62nd and International.  Did you make it to the

25   corner?

                                                    17

MIGUEL ORTEGA  February 20, 2008

PIZZOTTI & JARNAGIN (925) 416-1800

1        A    Yes.

2        Q    And when you got to the corner, do you know

3    where Benjamin was?

4        A    I don't remember very well, but he was about to

5    get to the corner, also.

6        Q    Did you -- when you arrived at the corner of

7    62nd and International, did you see Benjamin?

8        A    Yes; I did see him.

9        Q    And where was Benjamin when you first saw him?

10        A    Across from us, crossing the street from us.

11        Q    So he was crossing International Boulevard?

12        A    Not yet.

13        Q    So he was on the other side of International

14    from where you were?

15        A    Yes.

16        Q    How long did you -- well, strike that.

17            When you got to the corner of 62nd and

18    International, what did you do?

19        A    Nothing.  I was just there waiting for him to

20    get there.

21        Q    And how long did you wait for him to get there

22    before he arrived?

23        A    I'm not sure.

24        Q    Okay.  Now, I want to try to understand which

25    corner you were on.  Were you on the same side of

18

MIGUEL ORTEGA   February 20, 2008

PIZZOTTI & JARNAGIN (925) 416-1800

```
1      A     Yes.

2      Q     What was Benjamin wearing?

3      A     I only remember that he had a white shirt on.

4      Q     Was it a T-shirt?

5      A     Yes, a T-shirt.  T-shirt.

6      Q     And when he crossed International, was he

7   carrying the flag?

8      A     Yes.

9      Q     Okay.  Do you know where he got the flag from?

10     A     I'm not sure whether it was from my cousin's

11  house.  I'm not sure.

12     Q     Now, when you crossed -- excuse me.  Strike

13  that.

14           At some point, Benjamin came in contact with the

15  two police officers that are named in this case.

16     A     Yes.

17     Q     Okay.  Did you see them make contact with each

18  other?

19     A     Yes.

20     Q     And where were you when you first saw them make

21  contact with each other?

22     A     I was still standing there at the corner.

23     Q     Okay.  And how did they make contact with each

24  other?

25     A     I'm not sure how they came into contact, but
```

22

MIGUEL ORTEGA   February 20, 2008

PIZZOTTI & JARNAGIN (925)  416-1800

1    back and forth between you and the officer?

2        A    I don't remember what he did.

3        Q    Okay.  Did -- at some point, did he join the

4    group of you that was on the corner?

5        A    Yes.

6        Q    Okay.  And what did the officers do, if

7    anything, at this point?

8        A    He followed us and told us to get off that

9    corner and followed us all the way down to the house.

10       Q    Did he -- when the officer -- when Benjamin

11   joined you on the corner, did you remain at the corner in

12   this group?  Or did you start -- or did you return to

13   your cousin's house on 62nd Avenue?

14       A    Well, the policemen told us to leave, to go

15   home.

16       Q    So when the officer told you to leave, that's

17   what you did?

18       A    Well, he followed us until we entered the house.

19       Q    So when the officer told you to leave, you --

20   you immediately started to leave?

21       A    Yes because he was pacing us with the car.

22       Q    So when you -- so you left, and your brother

23   Benjamin left?

24       A    All of us.

25       Q    So the entire group left?

27

MIGUEL ORTEGA   February 20, 2008

PIZZOTTI & JARNAGIN (925) 416-1800

1      A     Yes.

2      Q     And did you all go to -- go towards the house on

3   62nd Avenue?

4      A     Yes.

5      Q     Okay.  How far is it from that corner to your

6   cousin's house?

7      A     I don't know how far, but it's the second house

8   from the corner.

9      Q     Okay.  Did anyone -- when you were on the corner

10  and there was a -- this exchange between the officers and

11  you, verbal exchange, did anyone else in the group say

12  anything to the officers?

13     A     I don't remember.

14     Q     Okay.  Did you hear anyone call -- either of the

15  officers a coconut?

16     A     No.

17     Q     Did you call the officers a coconut?

18     A     At no time did I say anything.  Coconut, I did

19  not say that.

20     Q     So the group of the -- of you started to

21  returning to your cousin's house on 62nd Avenue?

22     A     Would you repeat that?

23     Q     Once this verbal exchange happened between you

24  and the officer, you said that all of the group started

25  returning to the house on 62nd Avenue?

28

MIGUEL ORTEGA  February 20, 2008

PIZZOTTI & JARNAGIN (925) 416-1800

1     A     Yes.

2     Q     When the officer said this to Benjamin, what did

3   he do?

4     A     I don't remember.

5     Q     Did he say anything to the officers?

6     A     I don't remember.

7     Q     Did he turn towards the officers?

8     A     I don't remember.

9     Q     Did Benjamin -- when Benjamin got to the corner,

10  did he stop walking, or did he continue walking towards

11  the house?

12     A     I don't remember.

13     Q     Okay.  Now, as the group of you went towards

14  your cousin's house, you said the officers followed you?

15     A     Yes.  They pursued us.

16     Q     And were the officers inside or their patrol

17  car, driving, or were they walking?

18     A     In their patrol car.  They were moving.

19     Q     And were you -- were you walking or running

20  towards the house?

21     A     All of us, we were all walking.

22     Q     And that includes Benjamin?

23     A     Yes.

24     Q     Were you in front of Benjamin or behind him?

25     A     I don't remember.

                                                        29

MIGUEL ORTEGA   February 20, 2008

PIZZOTTI & JARNAGIN (925) 416-1800

```
 1     A    Yes.

 2     Q    And did Benjamin go into the yard?

 3     A    Yes.

 4     Q    Okay.  And did any of you go into the house?

 5     A    I went inside.

 6     Q    And when I say in the house, I -- I mean, you

 7   know, physically inside the house, not up on the porch?

 8     A    Yes.  Inside the house.

 9     Q    Okay.  And did Benjamin go in the house?

10     A    No.

11     Q    Do you know if Benjamin went onto the porch?

12     A    When the policemen told us to get into the

13   house, I was the first one of all of them that went

14   inside.

15     Q    When you went into the house, where did you go

16   in the house?

17     A    The living room.

18     Q    And is that -- when you go into the house, when

19   you go through the front door, is that the -- the first

20   room you come to is the living room?

21     A    Yes.

22     Q    And when you went into the living room, what did

23   you do?

24     A    He has like a metal door there.  And then

25   through there, you can look outside.
```

                                                              32

MIGUEL ORTEGA    February 20, 2008

PIZZOTTI & JARNAGIN (925)  416-1800

1    Q    And so did you stay near the door?

2    A    Yes.

3    Q    Could you see your brother Benjamin while you

4    were inside the house?

5    A    Yes.

6    Q    And where was he standing?

7    A    **The house where I was has little steps coming**

8    **down, so he was right there next to the stairs.**

9    Q    And where were Officer Alcantar and Officer

10   Ortiz at this point?  And those are the two officers that

11   are the defendants in this case.

12   A    **Inside the car.**

13   Q    So they were still inside the car?

14   A    **Yes.**

15   Q    And what were they doing?

16   A    **They were just saying things, just things, at**

17   **that time.  Alcantar, the one that has a beard, he said**

18   **to me, whether my mom scolds me -- scolded me or**

19   **something, or why was it that I was inside the house,**

20   **whether it was that she had me tied down in there so I**

21   **would not go outside again.  Oh, whether she was holding**

22   **me, not tied, but holding me with her hands.**

23   Q    And did you say anything at this point to the

24   officers?

25   A    **I did not say anything.  It was my brother that**

33

MIGUEL ORTEGA  February 20, 2008

PIZZOTTI & JARNAGIN  (925)  416-1800

1    they stop?

2        A    All around.

3        Q    Okay.  And did you see the police officers -- as

4    I understand it, this -- this house, there's a fence and

5    a small gate by the sidewalk; is that correct?

6        A    Yes.

7        Q    Okay.  And did you see the officers enter the

8    yard of the property?

9        A    Yes.

10       Q    And did you see which officer entered the yard

11   first?

12       A    Alcantar.

13       Q    Okay.  And when Officer Alcantar entered the

14   yard, what did he do?

15       A    He went straight to grab Benjamin.

16       Q    And you had said earlier that Benjamin was near

17   the steps of the front porch?

18       A    Yes.

19       Q    Okay.  And when officer Alcantar went to grab

20   Benjamin, how did he grab him?

21       A    I don't know how he grabbed him, but it was

22   forcefully.

23       Q    Was Benjamin facing towards Officer Alcantar?

24       A    Yes.

25       Q    Okay.  And -- but you didn't see exactly how he

                                                        36

MIGUEL ORTEGA  February 20, 2008

PIZZOTTI & JARNAGIN (925) 416-1800

1    grabbed him?

2        A    No.

3        Q    Okay.  When Officer Alcantar grabbed Benjamin,

4    what happened then?

5        A    That's when I screamed at him to let him go

6    because if not, I was going to get into it.  And when I

7    opened the door to go to the steps to go grab him, before

8    coming down the steps, it was like three or four

9    policemen grabbed me, and they threw me down the steps.

10       Q    Okay.  So this is important, so I apologize if

11   I'm asking things again.  And I'm sure your attorney will

12   object.  But I just want to make sure I understand this.

13        You saw Officer Alcantar forcefully grab your

14   brother?

15       A    Yes.

16       Q    And when he grabbed him, what did your brother

17   do?  What did your brother Benjamin do?

18       A    He was just complaining.

19       Q    And did Officer Alcantar handcuff your brother?

20       A    Yes.

21       Q    And when he handcuffed him, where was your

22   brother?

23       A    We were almost next to each other on the ground,

24   both of us.

25       Q    So -- so your brother at some point either fell

37

MIGUEL ORTEGA   February 20, 2008

PIZZOTTI & JARNAGIN (925) 416-1800

1       him with force.

2           Q    And did you come out of the house?

3           A    Well, I didn't make it outside because when I --

4       trying to get out, it was when the policeman grabbed me.

5           Q    So the policeman grabbed you inside of the

6       house?

7           A    No; I was coming down the steps.

8           Q    So you came outside of the house?

9           A    It was almost when I was about to go down the

10      steps.

11          Q    So you came out of the house onto the porch?

12          A    Yes.  I opened the door like this, and I was

13      coming out.

14          Q    And you were heading towards where Benjamin and

15      Officer Alcantar were?

16          A    Yes.

17          Q    And do you remember which officer grabbed --

18      well, did an officer grab you?

19          A    I don't remember, but there were three or four

20      of them.

21          Q    And were these officers on the porch?

22          A    I don't know where they came from.

23          Q    And when -- at some point, one of the officers

24      made contact with you; correct?

25          A    I'm not sure.

                                                            40

MIGUEL ORTEGA   February 20, 2008

PIZZOTTI & JARNAGIN (925) 416-1800

1     Q    You were taken into custody by the officers;

2    correct?

3     A    Yes.

4     Q    Okay.  How did the officers take you into

5    custody?

6     A    Well, I think they already knew that I was going

7    to go out against Alcantar because I was telling him to

8    let go of my little brother.

9     Q    And so what stopped you from getting toward your

10   brother and Officer Alcantar?

11    A    The policemen.

12    Q    Okay.  And how did they stop you?

13    A    They threw me down to the ground.

14    Q    Do you remember which officer threw you to the

15   ground?

16    A    No.

17    Q    Okay.  How did -- describe how they threw you to

18   the ground.

19    A    They grabbed me.  I don't know how they did it.

20   But they just threw me down on the ground.  I don't know

21   whether I fell on the steps.  I don't know, but I just

22   know that I injured my back around the rib area and

23   put -- they had like an electric gun, like a pistol, like

24   this against my head.

25    Q    And you ended up on the ground; correct?

41

MIGUEL ORTEGA  February 20, 2008

PIZZOTTI & JARNAGIN (925) 416-1800

```
 1      A    Yes.

 2      Q    And I when say "the ground," I'm not talking

 3   about the porch, but the actual ground in the yard?

 4      A    Yes, down on the ground.

 5      Q    Were you on a sidewalk, or were you in a grass

 6   or dirt area?

 7      A    Half-grass, half-cement.

 8      Q    Okay.  And while you were on the ground, were

 9   you handcuffed?

10      A    They put handcuffs on me.

11      Q    Do you know -- were you on your stomach or your

12   side?  Do you remember?

13      A    Stomach down.

14      Q    Do you know which officer put handcuffs on you?

15      A    No.

16      Q    Was Officer Ortiz one of the officers with you

17   when this happened?

18      A    But I think it was Ortiz because he took me --

19   he took me to the patrol car, and he was the one that was

20   tightening the handcuffs.  And he would ask me, "So you

21   think you're a big man, huh?"  So -- and then he would

22   just tighten them up.  And I would say to him, "Just

23   tighten them.  Just tighten them."

24      Q    So after you were handcuffed, you were -- you

25   got up off the ground?
```

42

MIGUEL ORTEGA  February 20, 2008

PIZZOTTI & JARNAGIN (925) 416-1800

1      A    Because my brother couldn't breathe very well,

2    and also, he was crying.

3      Q    Did your brother say why he couldn't breathe

4    very well?

5      A    He did not say why.  He couldn't really speak.

6      Q    Okay.  How long were you in the back of the

7    patrol vehicle?

8      A    I don't remember.

9      Q    Was it more than 15 minutes?

10     A    A good time.  I don't remember.

11     Q    Okay.  Did the officer talk to you while you

12   were in the patrol vehicle?

13     A    He said -- I don't remember whether it was

14   Alcantar or Ortiz.  He said that it was our fault, that

15   they were going to call Immigration to come to that

16   house.

17     Q    Did they say anything else to you?

18     A    They said that -- that how old was I?  I said

19   that I was 20.  And he said, "So you're fine to be taken

20   to Santa Rita, then."

21     Q    What did you say to the officers?

22     A    I said to him that they should just let my

23   brother go and that they could take me to Santa Rita.

24     Q    Did you say anything else to the officers?

25     A    I don't remember very well.

                                                          45

MIGUEL ORTEGA  February 20, 2008

PIZZOTTI & JARNAGIN (925) 416-1800

1    A    Yes. They hurt me, this area, on this side,

2 around here.

3    Q    And your pointing to your -- your left roar

4 back?

5    A    Like my back -- like my back and my ribs.

6    Q    And that's on your left side?

7    A    Yes.

8    Q    Is that where you landed on the ground, was it

9 on your left side, if you remember?

10    A    I don't know how it was that they brought me

11 down, but they brought me down the steps.

12    Q    Did you tell the officers that you were injured?

13    A    I just told them that it was not necessary what

14 they were doing, that it was not.

15    Q    Did you -- after you were released by the

16 officers, did you tell anyone that you were -- that you

17 were injured in this area that you've indicated, your

18 back and your ribs? Did you tell anyone about that?

19    A    No.

20    Q    Did you seek any kind of medical treatment for

21 those injuries?

22    A    No. And still, when I get up in the morning, I

23 still feel a small pain there.

24    Q    Okay. So you feel pain in that area in the

25 morning?

55

MIGUEL ORTEGA  February 20, 2008

PIZZOTTI & JARNAGIN (925)  416-1800

1    the specific allegations in a complaint.  I'm going to

2    let you ask about his emotional injuries, but please

3    don't refer to the complaint.

4           THE INTERPRETER:  He was asking for repetition

5    of the question.

6    BY MR. VOSE:

7       Q    You claim mental and emotional injuries.  Do you

8    understand what -- what that means?

9       A    I'm not sure.

10      Q    Have you sought any counseling as a result --

11   psychological counseling as a result of this incident

12   with the police officers?

13      A    I have not seen anyone for that, but my brother

14   did.

15      Q    And have you had any problems sleeping as a

16   result of this incident?

17      A    I don't remember.

18      Q    And have you -- do you experience any stress or

19   anxiety when you see police officers now?

20      A    Sometimes, yes.

21      Q    Have you talk to anyone about these -- about

22   these things?

23      A    No.

24      Q    Do you have any other symptoms like what I've

25   described as a result of this incident?

57

MIGUEL ORTEGA   February 20, 2008

PIZZOTTI & JARNAGIN (925) 416-1800

1    A    No.

2    Q    Are you currently employed?

3    A    Right now, I'm not working.

4    Q    Were you working at the time this incident

5    happened?

6    A    I don't remember.

7    Q    When was the last time you worked?

8    A    Like four months ago.

9    Q    And what was that for what -- what were you

10   doing?

11   A    With asbestos.

12   Q    And what were you doing with asbestos?

13   A    Remove asbestos.

14   Q    And who were you working for doing that work?

15   A    For Parc C Company [sic].

16   Q    And is that company located here in Oakland?

17   A    They're in Livermore.

18   Q    And how long did you work for that company?

19   A    Like two months or three months.

20   Q    And that's -- the last time you were employed,

21   was -- was that Parc C Company?

22   A    Yes.

23   Q    Prior to working for them, who did you work for

24   before that?

25   A    Schnitzer Steel.

58

MIGUEL ORTEGA   February 20, 2008

PIZZOTTI & JARNAGIN (925) 416-1800

1      Q    Schnitzer Steel?

2      A    Schnitzer Steel.  That's where my dad works.

3  That's where I was working before that.

4      Q    Is that Schnitzer Steel here in Oakland?

5      A    Yes.

6      Q    How long did you work at as the?

7      A    Like eight or nine months.

8      Q    And what were you doing working there?

9      A    I would move the cars -- not moving cars,

10  grinding cars.  Sorry.  And I would drive also some of

11  the machines.

12      Q    Other than these two jobs that you've just told

13  me about, have you had any other jobs since the incident

14  with the police officers?

15      A    Yes.  I have had other jobs.

16      Q    And what were those other jobs?

17      A    I have cleaned offices and cleaning stores.

18      Q    And were those cleaning jobs, were they for a --

19  for one company or more than one company?

20      A    Just one company.

21      Q    And which company was that?

22      A    I don't remember.

23      Q    And do you remember about how long you worked

24  for that company?

25      A    I don't remember.

59

MIGUEL ORTEGA  February 20, 2008

PIZZOTTI & JARNAGIN (925) 416-1800

1      Q    And you said, I believe you said a moment ago

2  that you don't remember if you were working when this

3  incident with the officer happened?

4      A    Yes.  I don't remember.

5      Q    So do you know if you -- have -- strike that.

6           Have you missed any work that you know of as a

7  result of this incident with the officers?

8      A    I don't remember.

9      Q    You testified earlier that Luis Negerte is a

10  friend?

11     A    Yes.

12     Q    And your attorneys, when they disclosed

13  potential witnesses in this case, listed his address as

14  1387 62nd Avenue.  Do you know if that's where he lives

15  currently?

16     A    Avenue?

17     Q    Avenue?

18     A    Avenue.

19     Q    This is the location where the incident

20  happened; correct?

21     A    Yes.

22     Q    And often do you see Luis Negerte?

23     A    I have not seen him now.  But before, I used to

24  see him every day.

25     Q    And why don't you see him now?

                                                        60

MIGUEL ORTEGA  February 20, 2008

PIZZOTTI & JARNAGIN (925) 416-1800

1    that after you returned to the house, the police car with

2    Officer Alcantar and Officer Ortiz in it ended up parked

3    in front of the house on 62nd.  Do you remember that?

4         A    Yes.

5         Q    Okay.  Because you know testified that -- that

6    you -- you forgot or can't remember if the car pursued

7    you or if they stopped at the shopping center, does

8    that -- does that change what you remember about the car

9    being in front of the house on 62nd?

10        A    No.  The car, it did come to the front of the

11   house.  He did pursue us.  But it's just that I don't

12   remember whether it was that it came out from the parking

13   lots or whether it was at the same time that my brother

14   was crossing the street.

15        Q    Okay.  I understand.  Thank you.

16        A    Then he followed us.  He did pursue us.  Yes.

17        Q    Okay.  I believe you testified you went straight

18   into the house when you returned to 62nd; right?

19        A    Yes.

20        Q    And you stayed behind, I guess, the metal door?

21        A    Yes.

22        Q    You were the only one that went into the house?

23        A    Yes.

24        Q    Everybody else stayed out in the yard?

25        A    Yes.

                                                            83

MIGUEL ORTEGA    February 20, 2008

PIZZOTTI & JARNAGIN (925)  416-1800

1      Q    And that includes Benjamin?

2      A    Yes.

3      Q    Now, between the time that -- between the time

4   that the officers entered the yard and the time that they

5   arrived in the cars, the officers never got out of the

6   car until then; right?

7      A    That -- well the thing is, I don't want to

8   change what I said before, in our conversation before.

9   But again, I don't remember whether they were already

10  there on the sidewalk telling us -- telling us things, or

11  whether they were inside their car.

12           MS. DOUAT:  This is getting awfully repetitive,

13  Mr. Higa.

14           MR. HIGA:  First of all --

15           MS. DOUAT:  I understand you have the right to

16  ask questions.  Just -- are there some new avenues that

17  haven't been --

18           MR. HIGA:  Well, these are certainly new

19  questions because the -- you know, I haven't heard any

20  objections to them.  I'm not attempting to belabor the

21  point.  There were just some gaps in the testimony, and I

22  want to --I believe I have the right to do that with some

23  followups.  But I'll move forward.

24           THE WITNESS:  From what I remember telling you

25  is that, "Oh, so is it your mom that's holding you back

                                                        84

MIGUEL ORTEGA  February 20, 2008

PIZZOTTI & JARNAGIN (925) 416-1800

1    about four specific people, whether or not you had any

2    conversations with them about what happened on that day,

3    you and your brother.

4         MS. DOUAT:  Is it a question or statement?

5    BY MR. HIGA:

6    Q    My follow-up -- my follow-up question is, did

7    you talk to anybody in that entire group about this

8    accident, or, excuse me, about what happened on this day,

9    anybody in that entire group except for your brother?

10   A    **After it happened?**

11   Q    After it happened on that day, on that same day.

12   A    **Well, they saw it.**

13   Q    Did they talk you to about it?

14   A    **They just asked me how my brother was doing.**

15   Q    That's it?

16   A    **Yes.**

17   Q    Okay.

18   A    **From what I remember, just that.**

19   Q    Did you see anybody else in the group document

20   that your brother about what happened on that day?

21   A    **I don't remember.**

22   Q    Did anyone take any pictures of your brother

23   after the accident on that same day?

24   A    **Someone did, but I don't remember who.**

25   Q    Do you know when those pictures were taken?

92

PIZZOTTI & JARNAGIN (925)  416-1800

1    A    That same day.

2    Q    Okay.  Was it -- was it at nighttime?  When was

3    it?

4    A    I don't remember.

5    Q    Okay.  Do you know where those pictures were

6    taken?

7    A    I don't remember.

8    Q    Do you know how many pictures were taken?

9    A    Who knows?  I don't know.

10   Q    I think you testified earlier that you told the

11   officers that it was not necessary, what they were doing.

12   Do you remember that testimony?

13   A    Yes.

14   Q    Do you remember whether you told the officer

15   that?

16   A    When they put that pistol on my head.

17   Q    Okay.  They put a gun to your head?

18   A    An electric gun.  Yes.

19   Q    How did you know that?

20   A    Because I felt a pistol.  I felt the pistol, but

21   then with time, my cousin told me that it was one of

22   those electric ones.

23   Q    You know, a little bit earlier, you talked about

24   having some pain in your back and I guess your -- it was

25   your back and your side; is that right?

93

MIGUEL ORTEGA  February 20, 2008