# EXHIBIT D

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3
 4   MIGUEL ORTEGA, BENJAMIN ORTEGA,
     a minor, by and through his Guardian
 5   Ad Litem, ANA ROSA ORTEGA,
 6          Plaintiffs,
 7   -vs-                              CASE NO. C07-02659 JCS
 8   CITY OF OAKLAND, OAKLAND POLICE
     DEPARTMENT, WAYNE TUCKER, in his
 9   capacity as the Police Chief of the
     City of Oakland, RAMON J. ALCANTAR,
10   individually and in his capacity
     as a Police Officer for the City
11   of Oakland, BERNARD ORTIZ,
     individually and in his capacity
12   as a Police Officer for the City of
     Oakland, DOES 1 through 200,
13
            Defendants.
14   _____/
15
16        DEPOSITION OF OFFICER RAMON ALCANTAR
17                JANUARY 16, 2008
18
          REPORTER'S TRANSCRIPT OF PROCEEDINGS
19        BY CHERYL L. CHAUDOIR, CSR NO. 9501
20
21   _____
22        CLARK REPORTING & VIDEOCONFERENCING
23          2161 SHATTUCK AVENUE, SUITE 201
24              BERKELEY, CA  94704
25                (510) 486-0700
```

Page 17

1   Q.   So what does that have to do with your assigned
2   area?
3   A.   What I was saying, every specialized or every
4   holiday or every Fourth of July, Cinco de Mayo, we have
5   plans like that, and that's why I don't recall that,
6   because we have so many of those.
7   Q.   Okay.  But this document does, in fact,
8   indicate that you were assigned on May 7th, 2006 to
9   patrol Foothill Boulevard between Bancroft -- or
10  Foothill and Bancroft between High Street and 73rd,
11  correct?
12       MR. VERBER:  Objection.  The document speaks
13  for itself.  The witness has already indicated that he
14  does not have an independent recollection of it, and the
15  document does not refresh his recollection.
16  Q.   (By Mr. Jacobsen)  So you don't have a memory
17  one way or another of where you were assigned?
18  A.   At that time it was East 14th -- well, they
19  congregate mainly on East 14th.  Like you see on the
20  lineup, they are assigned different parts of East
21  Oakland where they congregate.  We're specifically
22  assigned a certain area, unless other officers need help
23  or there's a larger group, then they just shift us over.
24  Q.   So, at some point, do you believe you and
25  Officer Ortiz were shifted from Foothill/Bancroft to

CLARK REPORTING (510) 486-0700

Page 18

1   International Boulevard?

2   A.  Correct. That's just mainly where they
3   congregate, but they congregate in different locations,
4   so for the City to cover every location, they have to
5   assign police officers at that location.

6   Q.  At some point, do you believe that you and
7   Officer Ortiz were moved from your preassigned position
8   of Foothill/Bancroft to International Boulevard?

9   A.  If directly by supervisor -- by supervisor
10  telling us to move, I don't recall. But I remember
11  several officers asking for assistance, and I know
12  that's why we were on East 14th a lot that night.

13  Q.  Now, you refer to that night. What time did
14  the incident occur?

15  A.  I would have to look at it to refresh my
16  memory.

17  Q.  You don't have any recall of that?

18  A.  No.

19  Q.  Was it daylight? Was it dark?

20  A.  It was daylight.

21  Q.  And when you say "they tend to congregate," who
22  is "they"?

23  A.  People celebrating Cinco de Mayo.

24  Q.  Was there a Cinco de Mayo celebration on May
25  7th, 2006?

CLARK REPORTING (510) 486-0700

Page 41

```
1     Q.    Do you speak Spanish?
2     A.    Yes.
3     Q.    Did you ever have any exchange in Spanish with
4  any members of the group?
5     A.    It's possible.  I don't recall.
6     Q.    Okay.  So the group started to walk off?
7     A.    Yes.
8     Q.    In which direction?
9     A.    Southbound on the west side.
10    Q.    So southbound on the avenue?
11    A.    On that specific avenue.
12    Q.    And, again, you don't recall whether that was
13 61st, 62nd, or 63rd Avenue, correct?
14    A.    Correct.
15    Q.    What were you trying to accomplish?  Were you
16 trying to get the group to leave the corner?
17    A.    Yes, several times.
18    Q.    Okay.  And so at this point the group left the
19 corner?
20    A.    No.  At that point it was -- my intention was
21 to arrest Benjamin.  When I parked -- when we parked the
22 car, it was determined Benjamin was under arrest.
23    Q.    Okay.  But by the time -- when you parked the
24 car or Officer Ortiz parked the car --
25    A.    Sergeant Ortiz parked the car.
```

DEPOSITION OF OFFICER RAMON ALCANTAR

29b8414a-e7b4-475a-a52d-e1a7697e1550