# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT

NORTHERN DIVISION

---oOo---

| | | |
|---|---|---|
| MIGUEL ORTEGA, BENJAMIN ORTEGA, A Minor, By And Through His Guardian Ad Litem, ANA ROSA ORTEGA, | ) ) ) | **CERTIFIED COPY** |
| Plaintiffs, | ) | |
| vs. | ) | No. C 07-02659 JCS (ADR) |
| CITY OF OAKLAND, OAKLAND POLICE DEPARTMENT, WAYNE TUCKER, In His Capacity As The Police Chief Of The City Of Oakland, RAMON J. ALCANTAR, Individually And In His Capacity As A Police Officer For The City Of Oakland, Does 1 through 200, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

DEPOSITION OF EDUARDO ORTEGA

OAKLAND, CALIFORNIA

TUESDAY, APRIL 22, 2008

REPORTED BY:

KAREN TAMIKO KOBAYASHI

CSR NO. 11657



US LEGAL SUPPORT

Certified Shorthand Reporters

180 Montgomery Street
Suite 2180
San Francisco, CA 94104

888-575-3376 • Fax 888-963-3376
www.uslegalsupport.com

Los Angeles • Orange County • San Diego • Inland Empire • Ventura • San Jose • San Francisco • Sacramento... and across the nation

1    Q.    Okay.  And when the officer put Benjamin on
2  the ground, how did Benjamin land on the ground?  Did
3  he land on his knees?  Did he land flat on the ground?
4    A.    Flat in the ground.
5    Q.    Okay.  And when Benjamin landed on the
6  ground, what -- where was the officer?
7    A.    On top of him.
8    Q.    Okay.  Was he -- was he laying on top of him?
9    A.    Yeah.  He was putting the handcuffs on top of
10 him.
11   Q.    Okay.  So he -- the officer was on top of
12 Benjamin, had his hands pulled behind his back?
13   A.    Pulled with him, yeah.
14   Q.    Okay.  Could you hear what the officer --
15 what that officer was saying to Benjamin?
16   A.    No.  I don't remember.  I just remember
17 Benjamin saying "Ahhh" -- scream.
18   Q.    Okay.
19   A.    And then Miguel was inside, like, "Leave my
20 brother alone."
21   Q.    Okay.  So how far away from Benjamin were you
22 when this happened, when the officer grabbed him and
23 put him down?
24   A.    A couple feet, uh-huh.
25   Q.    Okay.  And you then heard Miguel -- well,

33

1  strike that.

2      When the officer -- how was -- what position
3  was the officer in when he put the handcuffs on
4  Benjamin?

5  A.  What position?

6  Q.  Yeah.  I mean, was he laying on him?  Was he
7  kneeling next to him?  Was he kneeling on him?  If you
8  could describe --

9  A.  He was, like, on top of him.  He wasn't
10 laying in the floor.  He was putting the handcuffs on
11 top of him.

12 Q.  Okay.  So he wasn't lying flat on his back on
13 top of Benjamin -- on top of Benjamin's back?

14 A.  I don't remember.

15 Q.  Okay.

16 A.  Maybe he got his kneecaps to put it like --
17 but he was on top of Benjamin.

18 Q.  Okay.  Now, you said that you heard Miguel
19 yell something like "Leave my brother alone" --

20 A.  Yeah.

21 Q.  -- or something like that.  When you heard
22 Miguel say that, do you know where he was at that
23 point?

24 A.  Miguel?

25 Q.  Yeah.

34

U.S. LEGAL SUPPORT

```
 1       A.   He was inside the door.  He --
 2       Q.   So he was still inside the house?
 3       A.   When he say that, he was like -- he was open,
 4  like, "Leave my brother alone."  He open the door --
 5       Q.   Okay.
 6       A.   -- to go see, you know, the -- where he was
 7  to see his brother right there on the floor.
 8       Q.   Okay.  So he said something like "Leave my
 9  brother alone."  And he opened the door and started to
10  come out of the house?
11       A.   Yeah.
12       Q.   Okay.  And what did you observe happen at
13  that point with Miguel?
14       A.   A big officer grabbing like (indicating) --
15  to the floor.
16       Q.   Okay.  So an officer grabbed Miguel?
17       A.   Uh-huh.
18       Q.   Where exactly was Miguel when the officer
19  grabbed him, if you remember?
20       A.   He was on the porch, like, coming down the
21  stairwell -- in the stairs.
22       Q.   So he was coming down the stairs of the front
23  porch?
24       A.   We can say like that.
25       Q.   And how many steps are there?
```

35

1   A.   I don't remember exactly the stairs, but like
2   five or six.
3   Q.   Okay.  That's fair.
4        And when that officer -- do you know which
5   officer it was that grabbed him?
6   A.   (Witness shakes head.)
7   Q.   Do you remember if it was the officer that
8   had been in the car with the other officer that was at
9   the corner?
10  A.   I don't remember, really.
11  Q.   Okay.
12  A.   Because it was -- it was -- that officer was
13  another big black tough officer.
14  Q.   Okay.
15  A.   And when he dropped Miguel, the black officer
16  pulled the extension gun, the -- the -- the -- like
17  to -- electric gun.  Put like that to him
18  (indicating).
19  Q.   Okay.  So it was a black officer that grabbed
20  Miguel?
21  A.   Like, I think -- really, I don't know the --
22  like to answer your question --
23  Q.   Uh-huh.
24  A.   -- because everybody was too close.  When
25  I -- they grab -- I think the big black officer grab

36

1  him.
2     Q.   Okay.  And I'm sorry if I asked you this
3  already.  But how far away from -- well, how far away
4  from you were -- how far away were you from where they
5  grabbed Miguel?
6     A.   Couple feet.
7     Q.   Couple feet.
8          So you're fairly close?
9     A.   Fairly close.
10    Q.   Okay.  And when they grabbed Miguel, this
11 officer grabbed Miguel, what did they do with Miguel?
12    A.   They grabbed Miguel.  And then they put
13 handcuffs.  They put him in back of patrol car.
14    Q.   Okay.  Did they -- did Miguel -- did they
15 knock Miguel to the ground?
16    A.   Yeah.
17    Q.   Okay.  So they grabbed him and knocked him to
18 the ground?
19    A.   Yeah.
20    Q.   Okay.  And what did they do when they knocked
21 Miguel to the ground?
22    A.   They put -- they put the handcuffs, the --
23 the plastic gun, the electric gun to right here
24 (indicating).
25    Q.   Okay.

37

1  A.  And then they pick Miguel and take him to
2  patrol car.
3  Q.  Okay. So they put him -- so Miguel went to
4  the ground. They cuffed him. They --
5  A.  Cuff.
6  Q.  -- put handcuffs on him while he was on the
7  ground?
8  A.  Uh-huh.
9  Q.  Was -- what was Miguel doing while they were
10  doing this?
11  A.  Miguel?
12  Q.  Yeah.
13  A.  Nothing.
14  Q.  Okay. And then you said this officer that
15  grabbed him -- now, the officer that grabbed him, did
16  you observe the officers put handcuffs on Miguel?
17  A.  Yes.
18  Q.  Okay. Do you remember -- was it -- which
19  officer put handcuffs on Miguel? Was it the one that
20  grabbed him?
21  A.  I really don't remember.
22  Q.  Okay. Now, you said an officer also put a
23  taser gun.
24  A.  Taser gun.
25  Q.  Is that correct?

38

```
 1     A.   Yeah.
 2     Q.   To where did they put it on Miguel?  What
 3  part of his body?
 4     A.   Right here back in the head (indicating).  It
 5  was the big, tall guy -- black guy.
 6     Q.   So the -- was it the same officer that
 7  grabbed Miguel?
 8     A.   Uh-huh.
 9     Q.   Okay.  So he put a taser to the back --
10     A.   Taser.
11     Q.   -- of his neck?
12     A.   Yeah.
13     Q.   Okay.  Did you hear that officer say anything
14  to Miguel?
15     A.   Nah.  I don't remember because I was talking
16  to Guerrero, the other officer right there.  Like, I
17  was moving back.  I was right there by the driveway.
18  He's like couple feet when -- where the stairwell
19  house, the front yard.
20     Q.   Now -- okay.  Going back to Benjamin then.
21  So after the officers handcuffed him, what did they do
22  with Benjamin?
23     A.   Take him back to the police car.
24     Q.   Okay.  Could you hear Benjamin saying
25  anything at this point?
```

39