```
1  JOHN A. RUSSO, City Attorney, SBN #129729
   RANDOLPH W. HALL, Assistant City Atty., SBN #080142
2  JAMES F. HODGKINS, Supervising Trial Atty., SBN #142561
   KANDIS A. WESTMORE, Deputy City Atty., SBN 194594
3  One Frank H. Ogawa Plaza, 6th Floor
   Oakland, California 94612
4  Telephone: (510) 238-3589, Fax: (510) 238-6500
   25581/472526
5
   Attorneys for Defendants,
6  CITY OF OAKLAND, OAKLAND
   POLICE DEPARTMENT, CHIEF WAYNE
7  TUCKER, SGT. BERNARD ORTIZ
```

## UNITED STATED DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| MIGUEL ORTEGA, BENJAMIN ORTEGA,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF OAKLAND, OAKLAND POLICE DEPARTMENT, WAYNE TUCKER, In His Capacity as the Police Chief of the City of Oakland, RAMON J. ALCANTAR, Individually and in his capacity as a Police Officer for the City of Oakland, B. ORTIZ, Individually and in his capacity as a Police Officer for the City of Oakland, DOES 1 THROUGH 200,<br><br>Defendants. | Case No. C-07-02659 (JCS)<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:      September 19, 2008<br>Time:     9:30 a.m.<br>Dept.:    Courtroom A, 15th Floor<br>The Honorable Joseph C. Spero |

Pursuant to Federal Rule of Evidence 201(d), defendants hereby request the Court take judicial notice of the following matters of public record:

    1.    Exhibit A – Oakland Police Department Use of Force Policy Handbook, effective

1 | date February 17, 2006.

2. Exhibit B – Oakland Police Department Training Bulletin – Departmental General Order A-7; July 21, 1989 re: Contacts, Detentions, and Arrests.

Dated: August 15, 2008

        JOHN A. RUSSO, City Attorney
        RANDOLPH W. HALL, Assistant City Attorney
        JAMES F. HODGKINS, Supervising Trial Attorney
        CHARLES E. VOSE, Senior Deputy City Attorney
        KANDIS A. WESTMORE, Deputy City Attorney

By:    */ S/ KANDIS A. WESTMORE*
      Attorneys for Defendants,
      CITY OF OAKLAND, OAKLAND POLICE DEPARTMENT, WAYNE TUCKER, and BERNARD ORTIZ

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT     C07-02659 (JCS)