JOHN A. RUSSO, City Attorney, SBN #129729
RANDOLPH W. HALL, Assistant City Atty., SBN #080142
JAMES F. HODGKINS, Supervising Trial Atty., SBN #142561
CHARLES E. VOSE, Senior Deputy City Atty., SBN #139700
KANDIS A. WESTMORE, Deputy City Atty., SBN 194594
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California  94612
Telephone:  (510) 238-3589, Fax:  (510) 238-6500
25581/467230

Attorneys for Defendants,
CITY OF OAKLAND, OAKLAND
POLICE DEPARTMENT, CHIEF WAYNE
TUCKER, SGT. BERNARD ORTIZ

**UNITED STATED DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MIGUEL ORTEGA, BENJAMIN ORTEGA,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF OAKLAND, OAKLAND POLICE DEPARTMENT, WAYNE TUCKER, In His Capacity as the Police Chief of the City of Oakland, RAMON J. ALCANTAR, Individually and in his capacity as a Police Officer for the City of Oakland, B. ORTIZ, Individually and in his capacity as a Police Officer for the City of Oakland, DOES 1 THROUGH 200,<br><br>Defendants. | Case No.  C-07-02659 (JCS)<br><br>**JOINT STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date: September 19, 2008<br>Time: 9:30 a.m.<br>Dept.: Courtroom A, 15th Floor<br>The Honorable Joseph C. Spero |

Defendants City of Oakland, Chief Wayne Tucker, and Bernard Ortiz, submit the following joint statement of undisputed facts as stipulated to by the parties in support of defendants' motion for partial summary judgment pursuant to FRCP 56(b),(c).

| | **UNDISPUTED FACTS** | | **SUPPORTING EVIDENCE** |
|---|---|---|---|
| 1. | On May 7, 2008, Officers Ortiz and Alcantar were assigned to OPD Unit 20A61 ("Blue Delta Team") to patrol International Blvd. and to disperse crowds after the Cinco de Mayo festival. | 1. | Ortiz Depo. at 8:15-17, 11:7-22, 12: 15-17, 16:3-5, Miguel Depo. at 9:3-18; Cinco de Mayo 1300 HRS lineup at page 5; Joyner Decl. |
| 2. | Benjamin Ortega went to the intersection of 62nd Avenue and International Boulevard with a group of more than 10 people to be with his cousins. | 2. | Benjamin Depo. at 10:6-16, 14:17-24. |
| 3. | Miguel Ortega was part of that group as were Genesis Preciado, Eduardo, Jaime, Luis and others. | 3. | Benjamin Depo. at 14:25-15:1, 22:9-11; Preciado Depo. at 26:4-28:2; Miguel Depo at 20:2-5. |
| 4. | The other people in the group were his cousins and friends who lived near his cousins' house. | 4. | Benjamin Depo. at 15:2-8. |
| 5. | When Benjamin walked to 62nd and International, he was carrying a Mexican flag. | 5. | Benjamin Depo. at 16:8-12. |
| 6. | When he arrived at the intersection, his friend arrived and they went to McDonald's. | 6. | Benjamin Depo. at 17:6-8, 10-12. |
| 7. | After he left McDonald's he carried the flag to the house on 62nd Avenue. | 7. | Benjamin Depo. at 17:14-16, 23-24. |
| 8. | He stayed at the house for 5 minutes and then went back to 62nd Avenue and International. | 8. | Benjamin Depo. at 18:7-14. |
| 9. | He arrived at the intersection, and just stood there with his cousins. | 9. | Benjamin Depo. at 18:15-19; 21:22-22:1. |
| 10. | He was at the intersection with his cousins for more than half and hour. | 10. | Benjamin Depo. at 21:16-24. |
| 11. | Benjamin Ortega entered the intersection and crossed the street carrying the flag. | 11. | Miguel Depo. at 20-6-13 |
| 12. | Officer Ortiz decided to cite Benjamin Ortega for suddenly stepping from the curb. | 12. | Ortiz Depo. at 24:20-25:1, 35:6-20. |
| 13. | Benjamin Ortega was identified in the deposition room as the person carrying the flag. | 13. | Ortiz Depo. at 26:8-10, 23-24. |

| **UNDISPUTED FACTS** | **SUPPORTING EVIDENCE** |
|---|---|
| 14. At one point, Officer Ortiz was trying to tell the individual with the flag to come to them or to stop. | 14. Ortiz Depo. at 33:4-8, 44:23-45:1. |
| 15. The officers reported to radio dispatch that the "large group" refused to leave the corner and two backup units were requested. | 15. Declaration of Harris, at Exhibit B, CAD purge at 00:19-00:45. |
| 16. Officer Ortiz was cussed at by someone in the group and was called a coconut. "Coconut" is an ethnic reference as one being brown on the outside and white on the inside. | 16. Ortiz Depo. at 30:10-31:3. |
| 17. Ortiz got out of the car and started walking toward the intersection heading toward the flag carrier. | 17. Ortiz Depo. at 27:14-15, 28:13-17. |
| 18. The crowd went down 62nd Avenue on foot and headed into the front yard of the property located at 1387 62nd Avenue and Miguel went inside the house. | 18. Ortiz Depo. at 29:17-30:2, 5-9, 31:14-32:2; Miguel Depo. at 27:10-15, 28:23-29:1, 32:4-8, 83:17-21; Second Amended Complaint at ¶ 3. |
| 19. Officer Ortiz followed the group. The crowd entered into the yard of the yellow house. | 19. Ortiz Depo. at 38:8-22; Miguel Depo. at 33:16-22, 84:3-10. |
| 20. Officer Alcantar entered the fenced yard first and Officer Ortiz entered after him. | 20. Ortiz Depo. at 40:7-15, 23-24. |
| 21. Officer Ortiz entered the yard because Officer Alcantar was dealing with Benjamin Ortega with the flag inside the yard. | 21. Ortega Depo. at 40:17-22, 42:3-12. |
| 22. Benjamin says he gave the flag to a friend and never crossed or walked into the intersection. Genesis Preciado and Miguel saw him walking with the flag across the International. | 22. Benjamin Depo. at 22:12-23:3; Preciado Depo. at 33:23-34:5; Miguel Depo. at 20:9. |
| 23. Benjamin says he first made contact with Officer Alcantar and Ortiz when he was coming back to the house on 62nd Avenue from McDonald's. | 23. Benjamin Depo. at 23:14-25, 25:25-26:2. |
| 24. He was holding the flag at the time. | 24. Benjamin Depo. at 24:1-3. |
| 25. Benjamin testified that from inside his vehicle, officer Alcantar told him to "throw that flag before I shove it up | 25. Benjamin Depo. at 24:7-16. |

| | UNDISPUTED FACTS | | SUPPORTING EVIDENCE |
|---|---|---|---|
| | your ass." | | |
| 26. | He also says he was alone during this encounter with Officer Alcantar. Preciado and Miguel testified that they were there during the encounter. | 26. | Benjamin Depo. at 25:5-8; Preciado Depo at 40:2-4:4; Miguel Depo. at 25:23-26:4. |
| 27. | When Officer Alcantar made the statement to him, Benjamin was crossing International Blvd. in a crosswalk. | 27. | Benjamin Depo. at 26:4-8. |
| 28. | The officers told Benjamin while he was in the group to come to "come here" and Benjamin continued to walk with the group. | 28. | Ortiz Depo. at 33:4-11; Alcantar Depo. at 46:10-18. |
| 29. | From Ortiz's perception, Alcantar was going to cite Benjamin for PC 148 (obstructing a police officer in the line of duty) and was going to detain him. | 29. | Ortiz Depo. at 43:16-19, 44:6-18, 60:17- 61:5. |
| 30. | Officer Ortiz observed Officer Alcantar confronting the flag carrier in the front yard, and then his (Ortiz) attention was immediately diverted to Miguel Ortega who was coming off the porch to come at Officer Alcantar. | 30. | Ortiz Depo. at 45:23-46:5; Benjamin Depo. at 45:11-13, 46:10-17. |
| 31. | Miguel saw Officer Alcantar grab Benjamin and Miguel screamed at Officer Alcantar telling him to let Benjamin go or he "was going to get into it," and then Miguel came down the steps off the porch. | 31. | Ortiz Depo. at 49:21-50:1, 24-51:2, 102:22-103:1, 108:13-14; Miguel Depo. at 36:13-22, 37:3-19; Benjamin Depo. at 45:11-13, 46:10-17; Eduardo Depo. at 33:19-20, 34:18-19, 35:1, 3-4, 8-11. |
| 32. | Miguel was going to "go out against Alcantar" and was stopped from getting to Alcantar and his brother by "the policeman." | 32. | Miguel Depo. at 41:6-11. |
| 33. | Officer Ortiz immediately stepped in and detained Miguel. | 33. | Ortiz Depo. at 47:7-14. |
| 34. | Officer Ortiz viewed the situation as officer safety concern and his job was to stop Miguel from interfering with Officer Alcantar arresting Benjamin. | 34. | Ortiz Depo. at 59:15-18. |
| 35. | Officer Ortiz grabbed Miguel by the arm or back, spun him around and handcuffed him and took him out of the yard and put him in a patrol car. | 35. | Ortiz Depo. at 47:15-24, 78:24-79:4. |

| | **UNDISPUTED FACTS** | **SUPPORTING EVIDENCE** |
|---|---|---|
| 36. | Miguel testified that he was thrown to the ground when he was handcuffed, but Officer Ortiz does not believe Miguel went to the ground. | 36. Miguel Depo. at 41:19-20; Ortiz Depo. at 48:4. |
| 37. | Miguel did not resist arrest. | 37. Ortiz Depo. at 47:25-48:1, 51:17-20; Second Amended Complaint at ¶ 19; Miguel Depo. at 42:13-23. |
| 38. | No citations were issued to either plaintiffs. | 38. Alcantar Depo. at 71:7-8. |
| 39. | Miguel felt what he thought was a pistol to his head but later learned from his cousin that it was an "electric one." | 39. Miguel Depo. at 93:16-22. |
| 40. | Eduardo witnessed a "big black tough officer" pull a gun, identifying the gun as a "Taser gun," and electric gun, and a plastic gun, placed at the back of Miguel's "neck." | 40. Eduardo Depo. at 36:4-39:12. |
| 41. | Officer Ortiz is not a big black man. He is Mexican and Puerto Rican and believes his skin to be of very light complexion. | 41. Ortiz Decl. at ¶ 3. |
| 42. | Officer Ortiz was not carrying a Taser that day. He had not been trained or authorized to carry a Taser weapon prior to May 7, 2006. | 42. Ortiz Decl. at ¶5. |
| 43. | Neither Ortiz's nor Officer Alcantar's assignment included the issuance of a Taser. | 43. Joyner Decl. at ¶ 6. |
| 44. | Miguel does not know which officer put handcuffs on him, but identified Officer Ortiz as the officer who took him to the patrol car. | 44. Miguel Depo. at 42:14-23; Ortiz Depo. at 51:21-22. |
| 45. | While handcuffing Miguel, Officer Ortiz asked Miguel "So you think you're a big man, huh?" and Miguel replied "Just tighten them" twice. | 45. Miguel Depo. at 42:20-23. |
| 46. | Other officers were showing up at this time. | 46. Ortiz Depo. at 48:21-49:2. |
| 47. | Officer Ortiz ran a "wants-and-warrants check" on Miguel Ortega and it came back clear. | 47. Ortiz Depo. at 53:24-54:14. |
| 48. | Officer Ortiz released Miguel from the | 48. Miguel Depo. at 45:6-10, 47:19-21; |

| | **UNDISPUTED FACTS** | | **SUPPORTING EVIDENCE** |
|---|---|---|---|
| | patrol car after approximately ten to thirty minutes. | | Ortiz Depo. at 58:13-16, 24-59:3, 67-10; Second Amended Complaint at ¶4. |
| 49. | Officer Ortiz has not been disciplined for failure to file a report. | 49. | Ortiz Depo. at 70:11-13. |
| 50. | Miguel does not recall which officer mentioned immigration. | 50. | Miguel Depo. at 45:11-14. |
| 51. | Officer Alcantar speaks Spanish. | 51. | Alcantar Depo. at 41:1-2; Ortiz Depo. at 32:17-19. |
| 52. | Officer Alcantar is also Hispanic with a light complexion. | 52. | Ortiz Decl. at ¶4; Ortiz Depo. at 32:15-16. |
| 53. | Officer Ortiz has three complaints sustained against him, two of which are for not putting the ending mileage on the radio and one for handcuffing a suspect when he should not have. | 53. | Ortiz Depo. at 82:17-83:20. |
| 54. | The department has general order guidelines for use of physical force by officers and for crowd control. | 54. | Ortiz Depo. at 86:24-87:4. |
| 55. | The Oakland Police, Departmental General Order (DGO), Use of Force policy manual K-3 describes the force types, and K-4 is the report writing version of it. | 55. | Request for Judicial Notice, Exhibit A. |
| 56. | The OPD use of force policy in effect at the time of this incident is set forth in the OPD Use of Force Policy Handbook at Departmental General Order (DGO) K-3. At page 1.4 of that General Order it defines reasonable force by the standard set forth in *Graham v. Conner*, 490 U.S. 386. | 56. | RJN Exhibit A at pages 1.4-1.5, sections K. 1-11. |
| 57. | The OPD policy regarding contacts, detentions and arrests in effect since 1989 is contained in the OPD Training Bulletin – General Order A-7. | 57. | Request for Judicial Notice, Exhibit B. |
| 58. | General Order A-7 sets for the OPD policy regarding detentions including grounds for detentions and detention procedure and probable cause. | 58. | Id. |
| 59. | Miguel does not remember seeking any psychological counseling resulting from this incident even though he "sometimes" experiences anxiety or | 59. | Miguel Depo. at 57:10-58:1. |

| UNDISPUTED FACTS | SUPPORTING EVIDENCE |
|---|---|
| stress when he sees police officers. He also had not discussed these things with anyone up to the date of his deposition. | |
| 60. After the incident up to the date of his deposition, Miguel Ortega did not tell anyone of his injuries. | 60. Miguel Depo. at 55:15-19. |
| 61. Miguel did not obtain any kind of medical treatment for the alleged injuries to his back and ribs. | 61. Miguel Depo. at 55:20-23. |
| 62. After the incident, Miguel held various jobs including removing asbestos, grinding cars, working with machinery, and cleaning offices and stores. | 62. Miguel Depo. at 58:4-60:4. |
| 63. Benjamin does not live at 1387 62nd Avenue. He lives at 1737 Viachoro in San Lorenzo. | 63. Benjamin Depo. at 13:3-14. |
| 64. Miguel acknowledged that the house on 62nd Avenue where he and Benjamin were on the day of the incident was his cousins' house. | 64. Miguel Depo at 15:10-12; 28:2-8. |

Dated: August 15, 2008

JOHN A. RUSSO, City Attorney
RANDOLPH W. HALL, Assistant City Attorney
JAMES F. HODGKINS, Supervising Trial Attorney
CHARLES E. VOSE, Senior Deputy City Attorney
KANDIS A. WESTMORE, Deputy City Attorney

By:     _/ S/ KANDIS A. WESTMORE_
Attorneys for Defendants,
CITY OF OAKLAND, OAKLAND POLICE DEPARTMENT, WAYNE TUCKER, and BERNARD ORTIZ

Dated: August_15, 2008

STEVEN R. JACOBSEN, ESQ.
BRENDA D. POSADA, ESQ.
LAW OFFICES OF STEVEN JACOBSEN

By:     /s/
Attorneys for Plaintiffs,
MIGUEL ORTEGA AND BENJAMIN ORTEGA