1  JOHN A. RUSSO, City Atty., State Bar #129729
   RANDOLPH W. HALL, Assistant City Atty., State Bar #080142
2  JAMES F. HODGKINS, Supervising Trial Atty., State Bar #142561
   CHARLES E. VOSE, Senior Deputy City Atty., State Bar #139700
3  One Frank H. Ogawa Plaza, 6th Floor
   Oakland, California 94612
4  Telephone: (510) 238-2961    Fax: (510) 238-6500
   cevose@oaklandcityattorney.org
5  25581/408689.2

6  Attorneys for Defendants CITY OF OAKLAND,
   OAKLAND POLICE DEPARTMENT, WAYNE
7  TUCKER, POLICE CHIEF; RAMON J. ALCANTAR,
   POLICE OFFICER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ORTEGA, BENJAMIN ORTEGA, A Minor, By and through his Guardian Ad Litem, ANA ROSA ORTEGA,<br><br>　　Plaintiffs,<br><br>v.<br><br>CITY OF OAKLAND, OAKLAND POLICE DEPARTMENT, WAYNE TUCKER, In His Capacity as the Police Chief of the City of Oakland, RAMON J. ALCANTAR, Individually and in his capacity as a Police Officer for the City of Oakland, DOES 1 THROUGH 200,<br><br>　　Defendants. | Case No. C07-02659 JCS<br><br>**PROOF OF SERVICE**<br>Re: Manual Filing Notification |

```
 1  JOHN A. RUSSO, City Attorney, SBN #129729
    RANDOLPH W. HALL, Assistant City Atty., SBN #080142
 2  JAMES F. HODGKINS, Supervising Trial Atty., SBN #142561
    KANDIS A. WESTMORE, Deputy City Atty., SBN 194594
 3  One Frank H. Ogawa Plaza, 6th Floor
    Oakland, California 94612
 4  Telephone: (510) 238-3589, Fax: (510) 238-6500
    25581/480671
 5
    Attorneys for Defendants,
 6  CITY OF OAKLAND, OAKLAND
    POLICE DEPARTMENT, CHIEF WAYNE
 7  TUCKER, SGT. BERNARD ORTIZ

 8

 9              UNITED STATED DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12
```

| | |
|---|---|
| 13  MIGUEL ORTEGA, BENJAMIN ORTEGA, | Case No. C-07-02659 (JCS) |
| 14             Plaintiffs, | MANUAL FILING NOTIFICATION |
| 15       v. | Date:   September 19, 2008<br>Time:   9:30 a.m. |
| 16  CITY OF OAKLAND, OAKLAND POLICE DEPARTMENT, WAYNE TUCKER, In His | Dept.:  Courtroom A, 15th Floor<br>The Honorable Joseph C. Spero |
| 17  Capacity as the Police Chief of the City of Oakland, RAMON J. ALCANTAR, Individually | |
| 18  and in his capacity as a Police Officer for the City of Oakland, B. ORTIZ, Individually and in | |
| 19  his capacity as a Police Officer for the City of Oakland, DOES 1 THROUGH 200, | |
| 20 | |
| 21             Defendants. | |

22  Regarding: DECLARATION OF REGINA HARRIS-GILYARD IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT
23
24  This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at
25  http://www.cand.uscourts.gov under Frequently Asked Questions (FAW).
26  This filing was not e-filed for the following reason(s):

|   |   |
|---|---|
| 1 | [_] Voluminous Document (PDF fill size larger than the e-filing system allows) |
| 2 | [_] Unable to Scan Documents |
| 3 | [_] Physical Object (description) |
| 4 | [x] Non-Graphic /Text Computer File (audio, video, etc.) on CD or other media |
| 5 | [_] Item under Seal |
| 6 | [_] Conformance with the Judicial Conference Privacy Policy (General Order 53). |
| 7 | [--] Other (description): |

Dated:   August 15, 2008

                JOHN A. RUSSO, City Attorney
                RANDOLPH W. HALL, Assistant City Attorney
                JAMES F. HODGKINS, Supervising Trial Attorney
                CHARLES E. VOSE, Senior Deputy City Attorney
                KANDIS A. WESTMORE, Deputy City Attorney

By:   _/S/ KANDIS A. WESTMORE_
Attorneys for Defendants,
CITY OF OAKLAND, OAKLAND POLICE DEPARTMENT,
WAYNE TUCKER, and BERNARD ORTIZ

# PROOF OF SERVICE
## ORTEGA, ET AL., v. CITY OF OAKLAND, ET AL..
### United States District Court Case No. C07-02659 JCS

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is City Hall, One Frank Ogawa Plaza, 6th Fl., Oakland, CA 94612. On the date set forth below I served the within documents:

CD re: OPD INC 929-07 May 06, 1300 62nd Avenue, 11 Aug 08 3920

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

☒ **by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakland, California addressed as set forth.**

☐ by causing personal delivery by (name) of the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by causing such envelope to be sent by Federal Express/ Express Mail.

STEVEN R. JACOBSEN, ESQ.
BRENDA D. POSADA, ESQ.
LAW OFFICES OF STEVEN JACOBSEN
901 CLAY STREET
OAKLAND, CA 94607

TELEPHONE: (510) 465-1500
FACSIMILE: (510) 465-1501

JAMES HIGA, ESQ.
BURNHAM & BROWN
1901 HARRISON ST., 11TH FL.
OAKLAND, CA 94612

TELEPHONE: (510) 444-6800
FACSIMILE: (510) 835-6666

I am readily familiar with the City of Oakland's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.
I declare under penalty of perjury under the laws of the United States of American/State of California that the above is true and correct.
Executed on August 18, 2008, at Oakland, California.

/s/
_____
Deborah Walther