1  JOHN A. RUSSO, City Attorney, SBN #129729
   RANDOLPH W. HALL, Assistant City Atty., SBN #080142
2  JAMES F. HODGKINS, Supervising Trial Atty., SBN #142561
   KANDIS A. WESTMORE, Deputy City Atty., SBN 194594
3  One Frank H. Ogawa Plaza, 6th Floor
   Oakland, California  94612
4  Telephone:  (510) 238-3589, Fax:  (510) 238-6500
   25581/468346
5
   Attorneys for Defendants,
6  CITY OF OAKLAND, OAKLAND
   POLICE DEPARTMENT, CHIEF WAYNE
7  TUCKER, SGT. BERNARD ORTIZ

8

9                  UNITED STATED DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12

13  MIGUEL ORTEGA, BENJAMIN ORTEGA,          Case No.  C-07-02659 (JCS)

14              Plaintiffs,                  **PROPOSED ORDER GRANTING**
                                            **DEFENDANTS' MOTION FOR**
15       v.                                  **PARTIAL SUMMARY JUDGMENT**

16  CITY OF OAKLAND, OAKLAND POLICE
    DEPARTMENT, WAYNE TUCKER, In His
17  Capacity as the Police Chief of the City of     Date:        September 19, 2008
    Oakland, RAMON J. ALCANTAR, Individually    Time:        9:30 a.m.
18  and in his capacity as a Police Officer for the    Dept.:       Courtroom A, 15th Floor
    City of Oakland, B. ORTIZ, Individually and in    The Honorable Joseph C. Spero
19  his capacity as a Police Officer for the City of
    Oakland, DOES 1 THROUGH 200,
20
                Defendants.
21

22         The motion for partial summary judgment by Defendants came on for hearing before this

23  Court, the Honorable Joseph C. Spero presiding, on September 19, 2008, at 9:30 a.m.  Kandis A.

24  Westmore, Deputy City Attorney, with the Office of the City Attorney of Oakland appeared for

25  Defendants, City of Oakland, Wayne Tucker and Bernard Ortiz.  Brenda Posada, Esq., appeared on

26  behalf of Plaintiffs, Miguel Ortega and Benjamin Ortega.

-1-

1    Upon consideration of the argument of counsel, the moving papers and supporting evidence

2  attached thereto, opposition thereto and the reply memorandum, the Court hereby grants

3  defendants' motion for partial summary judgment.

4    IT IS HEREBY ORDERED that Defendants' Motion for Partial Summary Judgment is

5  granted and judgment entered on behalf of Defendants City of Oakland, Wayne Tucker and Bernard

6  Ortiz as follows:

7    Summary Judgment is granted in favor of Defendant Bernard Ortiz on the First, Second[1],

8  Third, Fourth, Fifth, Sixth, Seventh, Eighth, and Tenth causes of action alleged in the Second

9  Amended Complaint.

10    Summary Judgment is granted in favor of Defendant Wayne Tucker on the First,[2] Second,

11  Third, and Eighth causes of action. The court notes that Defendants' motion to strike the 9th Cause

12  of Action alleged against Chief Tucker and the City is pending.

13    Summary Judgment is granted in favor of the City of Oakland on the First[3], Second, and

14  Third[4] causes of action.

15    IT IS SO ORDERED.

16

17  DATED: _____

18                                    _____
                                      JUDGE JOSEPH C. SPERO
19                                    UNITED STATES DISTRICT JUDGE

20

21 _____
      [1]  The SAC appears to name Ortiz under the *Monell* cause of action against the City. This is
22  improper because Ortiz is being sued in his individual capacity in the first cause of action for the
   same alleged constitutional violations. The Monell standard does not apply to individual
23  defendants.
      [2]  Chief Tucker is being sued in his official capacity only and there are no allegations of his
24  personal involvement in the alleged violations.
      [3]  The City is listed under the first cause of action. However, the City is not a proper defendant
25  under that cause of action and is properly named under the second cause of action *Monell* claim.
      [4]  There are no Monell allegations in the SAC for the Third Cause of action.
26

-2-

PROPOSED ORDER GRANTING DEFENDANTS'                                    C07-02659 (JCS)
MOTION FOR PARTIAL SUMMARY JUDGMENT