STEVEN R. JACOBSEN, BAR NO. 95246
srj@theaccidentallawyer.com
BRENDA D. POSADA, BAR NO. 152480
bdp@theaccidentallawyer.com
LAW OFFICES OF STEVEN R. JACOBSEN
901 CLAY STREET
OAKLAND, CALIFORNIA 94607
TELEPHONE: (510) 465-1500

ATTORNEYS FOR PLAINTIFFS
MIGUEL ORTEGA AND BENJAMIN ORTEGA

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ORTEGA, and BENJAMIN ORTEGA, <br><br> Plaintiffs <br><br> vs. <br><br> CITY OF OAKLAND, et al., <br><br> Defendants. | Case No.: C 07-02659 JCS (ADR) <br><br> **DECLARATION OF MIGUEL ORTEGA IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' PARTIAL SUMMARY JUDGMENT MOTION** <br><br> Date: September 19, 2008 <br> Time: 9:30 a.m. <br> Location: Courtroom A, 15th Floor |

I, MIGUEL ORTEGA, declare:

1. I am a plaintiff in the above entitled action. I reside in San Lorenzo, California with my mother and brother Benjamin. I am over the age of 18, competent, able and willing to testify regarding the matters asserted in this declaration if called to testify. I declare the following through my own personal knowledge.

2. At my deposition taken February 20, 2008, I testified that I did not remember seeking any help for my psychological injury. I wasn't asked why I had not sought help. I have not sought help because unlike my brother Benjamin, I am not covered by any medical insurance. My understanding and belief is that Benjamin is covered because he is still a minor and my father's plan covers dependents. But

-1-

1  I know I do not have coverage and I had no financial ability, nor did my mother or father, to pay for the

2  treatment I would need.

3       3. I also testified that I had not discussed with anyone about my injuries from the incident but I

4  was not asked why. I am embarrassed to admit to my friends that I am fearful of police officers and I

5  don't want to worry my family members. For this reason, with the exception of my mother and my girl

6  friend, Lucilla Munoz, who I feel safe expressing myself to and before whom I do not fear being

7  vulnerable, I have kept my emotional and physical pain to myself. I also felt guilty for not being able to

8  help my little brother, Benjamin, who was just a small boy at the time, approximately 4"11. I felt

9  traumatized due to the pistol/electric gun on the back of my head. I thought I was going to die. I have

10  unresolved anger about how an officer of the law could abuse his power in that manner.

11       4. I didn't open the screen door until after I saw Alcantar hit Benjamin with his elbow on his

12  neck, twist him around and grab his wrist upward, and in my perception torturing him by saying "if you

13  don't say sorry I will break your wrist." My brother was screaming "Ahhh" in pain. Only at this point

14  did I open the screen door and proceed to go outside.

15       5. I was grabbed and violently thrown down the stairs by three or four officers striking my back

16  as I landed. Since the incident, I have had continuing severe back pain and rib pain. Sometimes the back

17  pain is so intense that I cannot walk or even move. I have not been able to seek medical treatment for

18  reasons having to do with my finances.

19       6. Prior to the incident, I had never heard use of the word "coconut". I did not call any officer

20  a coconut that day or any other day. I did not hear any one that day call anyone "coconut".

21       7. For days, if not months, I could not sleep. In the beginning I had insomnia as I couldn't fall

22  asleep at all. Later as time passed, the insomnia subsided and it would only occur occasionally but it was

23  still difficult for me to fall asleep. Immediately the day after the incident, I voiced this fear of police

24  officers to my mother, Ana Rosa. The mere sight of a police officer triggered extreme anxiety, fear and

25  panic in me.

26       I declare under penalty of perjury, under the laws of the State of California, that the foregoing is

27

28

-2-

DECLARATION OF MIGUEL ORTEGA IN SUPPORT OF OPPOSITION TO DEFENDANTS'
MOTION FOR PARTIAL SUMMARY JUDGMENT
C 07-02659 JCS (ADR)

1  true and correct, except as to those things stated on information and belief, and as to those things I

2  believe them to be true.

3      Executed at Oakland, California on August 27, 2008.

4                                                      By _____

5                                                              Miguel Ortega

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF MIGUEL ORTEGA IN SUPPORT OF OPPOSITION TO DEFENDANTS'
MOTION FOR PARTIAL SUMMARY JUDGMENT
C 07-02659 JCS (ADR)