# TABLE OF AUTHORITIES

**Cases Cited**

*ACLU Foundation v. Barr*, 952 F.2d 457, 467 (DC Cir. 1991)……………………………..……8

*Aetna Ins. Co. v. Loveland Gas & Elec. Co.,* 369 F.2d 648 (6th Cir.1966)……………………......8

*Arpin v. Santa Clara Valley Transportation Agency,* 261 F.3d 912, 922 ……………………....16

*Beck v. Ohio*, 379 U.S. 89, 91 (1964) …………………………………………………….........12

*Bishop v. Wood,* 426 U.S. 341 (1976) ……………………………………………………….9

*Bosley v. City of Euclid*, 496 F.2d 193, 197 (6th Cir. 1974)…………………………………….. 9,

*Celotex Corp. v. Catrett*, 477 U.S. 317, 323,324 (1986)…………………………..………………8,9

*Eastman Kodak Co. v. Image Technical Services, Inc.,* 504 U.S. 451, 456 (1992)……………………..……..21

*Graham v. Connor*, 490 U.S. 386, 396 (1989)………………………………………………..…13

*Green Door Realty Corp. v. TIG Ins. Co.,* 329 F.3d 282, 286-287 (2d Cir. 2003) …………………………9

*Jackson v. City of Bremerton,* 268 F.3d 646, 651-652 (9th Cir. 2001)……………………………..15

*Poller v. Columbia Broad. Sys, Inc.,* 368 U.S. 464, 473 (1962) ……………………………..……………..8

*United States v. Diebold, Inc.*, 369 U.S. 654, 655 (1962)……………………………………….8

**Statutes and Regulations Cited**

42 U.S.C. §1981 (a) ………………………………………………………………………….9

42 U.S.C. §1981 (c) ……………………………………………………………………….10

42 U.S.C. §1983 ………………………………………………………………………....18

U.S. Const. amend IV……………………………………………………………………...…17

California Civil Code § § 51.7……………………………………………………………20, 21

California Civil Code § § 52.1…………………………………………………………….20

Penal Code Section 148…………………………………………………….

Federal Rule of Civil Procedure Rule 56(b) ……………………………………………………..

Federal Rule of Civil Procedure Rule 56(c)……………………………………………………9

Federal Rule of Civil Procedure Rule 56(e)……………………………………………………9

U.S. Const. amend IV ………………………………………………………………………..17

**Treatises**

Weil & Brown, Federal Civil Procedure before Trial, The Rutter Group, Chapters 12-17, 14:27.1