# TABLE OF CONTENTS

I.   STATEMENT OF THE ISSUES……………………………………………………………1
II.  STATEMENT OF THE FACTS ……………………………………………………………2
III. ARGUMENT……………………………………………………………………..…..……8

   A. Defendants failed to meet its burden as moving party……………………………….8

   B. Assuming defendants met their burden as moving party, their motion for partial summary judgment should nonetheless denied because material facts in dispute exist supporting plaintiffs' claims……………………………………………………….....8

     1) Plaintiffs can establish that sufficient material facts in dispute exist to submit their §1981 Claim because they establish intentional racial discrimination and/or deprivation of §1981 rights..……………………………………………………9

        a.)    42 USC 1981 (a) ……………………………………………………...……9
        b.)    42 USC 1981 (c) …………………………………………………….…10

     2) Plaintiffs can establish that sufficient material facts in dispute exist to submit their 1983 claim against both Ortiz and Chief Tucker. ……………………………………………11

        a.)    Unreasonable Seizure Claim……………………………………….....11

            i)      Ortiz……………………………………………………….....11

            ii)     Chief Tucker…………………………………………………12

        b)     Excessive Force Claim……………………………………………………...12

            i)      Ortiz………………………………………………………………..12

                  1.)    The severity of the crime at issue. ……………………………13
                  2.)    Whether the suspect poses an immediate threat to the safety of the officers or others…………………………..………..…14
                  3.)    Whether the suspect is actively resisting arrest or attempting to evade arrest by flight. ……………………………………...14

            ii)     Chief Tucker…………………………………………………16

        c.)    Right to Privacy Claim……………………………………………………..16

            i)      Ortiz………………………………………………………………..16

            ii)     Chief Tucker…………………………………………………17

        d.)      First Amendment Claim ……………………………………………..17

              i)      Ortiz………………………………………………………………17

              ii)     Chief Tucker……………………………………………………….17

C.  Plaintiffs can establish that sufficient material facts in dispute exist to proceed with their §1983 Monell Claim that the City of Oakland had a policy, practice or custom to violate constitutional rights. …………………………………………………………………...18

D.  Plaintiffs can establish that sufficient material facts in dispute exist to proceed with assault and battery claims against Ortiz……………………………………………………  18

E.  Plaintiffs can establish that sufficient material facts in dispute exist to proceed with their California Civil Code §52.1 claim against Ortiz…………………………………………….20

F.  Plaintiffs can establish that sufficient material facts in dispute exist to proceed with their California Civil Code §51.7 claim against Ortiz. ………………………………………….20

G.  Plaintiffs can establish that sufficient material facts in dispute exist to submit their intentional infliction of emotional distress to a jury. …………………………….……….21

H.  Plaintiffs can establish legal duty is owed to them by Ortiz and Chief Tucker. …………...23

IV.  CONCLUSION…………………………………………………………………………….23