# CIVIL MINUTES

**Chief Magistrate Judge James Larson**

**Date: August 28, 2008**

**Case No.: C 07-2659 JCS   (JL)**

**Case Name:**   Miguel Ortega v. City of Oakland, et al.,

**Counsel Present:**       **Plaintiff**: Steven Jacobsen, Brenda Posada

                            **Defendant:** Charles Vose, James Higa

**Deputy Clerk:** Venice E. Thomas

I hereby certify that a settlement conference was held in the above-referenced cases with the following outcome:

|           |                                              |
|-----------|----------------------------------------------|
| _____    | Settle                                       |
| _____    | Partial settlement                           |
|   X       | Did not settle                               |
|           | Further settlement conference ordered: _____ |

**Time:**   2.0   hrs

**Comments:** A further settlement conference has been set for Tuesday, October 28, 2008 at 2:00 p.m.

*(signed) Venice E. Thomas*

Venice E. Thomas,  Deputy Clerk

cc: Wings Hom