JOHN A. RUSSO, City Attorney, SBN 129729
RANDOLPH W. HALL, Assistant City Atty., SBN 080142
JAMES F. HODGKINS, Supervising Trial Atty., SBN 142561
CHARLES E. VOSE, Senior Deputy City Atty., SBN 139700
KANDIS A. WESTMORE, Deputy City Atty., SBN 194594
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-3589, Fax: (510) 238-6500
25581/518961

Attorneys for Defendants,
CITY OF OAKLAND, OAKLAND POLICE DEPARTMENT, CHIEF WAYNE TUCKER, SGT. BERNARD ORTIZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MIGUEL ORTEGA, BENJAMIN ORTEGA,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF OAKLAND, OAKLAND POLICE DEPARTMENT, WAYNE TUCKER, In His Capacity as the Police Chief of the City of Oakland, RAMON J. ALCANTAR, Individually and in his capacity as a Police Officer for the City of Oakland, B. ORTIZ, Individually and in his capacity as a Police Officer for the City of Oakland, DOES 1 THROUGH 200,<br><br>Defendants. | Case No. C-07-02659 (JCS)<br><br>**DECLARATION OF CHARLES VOSE IN SUPPORT OF DEFENDANTS' REPLY TO MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:     September 19, 2008<br>Time:    9:30 a.m.<br>Dept.:    Courtroom A, 15th Floor<br>The Honorable Joseph C. Spero |

I, Charles Vose, declare:

1. I am an attorney licensed to practice before all courts of the State of California and am a Senior Deputy City Attorney with the Office of the City Attorney of Oakland, one of the attorney's of record for defendants herein. The matters set forth herein are known to me to be true, and if called upon, I could competently testify thereto.

2. Attached hereto as Exhibit A is a true and correct copy of Defendant City of Oakland's Interrogatories, Set One, to Plaintiff Miguel Ortega.

3. Attached hereto as Exhibit B is a true and correct copy of Plaintiff Miguel Ortega's verified Responses to Interrogatories, Set One.

4. The only place in the Second Amended Complaint where Miguel alleges that he sustained physical injuries is under the Sixth Cause of Action for Battery. (See SAC at ¶40.) In Interrogatory Number 12, I asked for all facts that supported Plaintiff's contention that any Oakland police officer committed battery on him. No where in Plaintiff's response to this Interrogatory does Plaintiff state that he had any physical injuries as a result of this incident. Plaintiff also does not state he was thrown to the ground or otherwise battered by Officer Ortiz or any other officer.

5. Attached hereto as Exhibit C is a true and correct copy of Defendant City of Oakland's Request For Production of Documents, Set One, to Plaintiff Miguel Ortega.

6. Attached hereto as Exhibit D is a true and correct copy of Plaintiff Miguel Ortega's Responses To Request For Production of Documents, Set One.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 4th day of September, 2008, at Oakland, California.

_____
CHARLES VOSE