STEVEN R. JACOBSEN
BAR NO. 95246
CATHERINE R. DOUAT
BAR NO. 129134
LAW OFFICES OF STEVEN R. JACOBSEN
901 CLAY STREET
OAKLAND, CALIFORNIA 94607
(510) 465-1500

ATTORNEYS FOR PLAINTIFFS
MIGUEL ORTEGA AND BENJAMIN ORTEGA

IN THE UNITED STATES DISTRICT COURT

NORTHERN DIVISION

| | |
|---|---|
| MIGUEL ORTEGA, and BENJAMIN ORTEGA,<br><br>Plaintiffs<br><br>vs.<br><br>CITY OF OAKLAND, et al.,<br><br>Defendants. | Case No.: C 07-02659 JCS<br><br>RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS, SET ONE |

PROPOUNDING PARTY:   Defendant, CITY OF OAKLAND

RESPONDING PARTY:    Plaintiff, MIGUEL ORTEGA

SET NUMBER:          ONE

Plaintiff MIGUEL ORTEGA responds to the above-referenced request for production of documents as follows:

The attached documents are true and correct copies of all of the documents, which, plaintiff currently possesses, or has under his control which respond to the requests made by defendants. Discovery is continuing, and plaintiff may obtain, subsequent to the date of this response, further documents, which pertain to the items requested. Plaintiff reserves the right to amend and supplement this response with such other documents, and to use such other and supplemental documents at trial.

///

///

-1-

RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS, SET ONE

RESPONSE TO REQUEST No. 1:

None other than the pleadings in this case, which are equally available to all parties, and therefore will not be duplicated here.

Dated: November 20, 2007

LAW OFFICES OF STEVEN R. JACOBSEN

By *[signature: Cat R. Douat]*
CATHERINE R. DOUAT
Attorney for Plaintiff

# VERIFICATION WILL FOLLOW

# IN THE MAIL

PROOF OF SERVICE BY MAIL - C.C.P. 1013a, 2015.5

I declare under penalty of perjury, under the laws of the State of California, that: I am employed in the County of Alameda; I am over the age of eighteen years and not a party to the within action; my business address is 901 Clay Street, Oakland, California 94607; on the date below written I served a copy of the attached

***PLAINTIFF'S RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS, SET ONE (Miguel Ortega)***

on respondent City of Oakland by placing true copies thereof in sealed envelopes, with postage fully prepaid, in the United States mail at Oakland, California, addressed as follows:

| | |
|---|---|
| John A. Russo, Esq., City Attorney<br>Randolph W. Hall, Esq., Assistant City Attorney<br>James F. Hodgkins, Esq., Supervising Trial Attorney<br>Charles E. Vose, Senior Deputy City Attorney<br>One Frank H. Ogawa Plaza, 6th Floor<br>Oakland, CA 94612 | Counsel for defendants<br>CITY OF OAKLAND, OAKLAND POLICE DEPARTMENT, WAYNE TUCKER and RAMON J. ALCANTAR |

Executed at Oakland, California on November 20, 2007.

_____
PATRICIA DAVILA

PROOF OF SERVICE

## VERIFICATION

I, MIGUEL ORTEGA, hereby declare:

I am the plaintiff in the above-entitled action; I have read the foregoing:

*Plaintiff's Responses to Request for Production of Documents, Set One*

and know the content thereof; the same is true of my own knowledge, except as to those matters which are therein stated upon my information or belief, and as to those matters I believe them to be true.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Executed on Nov. 20, 2007, at Oakland, California.

_____
MIGUEL ORTEGA