```
 1   JOHN A. RUSSO, City Attorney, SBN-129729
     RANDOLPH W. HALL, Asst. City Atty., SBN-080142
 2   JAMES F. HODGKINS, Sup. Trial Atty., SBN-142561
     CHARLES E. VOSE, Senior Deputy City Atty., SBN-139700
 3   ONE FRANK H. OGAWA PLAZA 6th Floor
     OAKLAND, CALIFORNIA, 94612
 4   TELEPHONE (510) 238-2961 Fax:  (510) 238-6500
     cevose@oaklandcityattorney.org
 5   25581/519424

 6   ATTORNEYS FOR DEFENDANTS CITY OF OAKLAND,
     OAKLAND POLICE DEPARTMENT, CHIEF WAYNE
 7   TUCKER and SGT. BERNARD ORTIZ

 8   JOHN J. VERBER, ESQ., SBN-139917
     JAMES Y. HIGA, ESQ., SBN-225683
 9   BURNHAM BROWN
     1901 HARRISON STREET, 11TH Floor
10   OAKLAND, CALIFORNIA, 94612
     TELEPHONE (510) 444-6800 Fax:  (510) 835-6666
11   jverber@burnhambrown.com
     jhiga@burnhambrown.com
12
     ATTORNEYS FOR DEFENDANT
13   OFFICER RAMON ALCANTAR

14   STEVEN R. JACOBSEN, BAR NO. 95246
     EMAIL; SRJ@THEACCIDENTALLAWYER.COM
15   BRENDAN D. POSADA, BAR NO. 152480
     EMAIL: BDP@THEACCIDENTALLAWYER.COM
16   LAW OFFICES OF STEVEN R. JACOBSEN
     901 CLAY STREET
17   OAKLAND, CALIFORNIA 94607
     TELEPHONE (510) 465-1500; FAX (510) 465-1501
18
     ATTORNEY FOR PLAINTIFFS
19   MIGUEL & BENJAMIN ORTEGA
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ORTEGA, BENJAMIN ORTEGA, A Minor, By And Through His Guardian Ad Litem, ANA ROSA ORTEGA,<br><br>            Plaintiffs,<br><br>      vs.<br><br>CITY OF OAKLAND, OAKLAND POLICE DEPARTMENT, CHIEF WAYNE TUCKER, In His Capacity As The Police | Case No.:C-07-02659 JCS<br><br>**UPDATED JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br><br>DATE:  September 19, 2008<br>TIME:    9:30 a.m.<br>COURTROOM:  A, 15th Floor |

-1-
UPDATED JOINT CASE MANAGEMENT CONFERENCE STATEMENT

| | |
|---|---|
| Chief Of The City Of Oakland, RAMON J. ALCANTAR, Individually And In His Capacity As A Police Officer For The City Of Oakland, BERNARD ORTIZ, Individually And In His Capacity As A Police Officer For The City Of Oakland, and Does 1 through 200,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) | The Honorable Magistrate Judge JOSEPH C. SPERO |

The parties to the above-entitled action jointly submit this Updated Joint Case Management Statement and Proposed Order and request the Court adopt it as its Case Management Order in this case.

## I.     DISCOVERY

All discovery is completed except for the deposition of Plaintiffs' expert, Roger Clark.  The parties agreed to postpone Mr. Clark's deposition until after the Settlement Conference in this case.  As the case did not settle, the parties are in the process of scheduling that deposition.

## II.     DISPOSITIVE MOTIONS

Defendants City of Oakland, Chief Wayne Tucker, and Sergeant Bernard Ortiz have a Motion for Partial Summary Judgment scheduled for September 19, 2008, the same day as this Case Management Conference.  These same defendants also have a Motion to Strike the Ninth Cause of Action scheduled for September 19, 2008. Defendant Ramon Alcantar has joined the Motion to Strike.  There are no other motions currently pending.

///
///
///
///
///
///
///

### III.  SETTLEMENT CONFERENCE

The parties participated in a judicially supervised settlement conference with the Honorable Magistrate Judge Larson on August 28, 2008.  The case did not settle.  A continued Settlement Conference has been scheduled for October 28, 2008.

DATED: SEPTEMBER 11, 2008

        JOHN A. RUSSO, City Attorney
        RANDOLPH W. HALL, Assistant City Attorney
        JAMES F. HODGKINS, Supervising Trial Attorney
        CHARLES E. VOSE, Senior Deputy City Attorney

By: _____/ s /_____
    Attorneys for Defendants
    CITY OF OAKLAND, OAKLAND POLICE DEPARTMENT,
    CHIEF WAYNE TUCKER, SGT. BERNARD ORTIZ

DATED: SEPTEMBER 11, 2008

        JOHN VERBER, ESQ.
        JAMES Y. HIGA, ESQ.
        BURNHAM BROWN

By: _____/ s /_____
    Attorneys for Defendant
    OFFICER RAMON ALCANTAR

DATED: SEPTEMBER 11, 2008

        LAW OFFICES OF STEVEN R. JACOBSEN

By: _____/ s /_____
    STEVEN R. JACOBSEN
    BRENDA D. POSADA
    Attorney for Plaintiffs
    BENJAMIN ORTEGA AND MIGUEL ORTEGA