UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ORTEGA, et al., | No. C 07-2659 (JCS) |
|         Plaintiff(s), | |
|     v. | CLERK'S NOTICE |
| CITY OF OAKLAND, et al., | |
|         Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Motion to Strike [61]; Motion for Sanctions [63]; Alcantar's Joinder to Motion [67]; Motion for Partial Summary Judgment [80]; and the Further Case Management conference hearings before Magistrate Judge Spero previously noticed for September 19, 2008, at 9:30 a.m., has been **reset** to **September 19, 2008, at 10:30 a.m.,** Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.. Any party requesting a continuance shall submit a stipulation and proposed order.

Dated: September 16, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _Frank Justiliano_

Frank Justiliano
Courtroom Deputy