**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**AMENDED CIVIL MINUTE ORDER**

**Magistrate Judge JOSEPH C. SPERO**

Date: September 19, 2008

**C007-2659 JCS**

**MIGUEL ORTEGA, ET AL v. CITY OF OAKLAND, ET AL.**

Attorneys: Brenda D. Posada          James Y. Higa, Charles Vose, and
                                    Kandis A. Westmore

                                    Time: 10:31-11:25

Deputy Clerk: **LASHANDA SCOTT**          Reporter: **Sahar McVickar**

| **PROCEEDINGS:** | **RULING** |
|---|---|
| 1. Deft's Motion to Strike Second Amended Complaint | Taken Under Submission |
| 2. Deft's Motion for Sanctions | Taken Under Submission |
| 3. Deft Alcantar's Joinder to City of Oakland's Motion to Strike | Taken Under Submission |
| 4. Deft's Motion for Partial Summary Judgment | Taken Under Submission |
| 5. Further Case Management Conference | Matter Held |

 ( ) Status Conference      ( ) P/T Conference     ( ) Case Management Conference

**ORDERED AFTER HEARING:**
Further Settlement Conference set for October 28, 2008 before Chief Magistrate Judge James Larson. Final Pretrial Conference set for November 21, 2008 at 1:30 p.m.

( XX ) ORDER TO BE PREPARED BY:   Plntf____  Deft____   Court XX___
(  ) Referred to Magistrate For: Settlement Conference as soon as schedule permits
(  )By Court       (  )Parties to approach Chief Magistrate in future

(  ) CASE CONTINUED TO_____  for_____

Discovery Cut-Off Early -               Expert Discovery Cut-Off_____
Plntf to Name Experts by                Deft to Name Experts by_____
P/T Conference Date -                   Trial Date  -  set for  days
                                        Type of Trial: ( )Jury    ( )Court

Notes: