**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MIGUEL ORTEGA,                                        Case No.  C07-02659 JCS

          Plaintiff(s),

    v.                                                    **ORDER DIRECTING JURY COMMISSIONER TO FURNISH DAILY REFRESHMENTS**

CITY OF OAKLAND, ET AL.,

          Defendant(s).
_____/

      IT IS HEREBY ORDERED that the United States District Court Jury Commissioner shall furnish daily morning refreshments and pastries for the members of the jury in the above-entitled matter beginning **December 2, 2008**, **at 7:30 a.m.,** for the duration of the trial, and lunch during jury deliberations, at the expense of the United States. The trial will be held in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA  94102

      IT IS SO ORDERED.

Dated:  November 24, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge